LDA.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| NORTH AMERICAN CATHOLIC EDUCATIONAL PROGRAMMING FOUNDATION, INC. | : | |
| *Plaintiff* | : | |
| VS. | : | C.A. NO.: CA06-431ML |
| CARTER BROADCASTING CORPORATION and FAITH CHRISTIAN CENTER | : | |
| *Defendants.* | : | |

**NOTICE OF REMOVAL**

TO: The Honorable Judges of the
United States District Court
For the District of Rhode Island

Defendants Carter Broadcasting Corporation ("Carter") and Faith Christian Center ("Faith") by their attorneys David E. Maglio & Associates, respectfully state as follows:

1. On or about September 18, 2006, an action was commenced against Carter and Faith in the Superior Court for the State of Rhode Island, Providence County, Civil Action number: PC06-3753, by the filing of Plaintiff's Complaint, attached hereto as exhibit "A".
2. The date on which Carter and Faith are required by the Rhode Island Superior Court Rules of Civil Procedure to answer or otherwise respond with respect to the Complaint has not lapsed.
3. Both Carter and Faith desire to exercise their rights under the provisions of 28 U.S.C. § 1441 by removing this action from the Rhode Island Superior Court,

Providence County, in which said action is now pending, to the United States District Court for the District of Rhode Island, which embraces the County where this action is now pending.

4. Plaintiff's Complaint alleges that a contract was formed between Carter and Plaintiff regarding 520 half hour programs produced by Plaintiff and aired on Defendant Carter's radio station. Plaintiff further alleges that during the sale of this radio station to Defendant Faith, Faith became aware of this alleged contract and tortiously interfered with it. Plaintiff claims that the alleged breach of contract by Carter and the alleged interference by Faith resulted in the loss of listeners and listener goodwill that it had developed on Carter's radio station. Additionally, Plaintiff claims it will have to pay considerably more for the 520 half hour programs at another radio station.

5. Plaintiff's allegations include a breach of contract claim against Carter and a claim for tortious interference with plaintiff's contract against Faith.

6. The above-described action is one of which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1332, Diversity of Citizenship, and is one which may be removed to this Court by the Defendants pursuant to the provisions of 28 U.S.C. § 1441(a).

7. The provisions of 28 U.S.C. § 1332(a) grant this Court original jurisdiction for cases in which the matter in controversy exceeds the sum or value of $75,000 and is between citizens of different states.

8. Plaintiff, North American Catholic Educational Broadcasting Foundation, Inc., is a Rhode Island corporation with a principal place of business in Providence, Rhode Island.

9. Defendant Carter Broadcasting Corporation is a Massachusetts corporation with a principal place of business in Boston, Massachusetts.

10. Defendant Faith Christian Center is a church located in Seekonk, Massachusetts.

11. The controversy between the Plaintiff and Defendants exceeds the sum of Seventy-Five Thousand ($75,000) Dollars, exclusive of interest and costs.

12. Pursuant to R.I. Gen. Law § 9-1-30 the Plaintiff's complaint contained no ad damnum clause detailing the damages claimed by the Plaintiff.

13. However, in a July 6, 2006 letter to the Defendant Carter Broadcasting, the Plaintiff states that the value of their claim "easily exceeds the $75,000 threshold value of consideration required to prosecute a rapid decision in the federal courts." (See Letter from John Primeau to Kenneth Carberry attached as exhibit "B").

14. Additionally, no state or federal law serves to limit Plaintiff's recovery to an amount below the jurisdictional requirement.

15. Based on the Plaintiff's representations in its July 6, 2006 demand letter and the lack of a statutory bar to Plaintiff's claims, it is more probable than not that this controversy exceeds the sum of Seventy-Five Thousand ($75,000) Dollars, exclusive of interest and costs.

16. 28 U.S.C. § 1441(a) provides for the removal from State court of civil actions arising under federal law pursuant to 28 U.S.C. § 1332. The above-captioned action is one of which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1441, in that the Plaintiff's claims for compensatory damages exceed $75,000, and the Plaintiff and Defendants maintain citizenships in different states: the Plaintiff in Rhode Island and both Defendants in Massachusetts.

17. Additionally, pursuant to 28 U.S.C. § 1441(a) neither Carter nor Faith are citizens of the State of Rhode Island, wherein the above-entitled action is pending.

18. In accordance with the requirements of 28 U.S.C. § 1446, this notice of removal is filed within 30 days of Defendants' receipt of a copy of the summons and complaint.

19. Defendants Carter and Faith reserve the right to amend this Notice of Removal. Defendants Carter and Faith reserve the right to all defenses, including without limitation, the defense of lack of personal jurisdiction.

20. Both Defendants have consented to removal as required by 28 U.S.C. § 1441(c).

WHEREFORE, Defendants Carter and Faith pray that the above action now pending in Superior Court of the State of Rhode Island in and for the County of Providence be removed therefrom to this Court.

**PLEASE TAKE NOTICE** that defendants hereby respectfully request a trial by jury.

CARTER BROADCASTING CORPORATION and FAITH CHRISTIAN CENTER

By Their Attorneys,

DAVID E. MAGLIO & ASSOCIATES, P.C.

David E. Maglio, Esq. (#3459)
The Owen Building
101 Dyer Street, Second Floor
Providence, Rhode Island 02903
(401) 831-5400
(401) 831-7979 (FAX)

Dated: Providence, Rhode Island
September 29 , 2006

I, David E. Maglio, Esq., attorney for the Defendants Carter Broadcasting Corp. and Faith Christian Center, being duly sworn upon oath, do hereby verily believe the facts stated in the within Petition to be true.

David E. Maglio, Esq.

**CERTIFICATION**

To:

Mark A. Pogue, Esq.
Edwards Angell Palmer & Dodge, LLP
2800 Financial Plaza
Providence, RI 02903

I hereby certify that on the 29th day of September, 2006, I caused a true copy of the *Defendants' Notice of Removal* to be mailed to the above-listed attorney.