**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

CATHOLIC EDUCATIONAL PROGRAMMING, )
FOUNDATION, INC., )
Plaintiff )
)
V. ) C.A.: 06-431ML NA
)
CARTER BROADCASTING, )
Defendant )

PLAINTIFF'S RULE 16 STATEMENT

Pursuant to this Court's Order dated November 2, 2006, plaintiff North American Catholic Educational Programming Foundation, Inc. ("NACEPF") herewith files its pre-trial conference statement.

I. Summary of Facts

NACEPF is a Rhode Island corporation engaged in the production and broadcasting of religious and educational programming for television and radio. Prior to July 2006, defendant Carter Broadcasting Corporation ("Carter") owned and operated an AM radio station located in East Providence, Rhode Island known as WRIB (the "Station").

For more than ten years prior to 2006, Carter broadcast on the Station half-hour programs produced by NACEPF. During this time, NACEPF developed a large listening audience and much goodwill among its listeners.

Beginning in 2001, NACEPF and Carter entered into a series of one-year contracts to broadcast NACEPF's programming on the Station. Each year NACEPF paid Carter in advance for its yearly programming on the Station. Carter charged NACEPF $28 per each half-hour program (or $56 for two programs). This rate was significantly below the market rate for

comparable programming because of the large amount of goodwill which NACEPF had developed for the Station over the years.

On March 16, 2006, NACEPF prepaid for its programming on the Station for the period May 1, 2006 through April 30, 2007. The payment for 520 half-hour programs. Carter accepted this payment, and the parties thereby formed a contract.

During 2005 and 2006, Carter negotiated to sell the Station to defendant Faith Christian Center ("Faith"). Carter held NACEPF's check for more than three months while it negotiated with Faith in 2006. At some point in the summer of 2006, Carter and Faith consummated the sale of the Station from Carter to Faith. On July 10, 2006, however, without warning, Faith terminated all broadcast activity at the Station, thereby breaking NACEPF's broadcast contract. As a result, NACEPF had no means of broadcasting its programming, nor even the ability to explain to Station listeners what had happened to its programming.

Carter offered to return to NACEPF the unused portion of its 2006 programming fee. That will not make NACEPF whole, however, because NACEPF will have to pay considerably more than $28 per half-hour to find a comparable radio broadcast outlet to replace the broken contract. Moreover, NACEPF stands to lose many of the listeners and listener goodwill it had developed while broadcasting on the Station.

II. Legal Issues Which May Arise

NACEPF anticipates that issues will arise regarding the quantification of its damage claim against defendants.

NORTH AMERICAN CATHOLIC
EDUCATIONAL PROGRAMMING

FOUNDATION, INC.
By Its Attorneys,

/s/ Mark Pogue
______________________________
Mark A Pogue (#3441)
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, RI 02903
Telephone: (401) 274-9200
Facsimile: (401) 276-6611

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on the 4th day of December, 2006, I caused a true copy of the within Plaintiff's Rule 16 Statement to be served via electronic mail to the following:

David Maglio
101 Dyer Street
Providence, RI 02903

/s/ Mark Pogue
______________________________

Certificate of Service

To: David Maglio, 101 Dyer Street, Providence, RI 02903