UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| NORTH AMERICAN CATHOLIC EDUCATIONAL PROGRAMMING FOUNDATION, INC. | : | |
| *Plaintiff* | : | |
| VS. | : | C.A. No.: 06-431/ML |
| CARTER BROADCASTING CORPORATION and FAITH CHRISTIAN CENTER | : | |
| *Defendants*. | : | |

**DEFENDANTS' MOTION TO COMPEL ANSWERS TO INTERROGATORIES**

Now come the defendants and, pursuant to Rules 33 and 37(a) of the Federal Court Rules of Civil Procedure, hereby move that the plaintiff be compelled to respond to interrogatories propounded on October 30, 2006 and attached hereto as Exhibit "A".

A good-faith attempt to request these answers from the plaintiff's attorney has been made via e-mail, attached hereto as Exhibit B. To date, no answers have been received.

WHEREFORE, the defendants move that this Court order the plaintiff to answer their interrogatories propounded to the plaintiff within ten (10) days from the decision on said motion.

CARTER BROADCASTING CORPORATION and FAITH CHRISTIAN CENTER

By their Attorneys,

DAVID E. MAGLIO & ASSOCIATES, P.C.

/s/ David E. Maglio
David E. Maglio, Esq. (#3459)
The Owen Building
101 Dyer Street, Second Floor
Providence, Rhode Island 02903
(401) 831-5400
(401) 831-7979 (FAX)
dmaglio@magliolaw.com

**CERTIFICATION**

To:

Mark A. Pogue, Esq.
Edwards Angell Palmer & Dodge, LLP
2800 Financial Plaza
Providence, RI 02903

I hereby certify that on the 10th day of January, 2007 I caused a true copy of the *Defendants' Motion to Compel Plaintiff to Answer Interrogatories* to be electronically filed through the Court ECM/CMF system.

/s/ David E. Maglio, Esq.

h:\clients\carter\nacepf\pleadings\mcai