**From:** Hillary Giles [mailto:hgiles@magliolaw.com]
**Sent:** Friday, December 29, 2006 9:40 AM
**To:** 'mpogue@eapdlaw.com'
**Subject:** Carter Broadcasting

Dear Mark,

I am currently working on the plaintiff's discovery in the above referenced matter. Would it be possible for you to email the discovery to me as attachments to make the process a little quicker? Additionally, we are still waiting on interrogatory responses from your client; do you have an estimated time of when they will be complete?

Thanks,

Hillary J. Giles, Esq.
Associate
**David E. Maglio & Associates, PC**
101 Dyer Street
Providence, RI 02903
(401) 831-5400
(401) 831-7979 FAX