UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| NORTH AMERICAN CATHOLIC EDUCATIONAL PROGRAMMING FOUNDATION, INC. | : | |
| *Plaintiff* | : | |
| VS. | : | C.A. No.: 06-431/ML |
| CARTER BROADCASTING CORPORATION and FAITH CHRISTIAN CENTER | : | |
| *Defendants.* | : | |

**DEFENDANTS' MOTION TO EXTEND TIME TO RESPOND TO DISCOVERY**

Now come the defendants, Carter Broadcasting Corporation and Faith Christian Center, and hereby move this Court for leave to extend the time by fifteen days, up to and including February 1, 2007, to (1) answer the plaintiff's first set of interrogatories propounded to each defendant dated December 18, 2006; and (2) to respond to the plaintiff's first request for production of documents propounded to each defendant dated December 18, 2006.

As grounds for their motion, the defendants state that their defense counsel are diligently preparing the answers to the interrogatories, which are to be reviewed and signed in the presence of a Notary Public by the defendants' representatives, and documents need to be gathered by both defendants in response to the plaintiff's requests for production of documents. Therefore, defendants believe that a 15-day extension is fair and reasonable.

WHEREFORE, the defendants respectfully request that this Court allow them to and through February 1, 2007 within which to respond to the plaintiff's first request for production of documents and first set of interrogatories.

CARTER BROADCASTING
CORPORATION and FAITH
CHRISTIAN CENTER

By their Attorneys,

DAVID E. MAGLIO & ASSOCIATES,
P.C.

/s/ David E. Maglio
David E. Maglio, Esq. (#3459)
The Owen Building
101 Dyer Street, Second Floor
Providence, Rhode Island 02903
(401) 831-5400
(401) 831-7979 (FAX)
dmaglio@magliolaw.com

**CERTIFICATION**

To:

Mark A. Pogue, Esq.
Edwards Angell Palmer & Dodge, LLP
2800 Financial Plaza
Providence, RI 02903

I hereby certify that on the 10th day of January, 2007, I caused a true copy of the *Motion to Enlarge Time to respond to Discovery* to be mailed to the above-listed attorney.

/s/ David E. Maglio

h:\clients\carter\nacepf\pleadings\ mot ext time anints and rrpd