UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| NORTH AMERICAN CATHOLIC EDUCATIONAL PROGRAMMING FOUNDATION, INC. | : | |
| *Plaintiff* | : | |
| VS. | : | C.A. 06-431ML |
| CARTER BROADCASTING CORPORATION and FAITH CHRISTIAN CENTER | : | |
| *Defendants.* | : | |

**OBJECTION TO DEFENDANTS' MOTION**
**TO COMPEL ANSWERS TO INTERROGATORIES**

Plaintiff North American Catholic Educational Programming Foundation, Inc. hereby objects to defendants' motion to compel answers to interrogatories. In support of this objection, plaintiff states that it expects to serve answers to the subject interrogatories on January 22, 2007.

NORTH AMERICAN CATHOLIC
EDUCATIONAL PROGRAMMING
FOUNDATION, INC.

By its Attorneys,

/s/ Mark A. Pogue
Mark A. Pogue #3441
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, RI 02903
Tel. 401-274-9200
Telecopy 401-276-6611

**CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of January, 2007, a copy of the foregoing Objection To Defendants' Motion To Compel Answers To Interrogatories was served by ECF electronic mailing to:

David E. Maglio, Esq.
The Owen Building
101 Dyer Street, Second Floor
Providence, RI 02903

/s/ Mark A. Pogue__________________