UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| NORTH AMERICAN CATHOLIC EDUCATIONAL PROGRAMMING FOUNDATION, INC. | : | |
| *Plaintiff* | : | |
| VS. | : | C.A. 06-431ML |
| CARTER BROADCASTING CORPORATION and FAITH CHRISTIAN CENTER | : | |
| *Defendants.* | : | |

**MOTION TO COMPEL PRODUCTION OF DOCUMENTS**
**FROM DEFENDANT CARTER BROADCASTING CORPORATION**

Pursuant to F. R. Civ. P. 37, plaintiff North American Catholic Educational Programming Foundation, Inc. ("”NACEPF”) hereby moves for an order compelling defendant Carter Broadcasting Corporation (“Carter”) to produce any and all documents responsive to the request discussed below within 14 days of the date this motion is granted. NACEPF served this request on Carter on or about December 18, 2006.

**Request No. 14:** All filings or communications made with the Federal Communications Commission (the "FCC") concerning the Station, including any filings concerning the modulation or propagation of the Station's signal.

**Response:** Objection. The defendant objects to this request on the grounds that it is overbroad, it is overly burdensome, it is not properly limited as to time, it seeks information which is irrelevant to the subject matter of this action and which is not reasonably calculated to lead to the discovery of admissible evidence.

**Discussion:** One of the central issues bearing on NACEPF's damage claim in this case concerns the strength and characteristics of the Station's signal. Another issue is whether Carter knew that the Station's purchaser, Faith Christian Center, intended to break NACEPF's contract to broadcast on the Station, and whether Carter informed Faith that NACEPF had a prepaid contract to this effect. It is likely that this information, or information reasonably likely to lead to the information, was disclosed to the FCC in conjunction with Carter's sale of the Station to Faith. Accordingly, this objection should be overturned, and Carter should be directed to produce any and all responsive documents.

NORTH AMERICAN CATHOLIC
EDUCATIONAL PROGRAMMING
FOUNDATION, INC.

By its Attorneys,

/s/ Mark A. Pogue
Mark A. Pogue #3441
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, RI 02903
Tel. 401-274-9200
Telecopy 401-276-6611

**CERTIFICATION**

I certify that North American Catholic Educational Programming Foundation, Inc. has in good faith conferred with Carter Broadcasting Corporation in an effort to secure the discovery sought herein without court action.

/s/ Mark A. Pogue

**CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of March, 2007, a copy of the foregoing Plaintiff's Motion To Compel Production of Documents From Defendant Carter Broadcasting Corporation was served by the ECF system to the following counsel of record:

David E. Maglio, Esq.
The Owen Building
101 Dyer Street, Second Floor
Providence, RI 02903

/s/ Mark A. Pogue