UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| NORTH AMERICAN CATHOLIC EDUCATIONAL PROGRAMMING FOUNDATION, INC. | : | |
| *Plaintiff* | : | |
| VS. | : | C.A. 06-431ML |
| CARTER BROADCASTING CORPORATION and FAITH CHRISTIAN CENTER | : | |
| *Defendants.* | : | |

**MOTION TO COMPEL PRODUCTION OF DOCUMENTS**
**FROM DEFENDANT FAITH CHRISTIAN CENTER**

Pursuant to F. R. Civ. P. 37, plaintiff North American Catholic Educational Programming Foundation, Inc. ("NACEPF") hereby moves for an order compelling defendant Faith Christian Center ("Faith") to produce any and all documents responsive to the requests discussed below within 14 days of the date this motion is granted.

**Request No. 2:** All documents (including any communications between Carter and Faith) which refer or relate to NACEPF.

**Response:** Defendant agrees to produce all documents in its possession, custody and control responsive to this request.

**Discussion:** While this response indicates that Faith has no objection to producing responsive documents, in fact Faith has produced no documents. Faith's failure to produce any responsive documents is inexplicable because its co-defendant, Carter Broadcasting Corporation,

has produced communications between it and Faith which refer to NACEPF. Faith should therefore be directed to produce all responsive documents in its possession.

**Request No. 5:** All documents which refer or relate to the size of the listening audience of the Station.

**Response:** Objection. The defendant objects to this request on the grounds that it requests documents which are not reasonably calculated to lead to the discovery of admissible evidence.

**Discussion:** The size of the listening audience of the radio station at issue is a key aspect of NACEPF's damage claim. For that reason, Faith's objection should be overturned, and Faith should be directed to produce its responsive documents.

**Request No. 6:** All documents showing how much Carter charged persons or entities to host or broadcast programming from the Station in 2005 or 2006.

**Response:** Objection. The defendant objects to this request on the grounds that it requests documents which are not reasonably calculated to lead to the discovery of admissible evidence.

**Discussion:** The value of air time on the radio station in question is a key aspect of NACEPF's damage claim. For that reason, Faith's objection should be overturned, and Faith should be directed to produce its responsive documents.

**Request No. 14:** All filings or communications made with the Federal Communications Commission (the "FCC") concerning the Station, including any flings concerning the modulation or propagation of the Station's signal.

**Response:** Objection. The defendant objects to this request on the grounds that it is overbroad, it is overly burdensome, it is not properly limited as to time, it seeks information

which is irrelevant to the subject matter of this action, and which is not reasonably calculated to lead to the discovery of admissible evidence.

**Discussion:** One of the central issues bearing on NACEPF's damage claim in this case concerns the strength and characteristics of the Station's signal. Another important issue is whether Faith knew that NACEPF had a contract to broadcast on the station in question when it denied NACEPF access to the station. It is likely that this information, or information reasonably likely to lead to the information, was disclosed to the Federal Communications Commission at the time Faith acquired the station from Carter Broadcasting Corporation. Accordingly, this objection should be overturned, and Faith should be directed to produce its responsive documents.

NORTH AMERICAN CATHOLIC
EDUCATIONAL PROGRAMMING
FOUNDATION, INC.

By its Attorneys,

/s/ Mark A. Pogue
Mark A. Pogue #3441
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, RI 02903
Tel. 401-274-9200
Telecopy 401-276-6611

## CERTIFICATION

I certify that North American Catholic Educational Programming Foundation, Inc. has in good faith conferred with Faith Christian Center in an effort to secure the discovery sought herein without court action.

/s/ Mark A. Pogue

**CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of March, 2007, a copy of the foregoing Plaintiff's Motion To Compel Production of Documents From Defendant Faith Christian Center was served by the ECF system to the following counsel of record:

David E. Maglio, Esq.
The Owen Building
101 Dyer Street, Second Floor
Providence, RI 02903

/s/ Mark A. Pogue