UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| NORTH AMERICAN CATHOLIC EDUCATIONAL PROGRAMMING FOUNDATION, INC. | : | |
| *Plaintiff* | : | |
| VS. | : | C.A. No.: 06-431/ML |
| CARTER BROADCASTING CORPORATION and FAITH CHRISTIAN CENTER | : | |
| *Defendants*. | : | |

**DEFENDANT CARTER BROADCASTING CORPORATION'S OBJECTION TO PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS**

Now comes the defendant, Carter Broadcasting Corporation ("Carter"), and hereby objects to the plaintiff's motion to compel production of documents. As grounds for this objection, the defendant, Carter Broadcasting, relies on the accompanying memorandum of law.

CARTER BROADCASTING CORPORATION

By its Attorneys,

DAVID E. MAGLIO & ASSOCIATES, P.C.

/s/

David E. Maglio, Esq. (#3459)
The Owen Building
101 Dyer Street, Second Floor
Providence, Rhode Island 02903
(401) 831-5400
(401) 831-7979 (FAX)
dmaglio@magliolaw.com

**CERTIFICATION**

To:

Mark A. Pogue, Esq.
Edwards Angell Palmer & Dodge, LLP
2800 Financial Plaza
Providence, RI 02903

I hereby certify that on the 12th of April, 2007, I caused a true copy of the *Defendant Carter Broadcasting Corporation's Objection to Plaintiff's Motion to Compel* to be electronically mailed via CM/ECF to the above-listed attorney.

/s/______________________________
David E. Maglio, Esq.

H:clients\Carter Broadcasting System\NACEPF\pleadings\Carter's obj to Plts mot to compel prd doc

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| NORTH AMERICAN CATHOLIC EDUCATIONAL PROGRAMMING FOUNDATION, INC. | : | |
| *Plaintiff* | : | |
| VS. | : | C.A. No.: 06-431/ML |
| CARTER BROADCASTING CORPORATION and FAITH CHRISTIAN CENTER | : | |
| *Defendants.* | : | |

**DEFENDANT CARTER BROADCASTING CORPORATION'S MEMORANDUM OF LAW IN SUPPORT OF ITS OBJECTION TO PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS**

In support of its Objection to Plaintiff's Motion to Compel Production of Documents, the defendant, Carter Broadcasting Corporation ("Carter") states as follows:

Rule 34(a) of the Federal Rules of Civil Procedure states in pertinent part that "any party may serve on any other party a request to produce…any designated documents…which are in the possession, custody or control of the party upon whom the request is served." *Fed.R.Civ.P. 34 (a)(1).* The defendant has stated in the context of a Rule 37 conference with the plaintiff that it has no additional documents in its possession, custody or control, which are responsive to the plaintiff's requests.

Plaintiff's statements in support of its motion to compel regarding the defendant's response to Request No.14 attempts to explain why the plaintiff claims it is entitled to documents filed with the Federal Communications Commission ("FCC") regarding the Station. (See Plaintiff's Motion to Compel Production of Documents, attached as Exhibit "A"). However, the defendant has provided all of the FCC documents in its possession,

custody and control which are responsive to the plaintiff's request. The Asset Purchase agreement by and between Faith and Carter was produced to the plaintiff and includes the FCC's consent to the assignment of WRIB Providence from Carter Broadcasting to Faith Christian Center and Carter's License Renewal Authorization by the FCC.

The defendant has no further documents in its possession, custody or control which are responsive to this request. Also, although the plaintiff is not specific in the type of documents filed with the FCC it seeks, many documents filed with the FCC are public record and therefore can be retrieved directly from the FCC.

CARTER BROADCASTING
CORPORATION

By its Attorneys,

DAVID E. MAGLIO & ASSOCIATES,
P.C.

/s/
David E. Maglio, Esq. (#3459)
The Owen Building
101 Dyer Street, Second Floor
Providence, Rhode Island 02903
(401) 831-5400
(401) 831-7979 (FAX)
dmaglio@magliolaw.com

**CERTIFICATION**

To:
Mark A. Pogue, Esq.
Edwards Angell Palmer & Dodge, LLP
2800 Financial Plaza
Providence, RI 02903

I hereby certify that on the 12th day of April, 2007, I caused a true copy of *Defendant Carter Broadcasting Corporation's Memorandum of Law in Support of its Objection to Plaintiff's Motion to Compel* to be electronically mailed via CM/ECF to the above-listed attorney.

/s/
David E. Maglio, Esq.

H:clients\Carter Broadcasting System\NACEPF\pleadings\Carter's obj to Plts mot to compel prd doc