UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

District of Rhode Island
Property of U.S. District Court
MAY 07 2007
RECEIVED

NORTH AMERICAN CATHOLIC EDUCATIONAL PROGRAMMING FOUNDATION, INC.

*Plaintiff*

VS. C.A. 06-431ML

CARTER BROADCASTING CORPORATION and FAITH CHRISTIAN CENTER

*Defendants.*

**CONSENT ORDER**

By agreement of the parties, plaintiff North American Catholic Educational Programming Foundation, Inc.'s ("NACEPF") Motion To Compel Production of Documents from Defendant Carter Broadcasting Corporation ("Defendant") shall be resolved as follows:

1. Defendant shall supplement its responses as follows:

**Request No. 14:** All filings or communications made with the Federal Communications Commission (the "FCC") concerning the Station, including any filings concerning the modulation or propagation of the Station's signal.

**Response:** Objection. The defendant objects to this request on the grounds that it is overbroad, it is overly burdensome, it is not properly limited as to time, it seeks information which is irrelevant to the subject matter of this action and which is not reasonably calculated to lead to the discovery of admissible evidence.

**Supplemental Response:** Other than the documents produced in conjunction with the Responses of Defendant Carter Broadcasting Corporation to the Plaintiff North American

Catholic Educational Programming Foundation, Inc.'s First Request for Documents, filed with this Court on February 27, 2007, Defendant has no further documents in its possession, custody or control which are responsive to this request.

2. Defendant shall supplement its responses by no later than May 16, 2007.

| | |
|---|---|
| Mark A. Pogue (#3441)<br>EDWARDS & ANGELL, LLP<br>2800 Financial Plaza<br>Providence, RI 02903<br>Tel. 401-274-9200<br>Fax 401-276-6611 | David E. Maglio (#3459)<br>DAVID E. MAGLIO & ASSOCIATES, P.C.<br>101 Dyer Street<br>Providence, RI 02903<br>Tel. 401-831-5400<br>Fax. 401-831-7979 |
| Date | Date |
| ENTER:<br>USMJ<br>Date: 5/8/07 | ORDER:<br>Date: 5-8-07 |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of May, 2007, a copy of the foregoing Consent Order was sent via regular mail to the following counsel of record:

David E. Maglio, Esq.
The Owen Building
101 Dyer Street, Second Floor
Providence, RI 02903



PRV_PRV_881252_1.DOC/JFOLGERHARTWELL