UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| NORTH AMERICAN CATHOLIC EDUCATIONAL PROGRAMMING FOUNDATION, INC.<br><br>*Plaintiff*<br><br>VS.<br><br>CARTER BROADCASTING CORPORATION and FAITH CHRISTIAN CENTER<br><br>*Defendants.* | : | C.A. 06-431ML |

RECEIVED
MAY 07 2007
Property of U.S. District Court
District of Rhode Island

**CONSENT ORDER**

By agreement of the parties, plaintiff North American Catholic Educational Programming Foundation, Inc.'s ("NACEPF") Motion To Compel Production of Documents from Defendant Faith Christian Center ("Defendant") shall be resolved as follows:

1. Defendant shall supplement its responses as follows:

**Request No. 2**: All documents (including any communications between Carter and Faith) which refer or relate to NACEPF.

**Response**: Defendant agrees to produce all documents in its possession, custody and control responsive to this request.

**Supplemental Response**: Other than the documents produced in conjunction with the Responses of Defendant Faith Christian Center to the Plaintiff North American Catholic Educational Programming Foundation, Inc.'s First Request for Documents, filed with this Court on February 27, 2007, Defendant has no further documents in its possession, custody or control which are responsive to this request.

**Request No. 5:** All documents which refer or relate to the size of the listening audience of the Station.

**Response:** Objection. The defendant objects to this request on the grounds that it requests documents which are not reasonably calculated to lead to the discovery of admissible evidence.

**Supplemental Response:** Other than the documents produced in conjunction with the Responses of Defendant Faith Christian Center to the Plaintiff North American Catholic Educational Programming Foundation, Inc.'s First Request for Documents, filed with this Court on February 27, 2007, Defendant has no further documents in its possession, custody or control which are responsive to this request.

**Request No. 6:** All documents showing how much Carter charged persons or entities to host or broadcast programming from the Station in 2005 or 2006.

**Response:** Objection. The defendant objects to this request on the grounds that it requests documents which are not reasonably calculated to lead to the discovery of admissible evidence.

**Supplemental Response:** Other than the documents produced in conjunction with the Responses of Defendant Faith Christian Center to the Plaintiff North American Catholic Educational Programming Foundation, Inc.'s First Request for Documents, filed with this Court on February 27, 2007, Defendant has no further documents in its possession, custody or control which are responsive to this request.

**Request No. 14:** All filings or communications made with the Federal Communications Commission (the "FCC") concerning the Station, including any flings concerning the modulation or propagation of the Station's signal.

**Response:** Objection. The defendant objects to this request on the grounds that it is overbroad, it is overly burdensome, it is not properly limited as to time, it seeks information which is irrelevant to the subject matter of this action, and which is not reasonably calculated to lead to the discovery of admissible evidence.

**Supplemental Response:** Other than the documents produced in conjunction with the Responses of Defendant Faith Christian Center to the Plaintiff North American Catholic Educational Programming Foundation, Inc.'s First Request for Documents, filed with this Court on February 27, 2007, Defendant has no further documents in its possession, custody or control which are responsive to this request.

2. Defendant shall supplement its responses by no later than May 16, 2007.

Mark A. Pogue (#3441)
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, RI 02903
Tel. 401-274-9200
Fax 401-276-6611

David E. Maglio (# 3458)
DAVID E. MAGLIO & ASSOCIATES, P.C.
101 Dyer Street
Providence, RI 02903
Tel. 401-831-5400
Fax. 401-831-7979

Date

Date

ENTER:

USMJ

Date: 5/8/07

ORDER:

Date: 5-8-07

**CERTIFICATE OF SERVICE**

I hereby certify that on this ~~3rd~~ 7th day of May, 2007, a copy of the foregoing Consent Order was sent via regular mail to the following counsel of record:

David E. Maglio, Esq.
The Owen Building
101 Dyer Street, Second Floor
Providence, RI 02903



PRV_PRV_881271_1.DOC/JFOLGERHARTWELL