UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| NORTH AMERICAN CATHOLIC EDUCATIONAL PROGRAMMING FOUNDATION, INC. | : | |
| *Plaintiff* | : | |
| VS. | : | C.A. 06-431ML |
| CARTER BROADCASTING CORPORATION and FAITH CHRISTIAN CENTER | : | |
| *Defendants.* | : | |

**ASSENTED-TO MOTION FOR ENLARGEMENT OF TIME**

Plaintiff North American Catholic Educational Programming Foundation, Inc., ("NACEPF") with the assent and agreement of both defendants, hereby moves for a 90-day extension of the discovery deadline in this case, from June 5, 2007 to and including September 5, 2007, and an identical extension of all associated deadlines.

In support of this motion, NACEPF states that the additional time is required in order to complete discovery within the constraints of counsel's work and vacation schedules. The parties have not previously requested an extension of the discovery period in this case, and anticipate that they will complete all discovery within the requested extra time.

**Conclusion**

For the foregoing reasons, NACEPF's assented-to motion for an extension of time should be granted.

NORTH AMERICAN CATHOLIC
EDUCATIONAL PROGRAMMING
FOUNDATION, INC.

By its Attorneys,

/s/ Mark A. Pogue

Mark A. Pogue #3441
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, RI 02903
Tel. 401-274-9200
Telecopy 401-276-6611

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of May, 2007, a copy of the foregoing assented-to Motion For Enlargement of Time was served by the ECF system to the following counsel of record:

David E. Maglio, Esq.
The Owen Building
101 Dyer Street, Second Floor
Providence, RI 02903

/s/ Mark A. Pogue