UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| NORTH AMERICAN CATHOLIC EDUCATIONAL PROGRAMMING FOUNDATION, INC. | : | |
| *Plaintiff* | : | |
| VS. | : | C.A. 06-431ML |
| CARTER BROADCASTING CORPORATION and FAITH CHRISTIAN CENTER | : | |
| *Defendants.* | : | |

**STIPULATION**

The parties hereby stipulate and agree that plaintiff may have until and including July 18, 2007, and defendants may have until and including August 18, 2007, to make their expert disclosures in this case pursuant to F.R. Civ. P. 26(a)(2).

7/6/07
Date

/s/ Mark A. Pogue
Mark A. Pogue #3441
Edwards Angell Palmer & Dodge LLP
2800 Financial Plaza
Providence, RI 02903
Tel. 401-274-9200
Telecopy 401-276-6611
Attorney for Plaintiff

7/6/07
Date

/s/ David E. Maglio
David E. Maglio #3459
The Owen Building
101 Dyer Street, Second Floor
Providence, RI 02903
Tel. 401-831.5400
Telecopy 402-831-7979
Attorney for Defendants