UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| NORTH AMERICAN CATHOLIC EDUCATIONAL PROGRAMMING FOUNDATION, INC. | : | |
| *Plaintiff* | : | |
| VS. | : | C.A. No.: 06-431/ML |
| CARTER BROADCASTING CORPORATION and FAITH CHRISTIAN CENTER | : | |
| *Defendants*. | : | |

**ASSENTED-TO MOTION FOR ENLARGEMENT OF TIME**

Defendants, Carter Broadcasting Corporation ("Carter") and Faith Christian Center ("Faith"), with the assent and agreement of the plaintiff, hereby move for a 45-day extension of the discovery deadline in this case from September 5, 2007, up to and including October 22, 2007. The deadline for filing of dispositive motions and all associated deadlines will be also be extended forty-five (45) days.

In support of this motion, Carter and Faith state that the additional time is required in order to complete discovery within the constraints of counsel's work schedules. The parties anticipate that they will complete all discovery within the requested amount of time.

**Conclusion**

For the foregoing reasons, Carter and Faith's assented-to motion for an extension of time should be granted.

CARTER BROADCASTING
CORPORATION and FAITH
CHRISTIAN CENTER

By Their Attorneys,

DAVID E. MAGLIO & ASSOCIATES,
P.C.

/s/ David E. Maglio___________________
David E. Maglio, Esq. (#3459)
The Owen Building
101 Dyer Street, Second Floor
Providence, Rhode Island 02903
(401) 831-5400
(401) 831-7979 (FAX)
dmaglio@magliolaw.com

**CERTIFICATION**

To:

Mark A. Pogue, Esq.
Edwards Angell Palmer & Dodge, LLP
2800 Financial Plaza
Providence, RI 02903

I hereby certify that on the 17th day of September, 2007, a true copy of the *Assented-to Motion for Enlargement of Time* was served by the CMS/ECF filing system to the above-listed attorney.

/s/ David E. Maglio________________

H:\clients\Carter Broadcasting\NACEPF\pleadings\mtn enlgmnt of time assented to.doc