UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| NORTH AMERICAN CATHOLIC EDUCATIONAL PROGRAMMING FOUNDATION, INC. | : | |
| *Plaintiff* | : | |
| VS. | : | C.A. No.: 06-431/ML |
| CARTER BROADCASTING CORPORATION and FAITH CHRISTIAN CENTER *Defendants*. | : | |

**STIPULATION**

By agreement of the parties, the time that the defendants, Carter Broadcasting Corporation and Faith Christian Center, have to answer or otherwise respond to the plaintiff, North American Catholic Educational Programming Foundation, Inc.'s, requests for production of documents propounded to the defendants dated September 4, 2007, is extended up to and including October 18, 2007.

NORTH AMERICAN CATHOLIC
EDUCATIONAL PROGRAMMING
FOUNDATION, INC.

By its Attorneys,

EDWARDS, ANGEL, PALMER
& DODGE, LLP

/s/ Mark A. Pogue

Mark A. Pogue, Esq. (#3441)
2800 Financial Plaza
2800 Financial Plaza
Providence, Rhode Island 02903
(401) 276–6491
(401) 276-6611 (FAX)
MPogue@eapdlaw.com

CARTER BROADCASTING
CORPORATION and FAITH
CHRISTIAN CENTER

By its Attorneys,

DAVID E. MAGLIO & ASSOCIATES,
P.C.

/s/ David E. Maglio

David E. Maglio, Esq. (#3459)
Owen Building
101 Dyer Street, Second Floor
Providence, Rhode Island 02903
(401) 831-5400
(401) 831-7979 (FAX)
dmaglio@magliolaw.com

**CERTIFICATION**

To:

Mark A. Pogue, Esq.
Edwards Angell Palmer & Dodge, LLP
2800 Financial Plaza
Providence, RI 02903

I hereby certify that on the 4th day of October, 2007, I caused a true copy of the *Stipulation* to be electronically mailed through ECF/CMF to the above-listed attorney.

/s/ David E. Maglio

H:\clients\Carter Broadcasting\NACEPF\pleadings\stipulation