UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| NORTH AMERICAN CATHOLIC EDUCATIONAL PROGRAMMING FOUNDATION, INC. | : | |
| *Plaintiff* | : | |
| VS. | : | C.A. No.: 06-431/ML |
| CARTER BROADCASTING CORPORATION and FAITH CHRISTIAN CENTER | : | |
| *Defendants*. | : | |

**DEFENDANTS' ASSENTED-TO MOTION FOR ENLARGEMENT OF TIME**

Defendants, Carter Broadcasting Corporation ("Carter") and Faith Christian Center ("Faith"), with the assent and agreement of the plaintiff, hereby move for a 30-day extension of the discovery deadline in this case, from October 22, 2007, up to and including November 21, 2007. The deadline for filing of dispositive motions and all associated deadlines will also be extended thirty (30) days, from November 5, 2007 to December 5, 2007.

In support of this motion, all parties agree that the requested additional time is required in order to complete discovery within the constraints of counsels' work schedules. The parties anticipate that they will complete all discovery within the requested amount of time. This is the second request for an enlargement of time by the parties.

**Conclusion**

For the foregoing reasons, Carter and Faith request that their assented-to motion for an extension of time be granted.

CARTER BROADCASTING CORPORATION and FAITH CHRISTIAN CENTER

By Their Attorneys,

DAVID E. MAGLIO & ASSOCIATES, P.C.

/s/ David E. Maglio
David E. Maglio, Esq. (#3459)
The Owen Building
101 Dyer Street, Second Floor
Providence, Rhode Island 02903
(401) 831-5400
(401) 831-7979 (FAX)
dmaglio@magliolaw.com

ASSENTED TO:

Plaintiff,

By its attorneys,

EDWARDS, ANGELL, PALMER & DODGE, LLP

/s/ Mark A. Pogue, Esq.
Mark A. Pogue, (#3441)
Edwards Angell Palmer & Dodge, LLP
2800 Financial Plaza
Providence, RI 02903
(401) 276–6491
(401) 276-6611 (FAX)
MPogue@eapdlaw.com

**CERTIFICATION**

To:

Mark A. Pogue, Esq.
Edwards Angell Palmer & Dodge, LLP
2800 Financial Plaza
Providence, RI 02903

I hereby certify that on the 2nd day of November, 2007, a true copy of the *Defendants' Assented-to Motion for Enlargement of Time* was served by the CMS/ECF filing system to the above-listed attorney.

/s/ David E. Maglio

H:\clients\Carter Broadcasting\NACEPF\pleadings\mtn 2nd enlgmnt of time assented to.doc