UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| NORTH AMERICAN CATHOLIC EDUCATIONAL PROGRAMMING FOUNDATION, INC. *Plaintiff* | : | |
| VS. | : | C.A. No.: 06-431/ML |
| CARTER BROADCASTING CORPORATION and FAITH CHRISTIAN CENTER *Defendants*. | : | |

**STIPULATION**

By agreement of the parties, the following entries shall be made:

1. The defendants, Carter Broadcasting Corporation and Faith Christian Center, shall have up to and including November 11, 2007 to answer or otherwise respond to the plaintiff, North American Catholic Educational Programming Foundation, Inc.'s, requests for production of documents propounded to the defendants dated September 4, 2007; and

2. The time that the plaintiff, North American Catholic Educational Programming Foundation, Inc., shall have up to and including November 11, 2007 to answer or otherwise respond to the defendants, Carter Broadcasting Corporation and Faith Christian Center's, requests for production of documents propounded to the plaintiff dated September 5, 2007.

NORTH AMERICAN CATHOLIC
EDUCATIONAL PROGRAMMING
FOUNDATION, INC.

By its Attorneys,

EDWARDS, ANGEL, PALMER
& DODGE, LLP

/s/ Mark A. Pogue
Mark A. Pogue, Esq. (#3441)
2800 Financial Plaza
Providence, RI 02903

(401) 276–6491
(401) 276-6611 (FAX)
MPogue@eapdlaw.com

CARTER BROADCASTING
CORPORATION and FAITH
CHRISTIAN CENTER

By their Attorneys,

DAVID E. MAGLIO & ASSOCIATES,
P.C.

/s/ David E. Maglio
David E. Maglio, Esq. (#3459)
Owen Building
101 Dyer Street, Second Floor
Providence, RI 02903
(401) 831-5400
(401) 831-7979 (FAX)
dmaglio@magliolaw.com

**CERTIFICATION**

To:

Mark A. Pogue, Esq.
Edwards Angell Palmer & Dodge, LLP
2800 Financial Plaza
Providence, RI 02903

I hereby certify that on the 2nd day of November, 2007, I caused a true copy of the *Stipulation* to be electronically mailed through ECF/CMF to the above-listed attorney.

/s/ David E. Maglio

H:\clients\Carter Broadcasting\NACEPF\pleadings\stipulation ext rrpd both parties.doc