UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| NORTH AMERICAN CATHOLIC EDUCATIONAL PROGRAMMING FOUNDATION, INC. | : | |
| *Plaintiff* | : | |
| VS. | : | C.A. No.: 06-431/ML |
| CARTER BROADCASTING CORPORATION and FAITH CHRISTIAN CENTER | : | |
| *Defendants*. | : | |

**DEFENDANTS' THIRD ASSENTED-TO MOTION FOR ENLARGEMENT OF TIME**

Defendants, Carter Broadcasting Corporation ("Carter") and Faith Christian Center ("Faith"), with the assent and agreement of the plaintiff, hereby move for a 7-day extension of the dispositive motion deadline in this case, from December 5, 2007, up to and including December 12, 2007. Additionally, the plaintiff, North American Catholic Educational Programming Foundation, Inc. ("NACEPF"), with the assent and agreement of the defendants, hereby moves for a 28-day extension within which to respond to the dispositive motion from December 17, 2007 until January 14, 2008.

In support of this motion, the parties state that discovery was completed on November 28, 2007. The additional time is required in order to prepare the defendants' dispositive motion and the plaintiff's response within the constraints of counsels' work schedules.

**Conclusion**

For the foregoing reasons, the parties' assented-to motion for an extension of time should be granted.

CARTER BROADCASTING
CORPORATION and FAITH
CHRISTIAN CENTER

By their Attorneys,

DAVID E. MAGLIO & ASSOCIATES,
P.C.

/s/ David E. Maglio________________
David E. Maglio, Esq. (#3459)
The Owen Building
101 Dyer Street, Second Floor
Providence, Rhode Island 02903
(401) 831-5400
(401) 831-7979 (FAX)
dmaglio@magliolaw.com

ASSENTED TO:

NORTH AMERICAN CATHOLIC EDUCATIONAL
PROGRAMMING FOUNDATION, INC.

By its attorneys,

EDWARDS, ANGELL, PALMER & DODGE,
LLP

/s/ Mark A. Pogue, Esq.__________________
Mark A. Pogue, (#3441)
2800 Financial Plaza
Providence, RI 02903
(401) 276–6491
(401) 276-6611 (FAX)
MPogue@eapdlaw.com

**<u>CERTIFICATION</u>**

To:

Mark A. Pogue, Esq.
Edwards Angell Palmer & Dodge, LLP
2800 Financial Plaza
Providence, RI 02903

I hereby certify that on the 3rd day of December, 2007, a true copy of the *Defendants' Assented-to Motion for Enlargement of Time* was served by the CMS/ECF filing system to the above-listed attorney.

/s/ David E. Maglio

H:\clients\Carter Broadcasting\NACEPF\pleadings\mtn 3rd enlgmnt of time assented to.doc