State of Rhode Island - Division of Taxation

**Seller's Residency Affidavit**

Withholding of Rhode Island Tax

R.I. General Laws 44-30-71.3

THIS IS AN AFFIDAVIT OF FACTS. WHETHER OR NOT THIS AFFIDAVIT IS SUFFICIENT TO RELIEVE THE BUYER OF THE RESPONSIBILITY TO WITHHOLD IS GOVERNED BY THE ABOVE LAW AND ATTENDANT REGULATIONS. READ THIS AFFIDAVIT CAREFULLY BEFORE SIGNING.

IN THE CASE OF MULTIPLE SELLERS, EACH SELLER MUST COMPLETE AN AFFIDAVIT.
IF ALL SELLERS DO NOT COMPLETE AN AFFIDAVIT, THE BUYER MUST WITHHOLD.

The undersigned on oath, being first duly sworn, hereby certifies:

1. This affidavit is being given in connection with a sale of real estate pursuant to Section 44-30-71.3 RIGL 1956 and attendant regulations.

2. I have attached to this affidavit a full description of the realty and any tangible personalty being sold as part of this sale and the undersigned is the seller of the property described in the attached description. The realty is generally located in Providence and East Providence, Rhode Island.

3. The closing date of this sale is July 6 2006.

4. a. List names of **all** the owners appearing on the deed: Carter Broadcasting Kenneth K Carberry

4. b. The affiant's name is Kenneth K Carberry

4. c. If the seller is a corporation, estate or trust, the person authorized and taking responsibility to sign on the seller's behalf is: Kenneth K Carberry

5. The affiant's address is: Kenneth K Carberry.

6. The affiant's telephone number is (617) 423-0810

7. The affiant's Social Security or taxpayer federal identification number is 042 629 471

8. ( x ) Resident Corporations. At the date of the closing, the affiant is a corporation incorporated in Rhode Island or authorized to do business in Rhode Island by the Secretary of State, the Board of Bank Incorporation or the Insurance Division of the Department of Business Regulation. Corporations subject to tax under the Chapter 44-11 must comply with Section 44-11-29 RIGL.

9. ( ) Resident Individuals, Estates, Partnerships or Trusts. At the date of the closing, the affiant is a resident individual, estate, partnership or trust as those applicable terms are defined in the Rhode Island tax laws pertaining to the seller.

01029558