June 2006

| | | Program / Receipt | 1 Amount | 2 Local | 3 Federal | 4 Other | 5 | 6 Direct | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 6/1/06 | | | | | | | | | | |
| 2 | | | | | | | | | | | |
| 3 | | | | | | | | | | | |
| 4 | | | | | | | | | | | |
| 5 | 6/9/06 | | | | | | | | | | |
| 6 | | | | | | | | | | | |
| 7 | | | | | | | | | | | |
| 8 | | | | | | | | | | | |
| 9 | | | | | | | | | | | |
| 10 | 6/14/06 | | | | | | | | | | |
| 11 | | | | | | | | | | | |
| 12 | | | | | | | | | | | |
| 13 | | | | | | | | | | | |
| 14 | | | | | | | | | | | |
| 15 | 6/16/06 | | | | | | | | | | |
| 16 | | | | | | | | | | | |
| 17 | 6/23/06 | | | | | | | | | | |
| 18 | | | | | | | | | | | |
| 19 | | | | | | | | | | | |
| 20 | | NACEDF | 14,560.00 | 14,560.00 | | | | | | | |
| 21 | | | | | | | | | | | |
| 22 | | | | | | | | | | | |
| 23 | 6/30/06 | | | | | | | | | | |
| 24 | | | | | | | | | | | |
| 25 | | | | | | | | | | | |
| 26 | | | | | | | | | | | |
| 27 | | | | | | | | | | | |
| 28 | | | | | | | | | | | |
| 29 | | | | | | | | | | | |
| 30 | | | | | | | | | | | |
| 31 | | | | | | | | | | | |
| 32 | | | | | | | | | | | |

National® Brand 45-110 Eye-Ease® Made in USA

JULY 2005

| | Program / Recpt | Amount | Local | National | Other | | Deposit | |
|---|---|---|---|---|---|---|---|---|
| 6/2/05 | | | | | | | | |
| | NACEDF | 15,725.00 | 15,725.00 | | | | | |
| 6/6/05 | | | | | | | | |
| 6/9/05 | | | | | | | | |
| 6/14/05 | | | | | | | | |
| 6/16/05 | | | | | | | | |
| 6/23/05 | | | | | | | | |

National® Brand 45-110 Eye-Ease® Made in USA

MAY, 2004

| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| | Program/Receipt | Amount | Local | National | Other | | Deposit | |
| 5/4/04 | | | | | | | | |
| 5/6/04 | | | | | | | | |
| 5/13/04 | | | | | | | | |
| | NACRPF | 14,856.00 | 14,856.00 | | | | | |
| 5/20/04 | | | | | | | | |

AVERY® 18-406 EYE-EASE® LEDGER

April '2003

| | Date | Program / Receipt | # | ① Amount | ② Local | ③ National | ④ Other | ⑤ |
|---|---|---|---|---|---|---|---|---|
| 1 | 4/29/03 | | # | | | | | |
| 2 | | NACEPF | | 14,496.00 | 14,496.00 | | | |
| 3 | | | | | | | | |
| 4 | | | | | | | | |
| 5 | | | | | | | | |
| 6 | | | | | | | | |
| 7 | | | | | | | | |
| 8 | | | | | | | | |
| 9 | | | | | | | | |
| 10 | | | | | | | | |
| 11 | | | | | | | | |
| 12 | | | | | | | | |
| 13 | | | | | | | | |
| 14 | | | | | | | | |
| 15 | | | | | | | | |
| 16 | | | | | | | | |
| 17 | | | | | | | | |
| 18 | | | | | | | | |
| 19 | | | | | | | | |
| 20 | | | | | | | | |
| 21 | | | | | | | | |
| 22 | | | | | | | | |
| 23 | | | | | | | | |
| 24 | | | | | | | | |
| 25 | | | | | | | | |
| 26 | | | | | | | | |
| 27 | | | | | | | | |

AVERY® 18-404 EYE-EASE® LEDGER

March, 2002

| | | Program / Receipt | Amount | ① Fiscal | ② National | ③ Other | ④ Depos. |
|---|---|---|---|---|---|---|---|
| 1 | 3/5/02 | | | | | | |
| 2 | | | | | | | |
| 3 | | | | | | | |
| 4 | | | | | | | |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |
| 9 | 3/14/02 | | | | | | |
| 10 | | | | | | | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | 3/20/02 | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |
| 21 | | NACEDF | 14,616.00 | 14,616.00 | | | |
| 22 | | | | | | | |
| 23 | | | | | | | |
| 24 | | | | | | | |
| 25 | | | | | | | |
| 26 | | | | | | | |
| 27 | | | | | | | |

