12922

NORTH AMERICAN CATHOLIC EDUCATION
PROGRAMMING FOUNDATION, INC.
2419 HARTFORD AVE., PH. (401) 934-1100
JOHNSTON, RHODE ISLAND 02919

SOVEREIGN BANK NEW ENGLAND
5-7515-110

CHECK NO. 12922

PAY:

SIX THOUSAND FIVE HUNDRED DOLLARS

| DATE | AMOUNT |
| --- | --- |
| 10/19/00 | *****$6,500.00 |

TO THE ORDER OF WRIB

(Radio ministry)

AUTHORIZED SIGNATURE

⑈012922⑈ ⑆011075150⑆ 461000 28656⑈ ⑈0000650000⑈

EXHIBIT
Primeau
D of A
8/28/07 Clerk

N133

NORTH AMERICAN CATHOLIC EDUCATION
PROGRAMMING FOUNDATION, INC.
2419 HARTFORD AVE., PH. (401) 934-1100
JOHNSTON, RHODE ISLAND 02919

13118

SOVEREIGN BANK NEW ENGLAND
5-7515-110

CHECK NO. 13118

PAY:

THIRTEEN THOUSAND FIFTY DOLLARS

| DATE | AMOUNT |
|---|---|
| 06/07/01 | ****$13,050.00 |

TO THE ORDER OF

WRIB Radio

(261x$30+261x$20=13050)
Payment Oct1-Sept30, 2001

AUTHORIZED SIGNATURE

⑈013118⑈ ⑆011075150⑆ 461000286 56⑈ ⑈0001305000⑈

Sovereign Bank

TELEPHONE: 1-877-SOV-BANK
1-877-768-2265

N AMERICAN CATHOLIC
EDUCATIONAL
PROGRAM FOUNDATION INC DBA
SP FAITH & FAM & WO & WIVE
PO BOX 40026
PROVIDENCE RI 02940

March 2002

0 0 34/ 24

46100028656
STATEMENT DATE
03/01/2002 THRU 03/31/2002

Business Analysis Ckng (comm ck)

ACCOUNT 46100028656

PREVIOUS NUMBER 0007361841

SUMMARY OF YOUR Business Analysis Ckng (comm ck)

| DATE | DESCRIPTION | | CREDITS | DEBITS | BALANCE |
|---|---|---|---|---|---|
| 03/21 | CHECK | 13405 | | 14,616.00- | 221,505.98 |

CHECK NO. 13840

13840

NACEPF, INC.
2419 HARTFORD AVENUE
JOHNSTON, RI 02919
PH. (401) 934-1100

SOVEREIGN BANK
5-7515-110

PAY:

Fourteen Thousand Four Hundred Ninety-Six and 0/100 Dollars

| DATE | AMOUNT |
|---|---|
| Apr 23, 2003 | *************$14,496.00* |

TO THE ORDER OF

W-R-I-B INC.
WATER STREET
E. PROVIDENCE, RI 02914

⑈013840⑈ ⑆011075150⑆ 461000028656⑈ ⑉0001449600⑉

N136

NACEPF, INC.
2419 HARTFORD AVENUE
JOHNSTON, RI 02919
PH. (401) 934-1100

CHECK NO. 14230

1423

SOVEREIGN BANK
5-7515-110

PAY:
Fourteen Thousand Eight Hundred Fifty-Six and 0/100 Dollars

| DATE | AMOUNT |
|---|---|
| May 5, 2004 | *************$14,856.00* |

TO THE ORDER OF
W-R-I-B INC.
WATER STREET
E. PROVIDENCE, RI 02914

080929/05-01

⑈014230⑈ ⑆011075150⑆ 461000028656⑈ ⑈0001485600⑈

N137

Check Number: 14646
Check Date: May 5, 2005

14646

Vendor: W-R-I-B INC.

Check Amount: $15,728.00

| Items Paid - Description | Discount Taken | Amount Paid |
|---|---|---|
| BALANCE | | 1,168.00 |
| 5/2/05-4/30/06 | | 14,560.00 |

IACEPF, INC.

CHECK NO. 14994

14994

**NACEPF, INC.**
2419 HARTFORD AVENUE
JOHNSTON, RI 02919
PH. (401) 934-1100

SOVEREIGN BANK
5-7515-110

PAY: Fourteen Thousand Five Hundred Sixty and 0/100 Dollars

DATE: Mar 16, 2006

AMOUNT: **************$14,560.00

TO THE ORDER OF
W-R-I-B INC.
WATER STREET
E. PROVIDENCE, RI 02914

MP

⑈014994⑈ ⑆011075150⑆ 46 1000 28656⑈ ⑈0001456000⑈