# W-R-I-B INC.

Water St.
E. PROVIDENCE, RI 02914

## STATEMENT

DATE 10/1/05
NUMBER

NACEPF PROGRAMS
MR. JOHN PRIMEAU
2419 hartford ave.
JOHNSTON, R.I.
02919

TERMS:

PLEASE DETACH AND RETURN WITH YOUR REMITTANCE $ ____________

| DATE | CHARGES AND CREDITS | BALANCE |
|---|---|---|
| | BALANCE FORWARD | |
| | PREVIOUS BALANCE: (Credit) | ($9,632.00) |
| | PROGRAMS FOR 9/5/05 (22 Pgms. @ $56.00) | 1,232.00 |
| | TOTAL NEW BALANCE: (Credit) | ($8,400.00) |
| | PROGRAMS AIR 8:30-9:00 AM M-F & 9:00-9:30 AM M-F | |

W-R-I-B INC. *Thank You* PAY LAST AMOUNT IN THIS COLUMN

?

08/05/2014 22:50 FAX ☒002