UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

NORTH AMERICAN CATHOLIC
EDUCATIONAL PROGRAMMING
FOUNDATION, INC.,
Plaintiff,
VS. C.A. NO. 06-431ML
CARTER BROADCASTING
CORPORATION and FAITH
CHRISTIAN CENTER,
Defendants.

DEPOSITION OF PATRICIA VARNER, Witness in the above-entitled cause, taken on behalf of the Plaintiff, before Jeannette A. Freelove, Notary Public, in and for the State of Rhode Island, at the offices of Edwards Angell Palmer & Dodge, LLP, 2800 Financial Plaza, Providence, Rhode Island, on August 31, 2007, at 10:00 a.m.

APPEARANCES:

For the Plaintiff:
EDWARDS ANGELL PALMER & DODGE, LLP
BY: MARK A. POGUE, ESQUIRE

For the Defendants:
DAVID E. MAGLIO & ASSOCIATES, PC
BY: DAVID E. MAGLIO, ESQUIRE

Also Present: John Primeau

ALLIED COURT REPORTERS, INC.
115 PHENIX AVENUE
CRANSTON, R.I. 02920
(401) 946-5500

Page 50

some or most of the WRIB broadcasters and to tell them about Faith's plans after they had acquired the station?
A. Correct.
Q. That's true?
A. Not all. I would object -- I don't mean that in that way. I would not agree to all.
Q. Right. But you certainly could have picked up the telephone and said to John Pierce, "John, tell me all of the WRIB broadcasters because I want to know who they are"; right?
A. John told me that some were held by Carter, some of the receipts. Some of that information was held by Carter, so he did not have that paperwork.
Q. Okay. Well, you could have called Mr. Carter in Boston and said, "Mr. Carter, I want to know all of the WRIB broadcasters"?
MR. MAGLIO: He's asking you now, not Faith. He's asking you.
A. No, I could not have called Mr. Carter.
Q. Pastor John could have called John Carter and got a list of all the WRIB broadcasters?
A. Yes.
Q. So there was nothing preventing Faith before the

Page 51

closing from getting a complete list of the WRIB broadcasters; right?
A. Yes.
Q. And there was nothing preventing Faith from contacting the WRIB broadcasting before the closing, if you had chosen to do so; right?
A. I do not know that answer.
Q. Can you think of any impediment to contacting the WRIB broadcasters before the closing?
A. I know what was brought to me was a discussion that Pastor John and I had that we did not have permission to contact the broadcasters.
Q. Who forbade you -- or forbade Faith from contacting the broadcasters?
A. I do not know that answer.
Q. Pastor John didn't tell you that?
A. I just know -- he did not. So I don't --
MR. MAGLIO: You've answered the question.
THE WITNESS: Oh, okay.
Q. So just to finally get to the bottom line here --
MR. MAGLIO: You're doing great.
Q. -- we were talking about one option under consideration of Faith with regard to the broadcasters, that option being tell them that

Page 52

they had 30-days to wrap up their affairs, and then they would be taken off the air; right?
A. I would agree with the 30 days, but I wouldn't agree with tell them they have 30 days.
Q. I thought you told me that was one of the options under consideration, to give them 30-days' notice to wrap up their affairs?
MR. MAGLIO: Just answer the question as best you can.
A. I would agree that there was discussion that we would keep them on -- that would be one of the options of possibly keeping them on for 30 days, and not necessarily just 30 days, but keeping them -- the discussion was there to possibly keep them on.
Q. All right. I thought you told me about 30 days. Maybe you didn't. You're saying one of the options under consideration was to let the broadcasters continue on the station indefinitely?
A. No, indefinitely was never discussed.
Q. Well, you tell me what was the option that was discussed.
A. There were, again, several options that were discussed.
Q. I'd like to hear about all those several options.

