# Carter Broadcasting

20 Park Plaza, Suite 720, Boston, MA 02116
(617) 423-0210 • FAX (617) 482-9305

EXHIBIT
Primeau
Def-B
8/28/07- Frulone

July 7, 2006

NACEPF
2419 Hartford Ave
Johnson, RI 02919

Dear Mr. Primeau

Enclosed you will find a check for $11,760.00. This will reimburse the monies from the payment of: $14,560.00 less (2,800.00) for the following programs aired.

For the month of May—23 programs aired @$56.00 = $1,288.00

For the month of June – 22 programs aired @$56.00 = $1,232.00

For the month of July – 5 program aired @ $56.00 = $280.00

If you have any questions, please contact me.

Sincerely,

Kenneth R. Carberry
Kenneth R. Carberry