UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| NORTH AMERICAN CATHOLIC EDUCATIONAL PROGRAMMING FOUNDATION, INC. | : | |
| *Plaintiff* | : | |
| VS. | : | C.A. 06-431ML |
| CARTER BROADCASTING CORPORATION and FAITH CHRISTIAN CENTER | : | |
| *Defendants.* | : | |

**ASSENTED-TO MOTION FOR ENLARGEMENT OF TIME**

Plaintiff North American Catholic Educational Programming Foundation, Inc., with the assent of defendants, hereby moves for an extension of time until January 28, 2008 to respond to the defendants' pending motion for summary judgment.

In support of this motion, North American Catholic Educational Programming Foundation, Inc. states that it is presently devoting significant time and resources to another matter pending in this Court, American Telecasting of Santa Rosa, Inc. v. North American Catholic Educational Programming Foundation, Inc., C.A. No. 07-467-ML. The additional time is requested in order to accommodate the demands of the American Telecasting case.

**Conclusion**

For the foregoing reasons, North American Catholic Educational Programming Foundation, Inc.'s assented-to motion for extension of time should be granted.

NORTH AMERICAN CATHOLIC
EDUCATIONAL PROGRAMMING
FOUNDATION, INC.

By its Attorneys,

/s/ Mark A. Pogue

Mark A. Pogue #3441
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, RI 02903
Tel. 401-274-9200
Telecopy 401-276-6611

**CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of January, 2008, a copy of the foregoing assented-to Motion For Enlargement of Time was served by the ECF system to the following counsel of record:

David E. Maglio, Esq.
The Owen Building
101 Dyer Street, Second Floor
Providence, RI 02903

/s/ Mark A. Pogue