EXHIBIT
Def. C Primeau
8/28/07 Tuk

NACEPF
NORTH AMERICAN
CATHOLIC EDUCATIONAL
PROGRAMMING FOUNDATION INC.

2419 Hartford Avenue, Johnston, RI 02919-1719 • Tel. (401) 934-1100 • Fax (401) 934-22

A Lay Educational Foundation

*Is accredited by The Accrediting Commissio International For Schoo Colleges and Theologic Seminaries.*

July 6, 2006

Mr. Kenneth Carberry, Pres.
Kurt Carberry, Operation Mgr.
Carter Broadcasting. Inc.
20 Park Plaza. Suite 720
Boston. MA 02116
Tel: 617-423-0210

Via Federal Express

Dear Ken and Kurt,

Carter Communications, Inc. ("Carter") and the North American Catholic Educational Programming Foundation, Inc. ("NACEPF") have spoken numerous times over the years-- the last time being the so-called Fr. Joseph Fessio, SJ et al "buyout attempt" debacle of Carter's radio stations in the 90s when you and I spoke at length. Although NACEPF is the licensee for several hundred EBS stations (formally ITFS -Instructional Television Fixed Service) in over 25 states, locally, in Providence, RI we have 10 half hour radio slots on your WRIB 1220 station. Each of these slots is for an individualized program representing a diverse Catholic perspective (www.nacepf.net). To ensure yearly stability to our programming we have always paid WRIB one year in ADVANCE each spring in order to create an executory prepaid asset. Likewise, this year NACEPF prepaid WRIB an entire yearly fee for our programming through April 30, 2007 per our cancelled check.

On Internet blogs Faith Christian Center ("Faith") of Seekonk, MA has been viewed as a party of interest in the sale of WRIB. Nevertheless, NACEPF's prepaid programming represents an executory asset of manifold value. If you have any document duly signed or executed by NACEPF that negates this be advised it is unknown to NACEPF and we would ask for Carter to produce it forth wit. Absent that unlikely scenario for both Carter or any assignee (i.e. Faith) of WRIB to tender a compensation for this prepaid asset in law or in equity would entail both the expense of placing our programming on another radio station that propagates to all of the current areas reached by WRIB as well as all the advertising expense to saturate all of these market areas to regain the equilibrium of goodwill that our investment effectuated over the past 12 years in programming development. Should our prepaid asset suffer detriment via the station signal going dark or any other failure to perform the obligations proper to our prepaid asset, then the value easily exceeds the $75,000 threshold value of consideration required to prosecute a rapid decision in the federal courts. Accordingly, as an assignee assumes the liabilities of the assignor, due diligence needs to thoroughly consider the value of NACEPF's prepaid executory asset and the jurisprudence related thereto.

I want to make it clear to Carter and to any buyer assignee that absent an agreement of compensation to NACEPF (e.g. as outlined above) that any action that negates the broadcast of our prepaid programming through April 30, 2007 constitutes an action of significant detriment to NACEPF's executory asset and the goodwill NACEPF has established over the years.

While I will take calls from business principals such as yourself or Pastors at Faith, I will not accept calls from attorneys. Counsels for both the assignor and assignee whom may wish to engage this letter further must follow legal protocol and address themselves to NACEPF's attorneys at law: Edwards, Angell, Palmer & Dodge, LLP, attention Mr. Mark Pogue, Esq. Senior Litigator www.eapdlaw.com/professionals-detail.aspx?attorney=201 .

In this matter NACEPF is resolved most

sincerely,

John Primeau
President

N146

cc: Rev. David M. Marquard, Pastor dmfcc@cox.net
Rev. John L. Pfeffer, Jr. Associate Pastor / Administrator jpfeffer@faithchristiancenter.org

PLAINTIFF'S EXHIBIT
B

COPY

# HP LaserJet 3200

HP LASERJET 3200

JUL-5-2000 5:12PM

## Fax Activity Log

| Job | Date | Time | Type | Identification | Duration | Pages | Result |
|---|---|---|---|---|---|---|---|
| 129 | 7/ 5/2000 | 5:01:27PM | Send | 16174829305 | 0:59 | 1 | OK |
| 130 | 7/ 5/2000 | 5:02:47PM | Send | 16174829305 | 1:22 | 2 | OK |

