**W-R-I-B INC.**
Water St.
E. PROVIDENCE, RI 02914

NOTE (1)

# STATEMENT

| DATE | |
|---|---|
| | 5/1/04 |
| NUMBER | |

NACEPF PROGRAMS
P.O. BOX 9491
PROVIDENCE, R.I. 02904

**TERMS:**

**PLEASE DETACH AND RETURN WITH YOUR REMITTANCE** $ ________

| DATE | CHARGES AND CREDITS | BALANCE |
|---|---|---|
| | BALANCE FORWARD | |
| | PREVIOUS BALANCE: | $240.00 |
| | PAID 4/04: | 0.00 |
| | SUBTOTAL: | |
| | PROGRAMS FOR 4/04:<br>(22 Days @ $56.00) | $1232.00 |
| | TOTAL NEW BALANCE: | $1472.00 |

**W-R-I-B INC.** *Thank You* PAY LAST AMOUNT IN THIS COLUMN

**W-R-I-B INC.**
Water St.
E. PROVIDENCE, RI 02914

NOTE (1)

# STATEMENT

DATE 6/1/04
NUMBER

NACEPF PROGRAMS
P.O. BOX 9491
PROVIDENCE, R.I. 02904

**TERMS:**

PLEASE DETACH AND RETURN WITH YOUR REMITTANCE $

| DATE | CHARGES AND CREDITS | BALANCE |
|---|---|---|
| | BALANCE FORWARD | |
| | PREVIOUS BALANCE: | $1472.00 |
| | PAID 5/04: | 14,856.00 |
| | SUBTOTAL (Credit Balance) | (13,384.00) |
| | PROGRAMS FOR 5/04<br>(21 Days @ $56.00) | 1,176.00 |
| | TOTAL NEW BALANCE: (Credit) | (12,208.00) |

**W-R-I-B INC.** *Thank You* PAY LAST AMOUNT IN THIS COLUMN

# STATEMENT

**W-R-I-B INC.**
Water St.
E. PROVIDENCE, RI 02914

| DATE | 7/1/04 |
|---|---|
| NUMBER | |

NACEPF PROGRAMS
P.O. BOX 9491
PROVIDENCE, R.I. 02904

**TERMS:**

PLEASE DETACH AND RETURN WITH YOUR REMITTANCE $ ____________

| DATE | CHARGES AND CREDITS | BALANCE |
|---|---|---|
| | BALANCE FORWARD | |
| | PREVIOUS BALANCE: (Credit) | (12,208.00) |
| | PROGRAMS FOR 6/04 (22 Days @ $56.00) | 1,232.00 |
| | TOTAL NEW BALANCE: (Credit) | (10,976.00 |

W-R-I-B INC. *Thank You* PAY LAST AMOUNT IN THIS COLUMN

**W-R-I-B INC.**
Water St.
E. PROVIDENCE, RI 02914

# STATEMENT

| DATE | 8/2/04 |
|---|---|
| NUMBER | |

NACEPF PROGRAMS
P.O. BOX 9491
PROVIDENCE, R.I. 02904

**TERMS:**

PLEASE DETACH AND RETURN WITH YOUR REMITTANCE $ ____________

| DATE | CHARGES AND CREDITS | BALANCE |
|---|---|---|
| | BALANCE FORWARD | |
| | PREVIOUS BALANCE: (Credit) | (10,976.00) |
| | PROGRAMS FOR 7/04 (22 Days @ $56.00) | 1,232.00 |
| | TOTAL NEW BALANCE: (Credit) | (9,744.00) |

**W-R-I-B INC.** *Thank You* PAY LAST AMOUNT IN THIS COLUMN

**W-R-I-B INC.**
Water St.
E. PROVIDENCE, RI 02914

# STATEMENT

DATE 9/1/04
NUMBER

NACEPF PROGRAMS
P.O. BOX 9491
PROVIDENCE, R.I. 02904

TERMS:

PLEASE DETACH AND RETURN WITH YOUR REMITTANCE $ ______

| DATE | CHARGES AND CREDITS | BALANCE |
|---|---|---|
| | BALANCE FORWARD | |
| | PREVIOUS BALANCE: (Credit) | (9,744.00) |
| | PROGRAMS FOR 8/04 (22 Days @ $56.00) | 1,232.00 |
| | TOTAL NEW BALANCE: (Credit) | (8,512.00) |

W-R-I-B INC.

