UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| NORTH AMERICAN CATHOLIC EDUCATIONAL PROGRAMMING FOUNDATION, INC. | : | |
| *Plaintiff* | : | |
| VS. | : | C.A. 06-431ML |
| CARTER BROADCASTING CORPORATION and FAITH CHRISTIAN CENTER | : | |
| *Defendants.* | : | |

**PLAINTIFF'S PROPOSED VOIR DIRE**

In addition to the standard voir dire questions, plaintiff North American Catholic Educational Programming Foundation, Inc. ("NACEPF") requests that the Court ask prospective jurors the following questions:

1. Have you ever heard of the Faith Christian Center church in Seekonk, Massachusetts? Do you know anyone who attends that church? Do you have any particular impression of that church?

2. The Faith Christian Center operates a radio station known as WSTL 1220 AM, sometimes called "The Shine." Have you ever listened to that station? Do you have any particular impressions of that radio station or its programming?

3. Have you ever heard of the North American Catholic Educational Programming Foundation ("NACEPF")? Do you have any particular impression of that organization?

4. NACEPF broadcasts radio programs on radio station WARL. Have you ever heard any of NACEPF's programs on WARL?

5. Do you consider yourself to be a member of a religious denomination? If so, what denomination?

6. Do you attend church on a regular basis? If so, what church do you attend?

7. When the topic of abortion is discussed, do you consider yourself to be pro-choice, or pro-life?

8. Did you ever listen to a station called WRIB? Which programs did you listen to?

9. Have you ever worked at a radio station? If so, give the details.

10. Have you or a member of your family ever sued anyone, or been sued? If so, please explain the details of the case.

NORTH AMERICAN CATHOLIC
EDUCATIONAL PROGRAMMING
FOUNDATION, INC.

By Its Attorneys,

/s/ Mark A. Pogue

Mark A. Pogue #3441
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, RI 02903
Tel. 401-274-9200
Telecopy 401-276-6611

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of March, 2008, a copy of the foregoing Plaintiff's Proposed Voir Dire by ECF to the following counsel of record:

David E. Maglio, Esq.
The Owen Building
101 Dyer Street, Second Floor
Providence, RI 02903

/s/ Mark A. Pogue