UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| NORTH AMERICAN CATHOLIC EDUCATIONAL PROGRAMMING FOUNDATION, INC. | : | |
| *Plaintiff* | : | |
| VS. | : | C.A. No.: 06-431/ML |
| CARTER BROADCASTING CORPORATION and FAITH CHRISTIAN CENTER | : | |
| *Defendants*. | : | |

**DEFENDANTS', CARTER BROADCASTING CORPORATION'S and FAITH CHRISTIAN CENTER'S, PROPOSED JURY VOIR DIRE QUESTIONS**

NOW COMES the defendants, Carter Broadcasting Corporation and Faith Christian Center, and request that this Court ask the following questions to the prospective members of the jury:

**A. NACEPF:**

1. North American Catholic Educational Programming Foundation Inc., ("NACEPF") is a Rhode Island corporation which is engaged telecommunications, including producing and broadcasting religious and educational programming for television and radio. Have you ever dealt in any way with this organization?

2. John Primeau is the Chief Executive Officer of NACEPF, do any of you know him or know of him or members of his immediate family?

a. If so, how do you know him or members of his immediate family?

b. If so, what do you know of him or members of his immediate family?

c. Does the fact that you know Mr. Primeau or someone in his immediate family affect your ability to be fair and impartial in deciding this case?

3. Have you ever listened to radio programming or watched television or web site programming by NACEPF?

a. If so, please provide some details about what you listened to or watched?

b. When and how often do you listen or watch?

c. Does the fact that you listen to or watch programming by NACEPF affect your ability to be fair and impartial in deciding this case?

4. As the name indicates, NACEPF is a Catholic based organization, does this fact affect your ability to be fair and impartial in deciding this case?

**B. Carter Broadcasting:**

5. Carter Broadcasting ("Carter") is a New England based, family owned, broadcasting group based in Boston, Massachusetts. Have you ever dealt in any way with this organization?

6. Ken Carberry, who will be testifying in this case, lives in Milton, Massachusetts is the owner and President of Carter Broadcasting, do any of you know him or know of him or members of his immediate family?

7. If so, how do you know him or members of his immediate family?

8. What do you know of him or members of his immediate family?

9. Does the fact that you know Mr. Carberry or someone in his immediate family affect your ability to be fair and impartial in deciding this case?

**C. WRIB and its sale by Carter Broadcasting to Faith Christian Center:**

10. In 1986, Carter Broadcasting bought the radio station with the call letters WRIB and the station number 1220 on the AM dial. Carter Broadcasting operated the station until it was sold to Faith Christian Center in July, 2006.

11. Did anyone listen to programs on WRIB?

12. Which programs did you listen to and how often did you listen?

13. Has anyone read or heard of any publicity surrounding the sale of WRIB to Faith Christian Center?

14. Does the fact that you listened to programming on WRIB 1220 affect your ability to be fair and impartial in deciding this case?

**D. Faith Christian Center:**

15. Faith Christian Center ("FCC") is a non-profit, Protestant church founded in 1979, located in Seekonk, Massachusetts. Have you ever been affiliated with or been a member of FCC?

16. Reverend David Marquard is the President of Faith and the Pastor. He may testify in this case. Reverend John Pfeffer is an associate Pastor at the church and is here today. Does anyone know either of these men?

17. Is anyone familiar with FCC or any of its leaders, pastors/reverends, or members – past or present?

18. If so, who do you know?

19. What do you know about ?

20. Has anyone ever attended services or had immediate family members attend service at FCC? When? How frequently?

21. Does anyone have strong feelings, positive or negative, about FCC that would affect your ability to be fair and impartial in deciding this case?

22. New England Christian Media, Inc. is a corporation established by Faith that now owns and operates a radio station with the call numbers WSTL 1220, which was formerly known as WRIB 1220 ("WRIB").

23. After Faith bought the radio station from Carter, it no longer broadcast any of the programming that had been broadcast on WRIB 1220 and it changed the call letters to WSTL. Would this decision by Faith affect your ability to be fair and impartial in deciding this case?

24. Have you ever listened to radio programming or watched television or web site programming by Faith Christian Center (on WSTL)?

25. If so, please provide details about what you listened to or watched?

26. When and how often do you listen to or watch FCC programs?

27. Does the fact that you listen to or watch programming Faith affect your ability to be fair and impartial in deciding this case?

28. As the name indicates, NACEPF is a Catholic based organization, does this fact affect your ability to be fair and impartial in deciding this case?

**E. Individual Questions:**

29. Have you or your spouse ever worked, either for pay, or as a volunteer, in the fields of television, radio or film?

30. What is your present occupation and any other employment going back 10 years, including name of employer(s), nature of work and title of position(s), and length of time with each employer?

31. What is your spouse's present occupation (and prior jobs going back 10 years) and other adults in the household, as well as for any adult children not living in the household?

32. Have you previously served on a jury?

33. If so, was it federal, state, civil and/or criminal?

34. Did the jury render a verdict?

35. Was their anything about your experience as a juror that would affect your ability to be fair and impartial in deciding this case?

36. Have you or your spouse ever been a party (i.e. plaintiff or defendant) to any civil lawsuit?

37. If so, what was the nature of the lawsuit, your role, and the outcome?

38. Have you or your spouse ever been a defendant in a criminal case?

39. If so, please explain.

**F. General Religion Issues:**

40. Is there anything about the religious affiliation of any of the parties or witnesses in this case that would affect your ability to be fair and impartial in deciding this case?

41. Do you have any strong opinions about religion in general or any particular religions that would affect your ability to be fair and impartial in deciding this case?

42. Do you practice any type of religion? If so, which religion?

43. Does the fact that you practice (**name of**) religion, affect your ability to be fair and impartial in deciding this case?

44. Have you ever changed religions?

45. If so, why?

46. Have you ever owned a business?

47. If so, describe the nature of the business. What ? When?

48. Do you hold any strong opinions about people or businesses who file lawsuits or people or businesses against whom lawsuits are filed?

49. Is there any other fact or opinion that you can think of that would affect your ability to be fair and impartial in deciding this case?

Respectfully submitted,

CARTER BROADCASTING
CORPORATION and FAITH
CHRISTIAN CENTER

By their Attorneys,

DAVID E. MAGLIO & ASSOCIATES,
P.C.

/s/ David E. Maglio, Esq.
David E. Maglio, #3459
101 Dyer Street, Second Floor
Providence, Rhode Island 02903
Tel: (401) 831-5400
Fax: (401) 831-7979
dmaglio@magliolaw.com

**CERTIFICATION**

I hereby certify that an exact copy of the within document was filed by CM/ECF to the following individuals on the 7th day of March, 2008.

- Mark A. Pogue
  Edwards Angell Palmer & Dodge, LLP
  2800 Financial Plaza
  Providence, RI 02903
  mpogue@eapdlaw.com

/s/ David E. Maglio, Esq. (R.I. Reg. No. 3459)

h|clients\carter broadcasting\nacepf\pleadings\defendants proposed voir dire 3.7.08