UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| NORTH AMERICAN CATHOLIC EDUCATIONAL PROGRAMMING FOUNDATION, INC. | : | |
| *Plaintiff* | : | |
| VS. | : | C.A. No.: 06-431/ML |
| CARTER BROADCASTING CORPORATION and FAITH CHRISTIAN CENTER | : | |
| *Defendants*. | : | |

**EMERGENCY MOTION***

**EMERGENCY MOTION TO SHORTEN TIME FOR RESPONSE AND HEARING ON THE DEFENDANTS' MOTION TO COMPEL PLAINTIFF'S SUPPLEMENTAL ANSWERS TO DEFENDANTS' FIRST SET OF INTERROGATORIES**

Now come the defendants, Carter Broadcasting Corporation ("Carter") and Faith Christian Center ("Faith"), and hereby move that this Court allow the time for the plaintiff's response to this motion and the time for the hearing on this motion to be shortened.

As grounds for this motion, the defendants rely on the attached memorandum of law.

Respectfully submitted,

CARTER BROADCASTING CORPORATION and FAITH CHRISTIAN CENTER

By their Attorneys,

DAVID E. MAGLIO & ASSOCIATES, P.C.

/s/ David E. Maglio, Esq.
David E. Maglio, #3459
101 Dyer Street, Second Floor
Providence, Rhode Island 02903
Tel: (401) 831-5400
Fax: (401) 831-7979
dmaglio@magliolaw.com

**CERTIFICATION**

I hereby certify that an exact copy of the within document was filed by CM/ECF to the following individuals on the 14th day of March, 2008.

- Mark A. Pogue
  Edwards Angell Palmer & Dodge, LLP
  2800 Financial Plaza
  Providence, RI 02903
  mpogue@eapdlaw.com

/s/ David E. Maglio, Esq. (R.I. Reg. No. 3459)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| NORTH AMERICAN CATHOLIC EDUCATIONAL PROGRAMMING FOUNDATION, INC. | : | |
| *Plaintiff* | : | |
| VS. | : | C.A. No.: 06-431/ML |
| CARTER BROADCASTING CORPORATION and FAITH CHRISTIAN CENTER | : | |
| *Defendants*. | : | |

**DEFENDANTS' MEMORANDUM IN SUPPORT OF THEIR EMERGENCY MOTION TO SHORTEN TIME FOR RESPONSE AND HEARING ON THE DEFENDANTS' MOTION TO COMPEL PLAINTIFF'S SUPPLEMENTAL ANSWERS TO DEFENDANTS' FIRST SET OF INTERROGATORIES AND PLAINTIFF'S RESPONSE**

In support of their emergency motion to shorten time for a response and a hearing on defendants' motion to compel plaintiff's supplemental answers to defendants' first set of interrogatories, the defendants', Carter Broadcasting Corporation ("Carter") and Faith Christian Center ("Faith"), state as follows:

This case was assigned to Chief Judge Lisi's trial calendar on Monday March 3, 2008, immediately after the hearing on the defendants' Motion for Summary Judgment. This case is currently scheduled for final pretrial conference before Chief Judge Lisi on March 27, 2008. Additionally, the trial of this matter may occur as early as March 31, 2008. Therefore, the defendants request that the amount of time that the plaintiff has to respond to this motion be shortened and that the defendants' motion be heard and decided prior to Friday, March 21, 2008.

Respectfully submitted,

CARTER BROADCASTING
CORPORATION and FAITH
CHRISTIAN CENTER

By their Attorneys,

DAVID E. MAGLIO & ASSOCIATES,
P.C.

/s/ David E. Maglio, Esq.
David E. Maglio, #3459
101 Dyer Street, Second Floor
Providence, Rhode Island 02903
Tel: (401) 831-5400
Fax: (401) 831-7979
dmaglio@magliolaw.com

**CERTIFICATION**

I hereby certify that an exact copy of the within document was filed by CM/ECF to the following individuals on the 14th day of March, 2008.

- Mark A. Pogue
  Edwards Angell Palmer & Dodge, LLP
  2800 Financial Plaza
  Providence, RI 02903
  mpogue@eapdlaw.com

/s/ David E. Maglio, Esq. (R.I. Reg. No. 3459)

h:\clients\carter\nacepf\pleadings\emergency motion amd ,mellaw to shorten time