UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| NORTH AMERICAN CATHOLIC EDUCATIONAL PROGRAMMING FOUNDATION, INC. | : | |
| *Plaintiff* | : | |
| VS. | : | C.A. No.: 06-431/ML |
| CARTER BROADCASTING CORPORATION and FAITH CHRISTIAN CENTER | : | |
| *Defendants.* | : | |

**DEFENDANTS' MOTION TO COMPEL PLAINTIFF'S SUPPLEMENTAL ANSWERS TO DEFENDANTS' FIRST SET OF INTERROGATORIES PURSUANT TO RULES 26(a)(2), 26(e) AND 37(a)(3)**

Now come the defendants, Carter Broadcasting Corporation ("Carter") and Faith Christian Center ("Faith"), and hereby move to compel the plaintiff to supplement its answers to defendants' first set of interrogatories pursuant to Rules 26(a)(2), 26(e) and 37(a)(3) of the Federal Rules of Civil Procedure. The defendants request that the plaintiff be ordered to provide supplemental answers to defendants' first set of interrogatories no later than ten (10) days prior to the trial of this matter, now scheduled to start as early as March 31, 2008. A good faith attempt to resolve this issue has been made.

As grounds for this motion, the defendants rely on the attached memorandum of law.

Respectfully submitted,

CARTER BROADCASTING
CORPORATION and FAITH
CHRISTIAN CENTER

By their Attorneys,

DAVID E. MAGLIO & ASSOCIATES,
P.C.

/s/ David E. Maglio, Esq.
David E. Maglio, #3459
101 Dyer Street, Second Floor
Providence, Rhode Island 02903
Tel: (401) 831-5400
Fax: (401) 831-7979
dmaglio@magliolaw.com

## CERTIFICATION

I hereby certify that an exact copy of the within document was filed by CM/ECF to the following individuals on the 14th day of March, 2008.

- Mark A. Pogue
  Edwards Angell Palmer & Dodge, LLP
  2800 Financial Plaza
  Providence, RI 02903
  mpogue@eapdlaw.com

/s/ David E. Maglio, Esq. (R.I. Reg. No. 3459)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| NORTH AMERICAN CATHOLIC EDUCATIONAL PROGRAMMING FOUNDATION, INC. | : | |
| *Plaintiff* | : | |
| VS. | : | C.A. No.: 06-431/ML |
| CARTER BROADCASTING CORPORATION and FAITH CHRISTIAN CENTER | : | |
| *Defendants*. | : | |

**DEFENDANTS' MEMORANDUM IN SUPPORT OF THEIR MOTION TO COMPEL PLAINTIFF'S SUPPLEMENTAL ANSWERS TO DEFENDANTS' FIRST SET OF INTERROGATORIES PURSUANT TO RULES 26(a)(2), 26(e) AND 37(a)(3)**

In support of their motion to compel plaintiff to supplement its answers to defendants' first set of interrogatories, the defendants, Carter Broadcasting Corporation ("Carter") and Faith Christian Center ("Faith"), state as follows:

Pursuant to Rule 26(e) of the Federal Rules of Civil Procedure, the plaintiff is required to supplement its answers to interrogatories in a timely fashion. The defendants' specifically request that the plaintiff's answers to interrogatories no. 10(g), 12, 13 and 16 be supplemented no later than ten (10) days before trial, now scheduled to start as early as March 31, 2008. (See plaintiff's answers to defendants' first set of interrogatories, attached as Exhibit "A".)

Defendants' interrogatory no. 13 requests that the plaintiff provide the name and present address of each person expected to be called as an expert witness at trial and to provide the subject matter on which each expert is expected to testify, the substance of the facts and opinions to which each expert is expected to testify, and a summary of the

grounds for each opinion. While the defendants did receive a report from Steven Apel on July 19, 2007, the plaintiff has not yet supplemented its answer to provide any of additional information requested.

Defendants' interrogatory no. 16 asks the plaintiff to provide a computation of each and every category of damages claimed by the plaintiff, making available for inspection, copying the documents or other evidentiary materials, on which such computation is based. The plaintiff has not yet quantified the dollar value of its damage claims as requested in this interrogatory. Nor is it clear that the plaintiff has provided all of the responsive documents.

Additionally, pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure, while the defendants have received the expert report of Steven Apel, they have yet to receive additional information required by Rule 26(a)(2) including, exhibits to be used as a summary of or support for the experts opinions, the qualifications of the expert witness, including a list of all publications authored by the expert witness within the preceding ten (10) years, the compensation to be paid for the study and testimony, and a listing of other cases in which the expert witness has testified as an expert at trial or by deposition within the preceding four (4) years.

The defendants request that the plaintiff's answers to defendants' interrogatories be supplemented no later than ten (10) days prior to the trial of this matter.

Respectfully submitted,

CARTER BROADCASTING
CORPORATION and FAITH
CHRISTIAN CENTER

By their Attorneys,

DAVID E. MAGLIO & ASSOCIATES,
P.C.

/s/ David E. Maglio, Esq.
David E. Maglio, #3459
101 Dyer Street, Second Floor
Providence, Rhode Island 02903
Tel: (401) 831-5400
Fax: (401) 831-7979
dmaglio@magliolaw.com

**CERTIFICATION**

I hereby certify that an exact copy of the within document was filed by CM/ECF to the following individuals on the 14th day of March, 2008.

- Mark A. Pogue
  Edwards Angell Palmer & Dodge, LLP
  2800 Financial Plaza
  Providence, RI 02903
  mpogue@eapdlaw.com

/s/ David E. Maglio, Esq. (R.I. Reg. No. 3459)

h:\clients\carter\nacepf\pleadings\motion and memlaw to compel pltf supp ai.doc