UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| NORTH AMERICAN CATHOLIC EDUCATIONAL PROGRAMMING FOUNDATION, INC. | : | |
| *Plaintiff* | : | |
| VS. | : | C.A. No.: 06-431/ML |
| CARTER BROADCASTING CORPORATION and FAITH CHRISTIAN CENTER | : | |
| *Defendants*. | : | |

**DEFENDANTS', CARTER BROADCASTING CORPORATION AND FAITH CHRISTIAN CENTER, MOTION FOR LEAVE TO TAKE THE DEPOSITION OF PLAINTIFF'S PROPOSED EXPERT, STEVEN APEL**

Now come the defendants, Carter Broadcasting Corporation ("Carter") and Faith Christian Center ("Faith"), and pursuant to Fed.R.Civ.P 26(b)(4), hereby moves this Court for leave to conduct the deposition of the plaintiff's proposed telecommunications/radio industry expert, Steven Apel prior to the trial of this action. In support of their motion, the defendants rely upon the attached memorandum of law.

Respectfully submitted,

CARTER BROADCASTING CORPORATION and FAITH CHRISTIAN CENTER

By their Attorneys,

DAVID E. MAGLIO & ASSOCIATES, P.C.

/s/ David E. Maglio, Esq.
David E. Maglio, #3459
101 Dyer Street, Second Floor
Providence, Rhode Island 02903
Tel: (401) 831-5400
Fax: (401) 831-7979
dmaglio@magliolaw.com

**CERTIFICATION**

I hereby certify that an exact copy of the within document was filed by CM/ECF to the following individuals on the 14th day of March, 2008.

- Mark A. Pogue
  Edwards Angell Palmer & Dodge, LLP
  2800 Financial Plaza
  Providence, RI 02903
  mpogue@eapdlaw.com

/s/ David E. Maglio, Esq. (R.I. Reg. No. 3459)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| NORTH AMERICAN CATHOLIC EDUCATIONAL PROGRAMMING FOUNDATION, INC. | : | |
| *Plaintiff* | : | |
| VS. | : | C.A. No.: 06-431/ML |
| CARTER BROADCASTING CORPORATION and FAITH CHRISTIAN CENTER | : | |
| *Defendants*. | : | |

**DEFENDANTS', CARTER BROADCASTING CORPORATION AND FAITH CHRISTIAN CENTER, MEMORANDUM IN SUPPORT OF THEIR MOTION FOR LEAVE TO TAKE THE DEPOSITION OF PLAINTIFF'S PROPOSED EXPERT, STEVEN APEL**

In support of their motion for leave to take the deposition of plaintiff's proposed telecommunications/radio industry expert, Steven Apel ("Apel"), pursuant to Fed.R.Civ.P. 26(b)(4), the defendants, Carter Broadcasting Corporation ("Carter") and Faith Christian Center ("Faith"), state as follows:

Apel is being offered as an expert by the plaintiff to testify to the nature and content of the plaintiff's damages caused by Carter's alleged breach of contract and Faith's tortious interference with the alleged contract. The plaintiff provided the defendants with its expert report, authored by Apel, on July 19, 2007. (*See* expert report by Steven Apel attached as exhibit "A"). However, no rule 26(a)(2) expert disclosure has been made by the plaintiff. Since the defendants believed that they had a strong chance of prevailing on a motion for summary judgment on the liability issues in this case, the expert deposition of Apel was not noticed during the discovery time frame.

The defendants filed a motion for summary judgment on December 12, 2007, which was heard on March 3, 2008, and denied by this Court. This case was assigned to

Chief Judge Lisi's trial calendar on Monday March 3, 2008, immediately after the hearing on the defendants' Motion for Summary Judgment. This case is currently scheduled for a final pretrial conference before Chief Judge Lisi on March 27, 2008. Additionally, the trial of this matter may occur as early as March 31, 2008.

The defendants had refrained from conducting Apel's deposition until the defendants' motion for summary judgment was heard and decided. The defendants wish to depose Apel as many of the conclusions drawn by him in his expert report appear to be speculative and not based on reasonable methods. The defendants also wish to question Mr. Apel on his background and credentials. Due to the fact that the trial of this matter is rapidly approaching, the defendants wish to take the deposition of Apel immediately after the hearing on this matter.

Respectfully submitted,

CARTER BROADCASTING
CORPORATION and FAITH
CHRISTIAN CENTER

By their Attorneys,

DAVID E. MAGLIO & ASSOCIATES,
P.C.

/s/ David E. Maglio, Esq.

David E. Maglio, #3459
101 Dyer Street, Second Floor
Providence, Rhode Island 02903
Tel: (401) 831-5400
Fax: (401) 831-7979
dmaglio@magliolaw.com

**CERTIFICATION**

I hereby certify that an exact copy of the within document was filed by CM/ECF to the following individuals on the 14th day of March, 2008.

- Mark A. Pogue
  Edwards Angell Palmer & Dodge, LLP
  2800 Financial Plaza
  Providence, RI 02903
  mpogue@eapdlaw.com

/s/ David E. Maglio, Esq. (R.I. Reg. No. 3459)

h:\clients\carter\nacepf\pleadings\motion and memlaw to take depo of pltf expert