AVERY® 18-404 EYE-EASE® LEDGER

January, 2002 . (Page 1)

| | | Program/Receipt | Amount | | ① Local | ② National | ③ Other | Dispu… |
|---|---|---|---|---|---|---|---|---|
| 1 | 1/2/02 | | | | | | | |
| 2 | | | | | | | | |
| 3 | | | | | | | | |
| 4 | | | | | | | | |
| 5 | | | | | | | | |
| 6 | | | | | | | | |
| 7 | | | | | | | | |
| 8 | | | | | | | | |
| 9 | | | | | | | | |
| 10 | | | | | | | | |
| 11 | | NACEPF | 6500.00 | | 6500.00 | | | |
| 12 | | | | | | | | |
| 13 | | | | | | | | |
| 14 | | | | | | | | |
| 15 | | | | | | | | |
| 16 | | | | | | | | |
| 17 | | | | | | | | |
| 18 | 1/7/02 | | | | | | | |
| 19 | | | | | | | | |
| 20 | | | | | | | | |
| 21 | | | | | | | | |
| 22 | | | | | | | | |
| 23 | 1/11/02 | | | | | | | |
| 24 | | | | | | | | |
| 25 | | | | | | | | |
| 26 | | | | | | | | |
| 27 | | | | | | | | |

AVERY® 18-404 EYE-EASE® LEDGER Jun 2001

| | | Program / Receipt | Amount | ① Local | ② National | ③ Other | Exp[illegible] |
|---|---|---|---|---|---|---|---|
| 1 | 6/4/01 | | | | | | |
| 2 | | | | | | | |
| 3 | | | | | | | |
| 4 | | | | | | | |
| 5 | | | | | | | |
| 6 | 6/8/01 | | | | | | |
| 7 | | | | | | | |
| 8 | 6/12/01 | NACEPF, | 13,050.00 | 13,050.00 | | | |
| 9 | | | | | | | |
| 10 | | | | | | | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | 6/18/01 | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |
| 21 | | | | | | | |
| 22 | 6/26/01 | | | | | | |
| 23 | | | | | | | |
| 24 | | | | | | | |
| 25 | | | | | | | |
| 26 | | | | | | | |
| 27 | | | | | | | |

AVERY® 18-404 EYE-EASE® LEDGER

October, 2000

| | Date | Program/Grant | Amount | ① Local | ② National | ③ Other |
|---|---|---|---|---|---|---|
| 1 | 10/10/00 | | | | | |
| 2 | | | | | | |
| 3 | | | | | | |
| 4 | | | | | | |
| 5 | | | | | | |
| 6 | | | | | | |
| 7 | | | | | | |
| 8 | | | | | | |
| 9 | 10/16/00 | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | 10/24/00 | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | NACEPF | 6500.00 | 6500.00 | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |
| 21 | | | | | | |
| 22 | 10/31/00 | | | | | |
| 23 | | | | | | |
| 24 | | | | | | |
| 25 | | | | | | |
| 26 | | | | | | |
| 27 | | | | | | |

National® Brand 45-613 Eye-Ease® 45-313 2-Pack Made In USA

August, 1999

| | Initials | Date |
|---|---|---|
| Prepared By | | |
| Approved By | | |

| Line | Date | Program/Receipt | amount | fund | matching | other |
|---|---|---|---|---|---|---|
| 1 | 8/5/99 | | $ | | | |
| 7 | 8/9/99 | | $ | | | |
| 11 | | NACEPF | 13,100.00 | 13,100.00 | | |
| 14 | 8/16/99 | | | | | |
| 19 | 8/24/99 | | | | | |
| 26 | 8/31/99 | | | | | |

National® Brand 45-613 Eye-Ease® 45-313 2 - Pack Made in USA

March, 1999

| | Initials | Date |
|---|---|---|
| Prepared By | | |
| Approved By | | |

| Date | Program/Receipt | | 1 amount | 2 fees | 3 net amt | 4 other | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|---|
| 3/3/99 | | $ | | | | | | | |
| | NACEPF | | 6,500.00 | 6,500.00 | | | | | |
| 3/11/99 | | $ | | | | | | | |
| 3/18/9[9] | | $ | | | | | | | |
| 3/31/99 | | $ | | | | | | | |

National Brand 45-613 Eye-Ease 45-313 2-Pack Made In USA

August, LLC

| Prepared By | Initials | Date |
|---|---|---|
| Approved By | | |

| | Date | Program / Receipt | | 1 amount | 2 local | 3 national | 4 other | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 8/7/98 | | | $ | | | | | | |
| 7 | 8/11/98 | | | $ | | | | | | |
| 11 | | NACEPF | | 6550.00 | 4550.00 | | | | | |
| 15 | 8/17/98 | | | $ | | | | | | |
| 21 | 8/28/98 | | | $ | | | | | | |