Page 53

A. The options that were discussed, to my memory, were possibly keeping them on. There was possibly a 30-day or what were our other options. We did not know that. That was the problem.
Q. I'm very confused. You said there were several options that were discussed. Apparently, one option was to keep them on for 30 days; right?
A. Correct.
Q. What were the other options that were discussed?
A. Keeping -- how long we could keep them on. I mean, that was discussed at one time, like, I mean, should we -- do we keep them on for how long.
Q. Okay. Another option was to keep them on for 30 days or longer; is that fair to say?
A. Correct.
Q. Okay. What other options were discussed?
A. Having them off the air.
Q. You mean immediately upon acquiring the station?
A. Correct.
Q. Okay. Any other options?
A. To the best of my knowledge, no.
Q. And ultimately, the option that was selected was to take them off the air immediately; correct?
A. In the end, yes.

Page 86

John Pierce insisted that that broadcaster be allowed to finish at 12:30; do you remember that?
A. No.
Q. You don't remember a tape running until 12:30 that John Pierce wanted to let finish out? You don't remember that?
A. No, I don't.
Q. Did Pastor John relate to you any concerns that Pastor Marquard was relaying to him from Florida, from vacation?
A. No.
Q. You don't remember hearing Pfeffer report anything that Marquard was saying about what to do that day?
A. No.
Q. Okay. So you went in and turned off the station then that afternoon on July 7; right?
A. Correct.
Q. And it remained dark until you got back up and running -- when was it, September 1?
A. No, 9/5/2006.
Q. What date?
A. 9/5.
Q. September 5?
A. September 5, 2006, 6:00 a.m.

Page 87

Q. Okay. And after you turned off the station and took possession of the station, did Faith receive any payments from any of the broadcasters that had been mailed to the mailing address that they used for sending in their money?
A. I honestly -- no. Well, they could have. We wouldn't have opened it.
Q. Well, presumably, people were sending money to the station; is that fair to say?
A. No. No, nothing was being sent. There was no money.
Q. Okay. Well, did Faith receive any mail that was sent to WRIB relating to the time when Carter Broadcasting had owned the station?
A. No.
Q. Okay. You don't remember forwarding any mail back to Carter Broadcasting, or opening it and seeing it was intended for Carter Broadcasting?
THE WITNESS: Payments?
MR. POGUE: Yes.
A. I have to be honest with you, I honestly don't remember, but if one came in, it would have been because we were provided an address, you know. So anything that came in that wasn't our bills now -- you know, like John's cell phone, there was some

Page 88

information that he said would come in that would be his that would come to the station. So I forwarded -- whatever he told me to forward, I forwarded it.
MR. POGUE: All right.
A. So I could have, but I honestly don't remember.
MR. POGUE: Okay. Give me a minute. I'm going to take a break and talk to John Primeau for a moment.
THE WITNESS: Sure.
(BRIEF RECESS)
MR. POGUE: All right. Ms. Varner, let's finish up.
Q. My understanding is that a day after the closing, maybe it was Monday after the closing, you had an encounter with Mr. Primeau at the station location; do you remember that?
A. I thought it was that afternoon, 7/7/06.
Q. Tell me what you remember about the encounter you had with Mr. Primeau that afternoon.
A. I remember the buzz, the -- it's an odd buzz, and I remember, you know, being there, and it startling us.
Q. Let me stop you there. I'm sorry to interrupt. The "odd buzz," what are you talking about?

Page 89

A. It was the doorbell buzz. I'm sorry. The doorbell, because everything was locked up. So I remember standing there and getting the buzz and looking through the peephole to find out who it was, and not being able to really see who it was, I opened the door, and it was Mr. Primeau and another gentleman, a younger -- maybe a younger man or boy who was standing next to him.
Q. Hispanic gentleman?
A. You know, I don't know. He had a camera.
Q. Primeau or the other gentleman?
A. I think it was Mr. Primeau had the camera, and I just remember him being younger, the gentleman being younger, and I thought there may have been two cars in front, and I don't remember the actual conversation that went on because I remember seeing the camera and thinking, well, that's rather odd, standing there being filmed, and asking him to please stop filming me, if my memory is serving me. I remember not being happy about being filmed.
Q. You were standing in the doorway of the building?
A. Yes, and there's two doors. So it would be the second. If you're looking at the building, it would be the door to your right. If you're inside