N148

**FedEx Express USA Airbill** FedEx Tracking Number 8455 2795 0625 Form I.D. No. 0215 SPH23 Sender's Copy

**1 From** *Please print and press hard.*

Date 7/6/2006 Sender's FedEx Account Number 1574-4833-1

Sender's Name John Primad Phone (401) 934-1100

Company NACEPF

Address 2419 HARTFORD AVE Dept./Floor/Suite/Room

City JOHNSTON State RI ZIP 02919-1719

**2 Your Internal Billing Reference** First 24 characters will appear on invoice.

**3 To**

Recipient's Name Kenneth Carberry / Kurt Carberry Phone (617) 423-0210

Company Carter Communications Inc

Address 20 Park Plaza Suite 720

To "HOLD" at FedEx location, print FedEx address. We cannot deliver to P.O. boxes or P.O. ZIP codes.

Address Dept./Floor/Suite/Room

City Boston State MA ZIP 02116

**4a Express Package Service** *Packages up to 150 lbs.* Delivery commitment may be later in some areas.

☐ FedEx Priority Overnight — Next business morning
☑ FedEx Standard Overnight — Next business afternoon
☐ FedEx First Overnight — Earliest next business morning delivery to select locations
☐ FedEx 2Day — Second business day
☐ FedEx Express Saver — Third business day

FedEx Envelope rate not available. Minimum charge: One-pound rate

**4b Express Freight Service** *Packages over 150 lbs.* Delivery commitment may be later in some areas.

☐ FedEx 1Day Freight* — Next business day
☐ FedEx 2Day Freight — Second business day
☐ FedEx 3Day Freight — Third business day

* Call for Confirmation:

**5 Packaging** * Declared value limit $500

☐ FedEx Envelope* ☐ FedEx Pak* — Includes FedEx Small Pak, FedEx Large Pak, and FedEx Sturdy Pak ☐ Other

**6 Special Handling** Include FedEx address in Section 3.

☐ SATURDAY Delivery — Available ONLY for FedEx Priority Overnight and FedEx 2Day to select ZIP codes
☐ HOLD Weekday at FedEx Location — NOT Available for FedEx First Overnight
☐ HOLD Saturday at FedEx Location — Available ONLY for FedEx Priority Overnight and FedEx 2Day to select locations

Does this shipment contain dangerous goods? One box must be checked.

☐ No ☐ Yes — As per attached Shipper's Declaration ☐ Yes — Shipper's Declaration not required ☐ Dry Ice — Dry Ice, 9, UN 1845 ____ x ____ kg

Dangerous Goods (including Dry Ice) cannot be shipped in FedEx packaging. ☐ Cargo Aircraft Only

**7 Payment** *Bill to:* Enter FedEx Acct. No. or Credit Card No. below.

☐ Sender — Acct. No. in Section 1 will be billed. ☐ Recipient ☐ Third Party ☐ Credit Card ☐ Cash/Check

FedEx Acct. No. / Credit Card No. Exp. Date

| Total Packages | Total Weight | Total Declared Value† | |
|---|---|---|---|
| | | $ .00 | FedEx Use Only |

†Our liability is limited to $100 unless you declare a higher value. See back for details.

**8 Release Signature** *Sign to authorize delivery without obtaining signature.*

By signing you authorize us to deliver this shipment without obtaining a signature and agree to indemnify and hold us harmless from any resulting claims.

447

Try online shipping at fedex.com

By using this Airbill you agree to the service conditions on the back of this Airbill and in our current Service Guide, including terms that limit our liability.

**Questions? Visit our Web site at fedex.com**

or call 1.800.Go.FedEx® 800.463.3339.

0267835050

SRS • Rev. Date 5/03 • Part #157610 • ©1994-2003 FedEx • PRINTED IN U.S.A.

PULL AND RETAIN THIS COPY BEFORE AFFIXING TO THE PACKAGE.