*Thank You*

PAY LAST AMOUNT IN THIS COLUMN

# STATEMENT

**W-R-I-B INC.**
Water St.
E. PROVIDENCE, RI 02914

| | |
|---|---|
| DATE | 10/1/04 |
| NUMBER | |

NACEPF PROGRAMS
P.O. BOX 9491
PROVIDENCE, R.I. 02904

**TERMS:**

PLEASE DETACH AND RETURN WITH YOUR REMITTANCE $ ________

| DATE | CHARGES AND CREDITS | BALANCE |
|---|---|---|
| | BALANCE FORWARD | |
| | PREVIOUS BALANCE (CREDIT) | (8,512.00) |
| | PROGRAMS FOR 9/04<br>(22 Days @ $56.00) | 1,232.00 |
| | TOTAL NEW BALANCE (Credit) | (7,288.00) |

W-R-I-B INC. *Thank You* PAY LAST AMOUNT IN THIS COLUMN

# W-R-I-B INC.

Water St.
E. PROVIDENCE, RI 02914

# STATEMENT

| DATE | 11/1/04 |
|---|---|
| NUMBER | |

NACEPF PROGRAMS
P.O. BOX 9491
PROVIDENCE, R.I. 02904

TERMS:

PLEASE DETACH AND RETURN WITH YOUR REMITTANCE $ ______

| DATE | CHARGES AND CREDITS | BALANCE |
|---|---|---|
| | BALANCE FORWARD | |
| | PREVIOUS BALANCE: (Credit) | (7,288.00) |
| | PROGRAMS FOR 10/04 (21 Days @ $56.00) | 1,176.00 |
| | TOTAL NEW BALANCE (Credit) | (6,112.00) |

W-R-I-B INC. *Thank You* PAY LAST AMOUNT IN THIS COLUMN

# W-R-I-B INC.

Water St.
E. PROVIDENCE, RI 02914

# STATEMENT

DATE 12/1/04

NUMBER

NACEPF PROGRAMS
P.O. BOX 9491
PROVIDENCE, R.I. 02904

TERMS:

PLEASE DETACH AND RETURN WITH YOUR REMITTANCE $ ____________

| DATE | CHARGES AND CREDITS | BALANCE |
|---|---|---|
| | BALANCE FORWARD | |
| | PREVIOUS BALANCE: (Credit) | ($6,112.00) |
| | PROGRAMS FOR 11/04 (22 Days @ $56.00: | 1,232.00 |
| | TOTAL NEW BALANCE: (Credit) | ($4,880.00) |

W-R-I-B INC. *Thank You* PAY LAST AMOUNT IN THIS COLUMN

# W-R-I-B INC.

Water St.
E. PROVIDENCE, RI 02914

# STATEMENT

DATE 1/1/05

NUMBER

NACEPF PROGRAMS
P.O. BOX 9491
PROVIDENCE, R.I. 02904

TERMS:

PLEASE DETACH AND RETURN WITH YOUR REMITTANCE $

| DATE | CHARGES AND CREDITS | BALANCE |
| --- | --- | --- |
| | BALANCE FORWARD | |
| | PREVIOUS BALANCE: (CREDIT) | ($4880.00) |
| | PROGRAMS FOR 12.04 (23 Days @ $56.00): | 1288.00 |
| | TOTAL NEW BALANCE (CREDIT) | ($3592.00) |

W-R-I-B INC. *Thank You* PAY LAST AMOUNT IN THIS COLUMN

**W-R-I-B INC.**
Water St.
E. PROVIDENCE, RI 02914

# STATEMENT

DATE 2/1/05
NUMBER

NACEPF PROGRAMS
P.O. BOX 9491
PROVIDENCE, R.I. 02904

TERMS:

PLEASE DETACH AND RETURN WITH YOUR REMITTANCE $

| DATE | CHARGES AND CREDITS | BALANCE |
|---|---|---|
| | BALANCE FORWARD | |
| | PREVIOUS BALANCE (CREDIT) | (3592.00) |
| | PROGRAMS FOR 1/05:<br>(21 Days @ $56.00): | 1176.00 |
| | TOTAL NEW BALANCE (CREDIT) | ($2416.00) |

W-R-I-B INC. *Thank You* PAY LAST AMOUNT IN THIS COLUMN

# STATEMENT

| DATE | 3/1/05 |
|---|---|
| NUMBER | |

## W-R-I-B INC.

Water St.
E. PROVIDENCE, RI 02914

NACEPF PROGRAMS
P.O. BOX 9491
PROVIDENCE, R.I. 02904

TERMS:

PLEASE DETACH AND RETURN WITH YOUR REMITTANCE

$ ________

| DATE | CHARGES AND CREDITS | BALANCE |
|---|---|---|
| | BALANCE FORWARD | |
| | PREVIOUS BALANCE (CREDIT) | (2416.00) |
| | PROGRAMS FOR 2/05: (20 Days @ $56.00) | 1120.00 |
| | TOTAL NEW BALANCE (CREDIT) | ($1296.00) |

W-R-I-B INC.

*Thank You*

PAY LAST AMOUNT IN THIS COLUMN

**W-R-I-B INC.**
Water St.
E. PROVIDENCE, RI 02914

# STATEMENT

DATE 4/1/05
NUMBER

NACEPF PROGRAMS
P.O. BOX 9491
PROVIDENCE, R.I. 02904

TERMS:

PLEASE DETACH AND RETURN WITH YOUR REMITTANCE $

| DATE | CHARGES AND CREDITS | BALANCE |
|---|---|---|
| | BALANCE FORWARD | |
| | PREVIOUS BALANCE: (Credit) | ($1296.00) |
| | PROGRAMS FOR 3/05 (23 Days @ $56.00) | 1288.00 |
| | TOTAL NEW BALANCE: (Credit) | ($8.00) |

W-R-I-B INC.

*Thank You*

PAY LAST AMOUNT IN THIS COLUMN

**W-R-I-B INC.**
Water St.
E. PROVIDENCE, RI 02914

# STATEMENT

DATE 5/2/05
NUMBER

NOTE (2)

MR. JOHN PRIMEAU
NACEPF
2419 HARTFORD AVE.
JOHNSTON, R.I. 02919

TERMS:

PLEASE DETACH AND RETURN WITH YOUR REMITTANCE $

| DATE | CHARGES AND CREDITS | BALANCE |
|---|---|---|
| | BALANCE FORWARD | |
| | PREVIOUS BALANCE (Credit) | ($8.00) |
| | PROGRAMS FOR 4/05 (21 Programs @ $56.00) | $1176.00 |
| | TOTAL NEW BALANCE: | $1168.00 |

W-R-I-B INC. *Thank You* PAY LAST AMOUNT IN THIS COLUMN

**W-R-I-B INC.**
Water St.
E. PROVIDENCE, RI 02914

# STATEMENT

DATE 6/1/05
NUMBER

NOTE (2)

NACEPF
MR. JOHN PRIMEAU
2419 HARTFORD AVE.
JOHNSTON, R.I. 02919

TERMS:

PLEASE DETACH AND RETURN WITH YOUR REMITTANCE $

| DATE | CHARGES AND CREDITS | BALANCE |
|---|---|---|
| | BALANCE FORWARD | |
| | PREVIOUS BALANCE: | $1168.00 |
| | PAID 5/05: | 15728.00 |
| | SUBTOTAL: | (14560.00) |
| | PROGRAMS FOR 5/05: (22 Programs @ $56.00) | 1232.00 |
| | TOTAL NEW BALANCE: (Credit) | (13328.00) |