45-313 2-Pack
Made in USA

| | Initials | Date |
|---|---|---|
| Prepared By | | |
| Approved By | | |

| | Date | Program / Receipt | | 1 Amount | 2 Federal | 3 National | 4 Other | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 9/5/97 | | B | | | | | | | |
| 2 | | | | | | | | | | |
| 3 | | | | | | | | | | |
| 4 | | | | | | | | | | |
| 5 | | | | | | | | | | |
| 6 | | | | | | | | | | |
| 7 | | | | | | | | | | |
| 8 | | | | | | | | | | |
| 9 | 9/15/97 | | B | | | | | | | |
| 10 | | | | | | | | | | |
| 11 | | | | | | | | | | |
| 12 | | | | | | | | | | |
| 13 | | | | | | | | | | |
| 14 | | | | | | | | | | |
| 15 | 9/22/97 | | B | | | | | | | |
| 16 | | | | | | | | | | |
| 17 | | | | | | | | | | |
| 18 | | | | | | | | | | |
| 19 | | | | | | | | | | |
| 20 | | | | | | | | | | |
| 21 | | | | | | | | | | |
| 22 | | | | | | | | | | |
| 23 | | | | | | | | | | |
| 24 | | | | | | | | | | |
| 25 | 9/30/97 | | B | | | | | | | |
| 26 | | | | | | | | | | |
| 27 | | | | | | | | | | |
| 28 | | NACEPF | | 6500.00 | 6500.00 | | | | | |
| 29 | | | | | | | | | | |
| 30 | | | | | | | | | | |

45-313 2-Pack
Made In USA

| | Initials | Date |
|---|---|---|
| Prepared By | | |
| Approved By | | |

| Line | Date | Program/Account | 1 amount | 2 local | 3 national | 4 other | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 10/4/92 | | | | | | | | |
| 4 | 10/11/92 | | | | | | | | |
| 10 | ✓ | NACEPF | 6,250.00 | 6,250.00 | | | | | |
| 12 | 10/17/92 | | | | | | | | |
| 16 | 10/21/92 | | | | | | | | |
| 26 | 10/31/92 | | | | | | | | |

Made in USA

January 1990

| Prepared By | | |
|---|---|---|
| Approved By | | |

| | | Program / Receipt | 1 Amount | 2 Fiscal | 3 | 4 Other | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 1/2/90 | | $ | | | | | | |
| 2 | | | | | | | | | |
| 3 | | | | | | | | | |
| 4 | | | | | | | | | |
| 5 | | | | | | | | | |
| 6 | | | | | | | | | |
| 7 | | | | | | | | | |
| 8 | | | | | | | | | |
| 9 | | | | | | | | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | 1/4/90 | | $ | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |
| 18 | | | | | | | | | |
| 19 | 1/11/90 | | $ | | | | | | |
| 20 | | | | | | | | | |
| 21 | | | | | | | | | |
| 22 | | | | | | | | | |
| 23 | | | | | | | | | |
| 24 | | | | | | | | | |
| 25 | 1/18/90 | | $ | | | | | | |
| 26 | | | | | | | | | |
| 27 | | | | | | | | | |
| 28 | | | | | | | | | |
| 29 | | | | | | | | | |
| 30 | | | | | | | | | |
| 31 | | | | | | | | | |

National Brand 45-613 Eye-Ease 45-313 2 - Pack Made in USA

| Prepared By | Initials | Date |
|---|---|---|
| Approved By | | |

| | | Program / Receipt | | amount | food | natural | other |
|---|---|---|---|---|---|---|---|
| 1 | 9/5/95 | | ∅ | | | | |
| 9 | 9/12/95 | | ∅ | | | | |
| 12 | ✓ | WACEPF | | 1300.00 | 1300.00 | | |
| 16 | 9/14/95 | | ∅ | | | | |
| 21 | 9/21/95 | | ∅ | | | | |
| 28 | 9/28/95 | | ∅ | | | | |

National® Brand 45-613 Eye-Ease® 45-313 2 - Pack Made in USA

June, 1995

| | Initials | Date |
|---|---|---|
| Prepared By | | |
| Approved By | | |

| Date | Program / Receipt | amount | fecal | national | other |
|---|---|---|---|---|---|
| 6/8/95 | | $ | | | |
| 6/15/95 | | $ | | | |
| 6/22/95 | | $ | | | |
| 6/29/95 | | $ | | | |
| | NACDF | 1075.00 | 1005.00 | | |

National® Brand 45-613 Eye-Ease® 45-313 2-Pack Made in USA

MARCH, 1995

| | Initials | Date |
|---|---|---|
| Prepared By | | |
| Approved By | | |

| Row | Date | program / Receipt | 1 amount | 2 fiscal | 3 national | 4 other | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 3/7/95 | | $ | | | | | | |
| 5 | | NACPF | 400.00 | 400.00 | | | | | |
| 11 | 3/13 | | $ | | | | | | |
| 18 | 3/17 | | $ | | | | | | |
| 23 | 3/23 | | $ | | | | | | |