W-R-I-B INC. *Thank You* PAY LAST AMOUNT IN THIS COLUMN

# W-R-I-B INC.

Water St.
E. PROVIDENCE, RI 02914

# STATEMENT

| DATE | 7/1/05 |
|---|---|
| NUMBER | |

NACEPH
MR. JOHN PRIMEAU
2419 HARTFORD AVE.
johnston, R.I.
02919

TERMS:

PLEASE DETACH AND RETURN WITH YOUR REMITTANCE $ ____________

| DATE | CHARGES AND CREDITS | BALANCE |
|---|---|---|
| | BALANCE FORWARD | |
| | PREVIOUS BALANCE: (Credit) | (13,328.00) |
| | PROGRAMS FOR 6/05:<br>(22 pgms @ $56.00) | 1232.00 |
| | TOTAL NEW BLANCE (Credit) | (12,096.00) |

W-R-I-B INC. *Thank You* PAY LAST AMOUNT IN THIS COLUMN

# STATEMENT

**W-R-I-B INC.**
Water St.
E. PROVIDENCE, RI 02914

| | |
|---|---|
| DATE | 8/1/05 |
| NUMBER | |

NACEPH
MR. JOHN PRIMEAU
2419 HARTFORD AVE.
JOHNSTON, R.I. 02919

**TERMS:**

**PLEASE DETACH AND RETURN WITH YOUR REMITTANCE** $ ________

| DATE | CHARGES AND CREDITS | BALANCE |
|---|---|---|
| | BALANCE FORWARD | |
| | PREVIOUS BALANCE: (Credit) | (12,096.00) |
| | PROGRAMS FOR 7/05:<br>(21 pgms @ $56.00) | 1,176.00 |
| | TOTAL NEW BALANCE: (Credit) | (10,920.00) |

**W-R-I-B INC.** *Thank You* PAY LAST AMOUNT IN THIS COLUMN

# W-R-I-B INC.

Water St.
E. PROVIDENCE, RI 02914

# STATEMENT

DATE 9/1/05
NUMBER

NACEPF
MR. JOHN PRIMEAU
2419 HARTFORD AVE.
JOHNSTON, R.I. 02919

TERMS:

PLEASE DETACH AND RETURN WITH YOUR REMITTANCE $

| DATE | CHARGES AND CREDITS | BALANCE |
|---|---|---|
| | BALANCE FORWARD | |
| | PREVIOUS BALANCE (CREDIT) | (10,920.00) |
| | PROGRAMS FOR 8/05<br>(23 Pgms @ $56.00) | 1,288.00 |
| | TOTAL NEW BALANCE: (CREDIT) | ($9,632.00) |

W-R-I-B INC. *Thank You* PAY LAST AMOUNT IN THIS COLUMN

# STATEMENT

## W-R-I-B INC.

Water St.
E. PROVIDENCE, RI 02914

DATE 10/1/05

NUMBER

NACEPF PROGRAMS
MR. JOHN PRIMEAU
2419 hartford ave.
JOHNSTON, R.I.
02919

TERMS:

PLEASE DETACH AND RETURN WITH YOUR REMITTANCE $ ____________

| DATE | CHARGES AND CREDITS | BALANCE |
|---|---|---|
| | BALANCE FORWARD | |
| | PREVIOUS BALANCE: (Credit) | ($9,632.00) |
| | PROGRAMS FOR 9/5/05 (22 Pgms. @ $56.00) | 1,232.00 |
| | TOTAL NEW BALANCE: (Credit) | ($8,400.00) |
| | PROGRAMS AIR 8:30-9:00 AM M-F & 9:00-9:30 AM M-F | |

W-R-I-B INC. *Thank You* PAY LAST AMOUNT IN THIS COLUMN

# STATEMENT

| DATE | 11/1/05 |
| --- | --- |
| NUMBER | |

**W-R-I-B INC.**
Water St.
E. PROVIDENCE, RI 02914

NACEPF PROGRAMS
MR. JOHN PRIMEAU
2419 HARTFORD AVE.
JOHNSTON, R.I. 02919

**TERMS:**

PLEASE DETACH AND RETURN WITH YOUR REMITTANCE $ ____________

| DATE | CHARGES AND CREDITS | BALANCE |
| --- | --- | --- |
| | BALANCE FORWARD | |
| | PREVIOUS BALANCE: (Credit) | ($8,400.00) |
| | PROGRAMS FOR 10/05: (21 Pgms. @ $56.00) | 1,176.00 |
| | TOTAL NEW BALANCE: (Credit) | ($7,224.00) |

**W-R-I-B INC.** *Thank You* PAY LAST AMOUNT IN THIS COLUMN

**W-R-I-B INC.**
Water St.
E. PROVIDENCE, RI 02914

# STATEMENT

DATE 12/1/05
NUMBER

NACEPF PROGRAMS
MR. JOHN PRIMEAU
2419 HARTFORD AVE.
JOHNSTON, R.I. 02919

TERMS:

PLEASE DETACH AND RETURN WITH YOUR REMITTANCE $

| DATE | CHARGES AND CREDITS | BALANCE |
|---|---|---|
| | BALANCE FORWARD | |
| | PREVIOUS BALANCE: (Credit) | ($7,224.00) |
| | PROGRAMS FOR 11/05: (22 Pgms. @ $56.00) | 1,232.00 |
| | TOTAL NEW BALANCE: | ($5,992.00) |

W-R-I-B INC. *Thank You* PAY LAST AMOUNT IN THIS COLUMN

# STATEMENT

**W-R-I-B INC.**
Water St.
E. PROVIDENCE, RI 02914

DATE 1/2/06
NUMBER

NACEPF PROGRAMS
MR. JOHN PRIMEAU
2419 HARTFORD AVE.
JOHNSTON, R.I. 02919

**TERMS:**

PLEASE DETACH AND RETURN WITH YOUR REMITTANCE $ ______

| DATE | CHARGES AND CREDITS | BALANCE |
|---|---|---|
| | BALANCE FORWARD | |
| | PREVIOUS BALANCE: (Credit) | ($5,992.00) |
| | Programs For 12/05: (22 Pgms. @ $56.00) | 1,232.00 |
| | TOTAL NEW BALANCE: (Credit) | ($4,760.00) |

**W-R-I-B INC.** *Thank You* PAY LAST AMOUNT IN THIS COLUMN

**W-R-I-B INC.**
Water St.
E. PROVIDENCE, RI 02914

# STATEMENT

| DATE | 2/1/06 |
|---|---|
| NUMBER | |

NACEPF PROGRAMS
MR. JOHN PRIMEAU
2419 HARTFORD AVE.
JOHNSTON, R.I. 02919

TERMS:

PLEASE DETACH AND RETURN WITH YOUR REMITTANCE $

| DATE | CHARGES AND CREDITS | BALANCE |
|---|---|---|
| | BALANCE FORWARD | |
| | PREVIOUS BALANCE: (Credit) | ($4.760.00) |
| | PROGRAMS FOR 1/06: (22 Programs @ $56.00) | 1,232.00 |
| | TOTAL NEW BALANCE: (Credit) | ($3,528.00) |

**W-R-I-B INC.** *Thank You* PAY LAST AMOUNT IN THIS COLUMN

# W-R-I-B INC.

Water St.
E. PROVIDENCE, RI 02914

# STATEMENT

DATE 3/1/06
NUMBER

NACEPF PROGRAMS
MR. JOHN PRIMEAU
2419 HARTFORD AVE.
JOHNSTON, R.I. 02919

TERMS:

PLEASE DETACH AND RETURN WITH YOUR REMITTANCE $

| DATE | CHARGES AND CREDITS | BALANCE |
|---|---|---|
| | BALANCE FORWARD | |
| | PREVIOUS BALANCE: (Credit) | (3,528.00) |
| | PROGRAMS FOR 2/06: (20 Pgms. @ $56.00) | 1,120.00 |
| | TOTAL NEW BALANCE: (Credit) | ($2,408.00) |

W-R-I-B INC. *Thank You* PAY LAST AMOUNT IN THIS COLUMN

MOUNT
LUMN

# W-R-I-B INC.

Water St.
E. PROVIDENCE, RI 02914

# STATEMENT

| | |
|---|---|
| DATE | 4/1/06 |
| NUMBER | |

NACEPF PROGRAMS
MR. JOHN PRIMEAU
2419 HARTFORD AVE.
JOHNSTON, R.I. 02919

TERMS:

PLEASE DETACH AND RETURN WITH YOUR REMITTANCE $ ______

| DATE | CHARGES AND CREDITS | BALANCE |
|---|---|---|
| | BALANCE FORWARD | |
| | PREVIOUS BALANCE: (credit) | (2.408.00) |
| | PROGRAMS FOR 3/06: (23 Programs @ $56.00) | 1,288.00 |
| | TOTAL NEW BALANCE: (Credit) | ($1,120.00) |

W-R-I-B INC.

*Thank You*

PAY LAST AMOUNT IN THIS COLUMN

AMOUNT COLUMN

AMOUNT COLUMN

# STATEMENT

**W-R-I-B INC.**
Water St.
E. PROVIDENCE, RI 02914

DATE 5/1/06
NUMBER

NACEPF PROGRAMS
MR. JOHN PRIMEAU
2419 HARTFORD AVE.
JOHNSTON, R.I. 02919

**TERMS:**

PLEASE DETACH AND RETURN WITH YOUR REMITTANCE $ ____________

| DATE | CHARGES AND CREDITS | BALANCE |
|---|---|---|
| | BALANCE FORWARD | |
| | PREVIOUS BALANCE: (Credit) | ($1.120.00) |
| | PROGRAMS FOR 4/06: (20 Programs @ $56.00) | 1,120.00 |
| | TOTAL NEW BALANCE: | 0.00 |

**W-R-I-B INC.** *Thank You* PAY LAST AMOUNT IN THIS COLUMN

MOUNT LUMN

AMOUNT COLUMN

# STATEMENT

**W-R-I-B INC.**
Water St.
E. PROVIDENCE, RI 02914

DATE 6/1/06
NUMBER

NOTE (3)

NACEPF PROGRAMS
MR. JOHN PRIMEAU
2419 HARTFORD AVE.
JOHNSTON, R.I. 02919

TERMS:

PLEASE DETACH AND RETURN WITH YOUR REMITTANCE $

| DATE | CHARGES AND CREDITS | BALANCE |
|---|---|---|
| | BALANCE FORWARD | |
| | PREVIOUS BALANCE: | 0.00 |
| | PROGRAMS FOR 5/06: (23 Programs @ $56.00) | $1288.00 |

W-R-I-B INC. *Thank You* PAY LAST AMOUNT IN THIS COLUMN

AMOUNT COLUMN

AMOUNT COLUMN

# STATEMENT

**W-R-I-B INC.**
Water St.
E. PROVIDENCE, RI 02914

DATE 7/1/06
NUMBER

NACEPF PROGRAMS
MR. JOHN PRIMEAU
2419 HARTFORD AVE.
JOHNSTON, R.I. 02919

NOTE (3)

TERMS:

PLEASE DETACH AND RETURN WITH YOUR REMITTANCE $

| DATE | CHARGES AND CREDITS | BALANCE |
|---|---|---|
| | BALANCE FORWARD | |
| | PREVIOUS BALANCE: | $1288.00 |
| | PAID 6/06: | 14,560.00 |
| | SUBTOTAL: (Credit) | (13,272.00) |
| | PROGRAMS FOR 6/06:<br>22 Pgms. 8:30-9:30 AM @ $56.00; | 1,232.00 |
| | TOTAL NEW BALANCE: (Credit) | (12,040.00) |
| | PAID BACK- | 12,040.00 |
| | Final Balance → | -0- |

W-R-I-B INC. *Thank You* PAY LAST AMOUNT IN THIS COLUMN