ARTAM

SM

# EXPERT WITNESS REPORT ASSESSING THE DAMAGE CLAIM OF NORTH AMERICAN CATHOLIC EDUCATIONAL PROGRAMMING FOUNDATION, INC.

STEVEN APEL
ARTAM RESEARCH
127 GREENSWARD LANE
CHERRY HILL, NJ 08002
TELEPHONE: 856-482-7979
FAX: 856-482-0957
CELL PHONE: 856-577-3577
E-MAIL: SAPEL@ARTAMRESEARCH.COM

## INTRODUCTION

I have been asked by Mark Pogue, an attorney with the law firm of Edwards, Angell Palmer & Dodge LLP, to determine what damages were incurred by the North American Catholic Educational Programming Foundation, Inc. ("NACEPF") as a result of NACEPF's move from radio station WRIB, licensed to Providence, Rhode Island[1] to station WARL, licensed to Attleboro, Massachusetts. Analyzing this question involves a three-part inquiry. First, one must ascertain the difference in the size of the potential audiences of the two stations. Second, using the rates which WRIB and WARL charged NACEPF, one must calculate how much more (or less) it will cost NACEPF to reach the same number of listeners through WARL that it was reaching on WRIB. Finally, the extra (or reduced) cost associated with reaching the WARL listeners must be multiplied by the value of NACEPF's unused broadcast contract on WRIB in order to quantify the amount of NACEPF's damages.

NOTE: My analysis addresses the effects visited upon NACEPF on the day that it ceased broadcasting on WRIB and on the day it began broadcasting on WARL. In the change of radio stations NACEPF lost the ability to reach many listeners it gained through the years on WRIB and had to cultivate a new audience comprised of people who could receive WARL but not WRIB. Having lost the ability to reach many of the people to whom it had broadcast over the years on WRIB, NACEPF was forced to start over when it began broadcasting on WARL in 2007. To maximize its audience on WARL, I believe it would be necessary for NACEPF to undertake various promotional activities in order to inform people that NACEPF was now broadcasting on WARL. The costs

[1] The call sign of WRIB, 1220 Kilohertz, Providence, Rhode Island was changed to WSTL on July 7, 2006. For ease of reference, the station is called WRIB throughout this report.

required to conduct such an advertising campaign can be readily determined, but they are beyond the scope of this report.

## BACKGROUND

I have been informed of the following facts:

For at least five years, NACEPF paid to broadcast its programming on WRIB. In 2006, NACEPF and WRIB executed a one-year contract calling for NACEPF to broadcast 520 half-hour programs on WRIB, two of which were to be broadcast during morning drive time each day, for five days each week, beginning May 1, 2006 and ending on April 30, 2007. The total price of this contract, which NACEPF prepaid, was $14,560. Thus, each half-hour broadcast cost NACEPF $14,560/520, or $28.

On or about July 7, 2006, after only 100 half-hour programs had been aired, WRIB discontinued the contract. The value of the unused portion of the NACEPF contract at that point was (520-100) x $28 or $11,760. As of the date the contract was discontinued, it had run for only 10 weeks (100 shows) and still had 42 weeks left (until April 30, 2007).

I am informed that, after WRIB discontinued the contract, NACEPF made inquiries among Providence area radio stations to determine if other stations would permit the broadcasting of NACEPF's half-hour programs. Reportedly, there were very few stations that would accommodate half-hour programming. Eventually, NACEPF located WARL, which did permit that format. NACEPF began broadcasting half-hour shows on WARL, five days a week, on April 2, 2007. WARL initially charged NACEPF $65 per half-hour broadcast. As of June 1, 2007, WARL and NACEPF restructured their arrangement so that NACEPF was paying $38.57 per half-hour show.

## ANALYSIS

### STEP I: The Two Stations' Signal Coverage Areas

To begin our analysis, we look at the areas covered by the signals of the two stations.

The signals of all radio stations lose strength in a predictable manner as one gets further from the transmitter from which the signal is broadcast. This explains why, in general, radio stations designed to serve one region cannot be heard in adjoining regions.[2]

Both WARL and WRIB are medium wave radio stations, more commonly referred to as AM radio stations. The strength of medium wave signals, such as those of WARL and WRIB, and the resulting coverage areas are affected by variables that include the power of their transmitters,[3] the efficiency of their antenna systems,[4] the direction in which the signal is sent,[5] and the electrical conductivity of the surface over which these signals travel.[6]

All of these factors are known for each radio station. When they are described mathematically, it is possible to calculate the area that a radio station's signal covers. A

[2] There are exceptions to this, of course; these are attributable to a number of factors that we discuss subsequently.

[3] WRIB's power output is 1,000 watts. WARL's power output is 5,000 watts.

[4] Medium wave stations generally feed power from their transmitters to a vertical tower (or towers) that then radiate the signal fed to them outward. Their efficiency is governed by such factors as the height of the towers in relation to the radio station's broadcast frequency and techniques the broadcaster employs to make their transmitter location more conducive to the transmission of the radio signal.

[5] WRIB employs an omnidirectional signal pattern in which its transmitter's 1,000 watts are evenly distributed in all directions. WARL uses a directional signal pattern through which its transmitter's 5,000 watts are reduced from distribution in some directions with the effect that more that 5,000 watts is distributed in other directions.

[6] Medium wave radio signals lose strength as they travel over most surfaces because the ground absorbs their electrical power. They lose the least power when traveling over water. This is why many medium wave radio stations tend to locate their transmitters on marshy ground or even on the open water.

computer program that takes all of these factors into account and projects a radio station's coverage area is the ComStudy software from the RadioSoft division of Mountain Tower.[7] Using the ComStudy software, we are able to map the areas covered by both the WARL and WRIB signals.

Such a map appears on the following page. It shows the coverage areas of the WARL and WRIB signals drawn to their 10 milivolts per meter (mV/M) contours and plotted upon a map showing the population density of Rhode Island and adjoining areas of Connecticut and Massachusetts.[8] Medium wave radio signals are subject to interference, both manmade and natural, that serve to effectively limit their coverage areas.[9] At a signal strength level of 10 mV/M, a medium wave station's signal is able to overcome interference from power lines, automobile ignitions, household appliances, personal computers and the background radiation always present in the earth's atmosphere.[10] Essentially, at this level of signal strength, the programming delivered by the radio station is louder than any of the common sources of interference.

---

[7] Although the full workings of the ComStudy software are beyond the scope of this report, it should be noted that the findings of ComStudy analyses are used in planning new radio facilities and making showings to the Federal Communications Commission (the regulator of radio) regarding how a radio station's signal will not interfere with other radio signals in the area its signal covers.

[8] Milivolts per meter is a common means of expressing the strength of a radio signal. In general, as a signal travels farther from its point of origin, the station's transmitter, the signal weakens and this is shown in a lower mV/M figure. Ultimately, 0 mV/M indicates the lack of any signal.

[9] By "effectively limit," we refer to the ability of a radio station to be heard over this interference. A radio station's signal may reach far beyond this point, but the level of interference it receives may render it virtually unlistenable.

[10] This is sometimes referred to as the "noise floor."

*RadioSoft ComStudy* *Monday, July 09, 2007*




Colors show approximate Population Density (2000 Census) per km²

0.00 | 1.00 | 25.00 | 100.00 | 300.00 | 600.00 | 1000.00 | 2000.00 | 3500.00 | 6962.00

Map Scale: 1:613143 1 cm = 6.13 km V|H Size: 113.19 x 113.19 km

From this map, it is apparent that the WARL signal reaches far fewer people than that of WRIB. In particular, the ComStudy software shows that the WRIB signal covers 351,121 people and the WARL signal covers 192,954 people.[11] In other words, the WARL signal reaches only 54.9% as many people as the WRIB signal does.[12]

Given that census figures show the population in the area covered by WARL to be broadly similar to the population in the area covered by WRIB, I believe that, aided by promotion and marketing efforts similar to those employed while broadcasting on WRIB, over time the percentage of people in the WARL coverage area who listen to NACEPF programming would equal the percentage of people in the WRIB coverage area who listened to NACEPF programming. However, because there are only 54.9% as many people covered by WARL's signal as compared to the population covered by WRIB, even with the most effective advertising and promotion, NACEPF will, at best, only attract 54.9% as many listeners on WARL as it did on WRIB.

In addition to covering fewer people than WRIB, WARL falls far short of amassing the audience WRIB gained. That WARL has a much smaller listening audience than WRIB is confirmed by a review of the relevant Arbitron data for each station.

Four times each year the Arbitron Company performs a survey of people in the Providence-Warwick-Pawtucket radio market[13] by distributing booklets known as Radio

[11] These figures are derived by plotting the ComStudy map on a population density map using information from the 2000 Census. 2000 is the latest year for which such population data is available.

[12] As the map reflects, there is a small overlap in the areas reached by the two stations' signals. The people within this overlap area can receive the signal from both WARL and WRIB. Presumably, a certain number of these people listened to NACEPF's broadcasts on WRIB. To this modest extent, NACEPF's task of rebuilding its listening audience on WARL will be made easier.

[13] Arbitron defines the Providence-Warwick-Pawtucket radio market as the counties of Bristol, Kent, Newport, Providence and Washington that comprise the entire state of Rhode Island and Bristol County in Massachusetts.

Listening Diaries to people in randomly selected households. These people are then asked to keep track of their radio listening in these diaries and Arbitron then mathematically projects the information gathered through these diaries to the market as a whole in order to estimate the size of the audience for various stations.[14]

During the spring 2006 survey period when the NACEPF program was last broadcast on WRIB, WRIB reached 13,600 listeners aged 12 or older per week.[15] Without a doubt some of these listeners were exclusive to the NACEPF program. However, the majority tuned to other programs on WRIB. Many of these people might then have discovered and tuned to the NACEPF program because it was broadcast on the station to which they were already listening. As a result, the NACEPF program could draw on these listeners who were accustomed to tuning to WRIB in order to develop audience. Any listeners gained through outside promotion were a bonus.

By contrast, in the winter 2007 survey (the most recent data available), Arbitron could not measure any audience for WARL.[16]

The fact that WARL did not even register in the Arbitron data for the winter of 2007 confirms that NACEPF will have to undertake extensive promotional and advertising activities to maximize the audience it reaches through WARL. As previously mentioned, however, the task of quantifying the cost of that advertising campaign is beyond the scope of this report.

---

[14] Detailed explanation of the Arbitron methodology is beyond the scope of this report. Suffice to say that Arbitron is accepted as the industry standard for audience measurement. A full description of the Arbitron methodology is available by contacting the Arbitron Company at 9705 Patuxent Woods Drive, Columbia, Maryland 21046-1572 - (410) 312-8000.

[15] Arbitron surveys only people aged 12 and older.

[16] This is not to say that WARL had no listeners. Rather, it means that so few people mentioned listening to WARL or its programs in Arbitron Radio Listening Diaries that Arbitron found it impossible to project an audience size for WARL.

**STEP II: Calculating the Additional Cost of Broadcasting on WARL**

For its airtime in April and May 2007, NACEPF paid WARL more, $65, per half hour compared to the $28 per half hour paid to WRIB. This means that, during that two-month period, NACEPF paid 2.32 times more for each half hour on WARL than it paid on WRIB.

Since June 1, 2007, NACEPF has been paying WARL $38.57 per half hour – a considerable reduction from the $65 per half hour it paid initially. Still, at $38.57 per half hour, NACEPF is paying WARL 1.69 times more per half hour than it paid WRIB.

Whether paying WARL $65 or $38.57 per half hour, NACEPF is getting far less value for its money. Remember, WARL covers far fewer potential listeners than WRIB – only 54.9% as many. Consequently to determine the true increased cost incurred by NACEPF as a result of its move to WARL, the price charged by WARL must be evaluated against the number of potential listeners the station reaches. To do this for the period April - May 2007, the increased broadcast cost NACEPF paid on WARL (2.32 times as much as paid to WRIB) must be divided by the smaller potential audience of WARL (54.9% of WRIB's potential audience). This calculation is as follows:

$$2.32/.549=4.226$$

This number – 4.226 – represents the additional cost, per listener, that NACEPF paid on WARL in April and May 2007. In other words, during this period NACEPF paid more than 4 times what it paid on WRIB (a cost factor of 4.226) to reach an equal number of potential listeners.

Since June 1, 2007, NACEPF has been paying WARL 1.69 times the price it paid to WRIB. To determine the true increased cost per listener for this period, this increased

broadcast cost must again be divided by the smaller potential audience of WARL (54.9% of WRIB's potential audience). This calculation is:

$$1.69/.549=3.078$$

This number – 3.078 – is the additional cost, per listener, that NACEPF has been paying WARL since June 1, 2007. NACEPF is now paying WARL more than 3 times what it paid on WRIB to reach an equal number of potential listeners.

**STEP III: Quantifying the Damages**

In order to quantify the damages sustained by NACEPF as a result of the discontinuation of the WRIB contract, we must modify the value of the unused 42 weeks of the WRIB contract – worth $11,760 on WRIB – to reflect the fact that NACEPF is now broadcasting on a station that reaches fewer potential listeners while paying a higher rate. Because the rate charged by WARL changed from $65 per show to $38.57 per show after two months, this modification must be made in two steps.

**A. The Period April – May 2007**

Each week of the unused 42 weeks of the WRIB contract was worth $11,760 ÷ 42, or $280. There are approximately 8.7 weeks in two months.[17] Two months of the unused part of the WRIB contract was therefore worth $280 x 8.7, or $2,436.

This figure must now be adjusted to reflect the fact that, during the two-month period April – May 2007, NACEPF's increased broadcast cost per listener (as discussed above) was 4.226 times its cost on WRIB. This adjustment is made by multiplying the value of the unused part of the WRIB contract during the two-month period April – May 2007 by the additional cost factor attributable to broadcasting on WARL during this period (4.226):

[17] On average every month has 4.333 weeks (52/12). 4.333 x 2 = 8.666

$2,436 x 4.226 = $10,294.54

This is the amount of the damages sustained by NACEPF during April and May 2007 attributable to the discontinuation of its WRIB contract. In other words, because NACEPF paid more to broadcast to fewer people during this period, it cost NACEPF $10,294.54 in broadcast fees paid to WARL to cover the same number of people that it would have reached had it continued broadcasting on WRIB during the same period.

**B. <u>The Period Since June 1, 2007</u>**

We have accounted for NACEPF's damages for two months (or 8.7 weeks) of the unused 42 weeks of the WRIB contract. We must now determine its damages for the remaining 33.3 weeks.

We use the same methodology. As noted, each week of the WRIB contract, on WRIB, was worth $280. 33.3 weeks was therefore worth $280 x 33.3, or $9,324.

We must now adjust this figure to reflect the fact that, as shown above, on WARL, since June 1, 2007 NACEPF's per-listener broadcast cost has been 3.078 times what it was on WRIB. This adjustment is performed as follows:

$9,324 x 3.078 = $28,699.27

This is the amount of damages sustained by NACEPF during the last 33.3 weeks of the WRIB contract. In other words, because NACEPF is paying more to broadcast to fewer people during this period, it will cost NACEPF $28,699.27 in broadcast fees paid to WARL to cover the same number of people that it would have reached had it continued broadcasting on WRIB during the same period.

## C. Total Increased Broadcast Fees

The total of $10,294.54 and $28,699.27 is $38,993.91. This is the amount that NACEPF will have to pay to WARL for the unused 42 weeks of the WRIB contract in order to reach the same number of listeners that it would have reached had it continued to broadcast on WRIB for the same period.[18]

## CONCLUSION

In summary, NACEPF's move from WRIB to WARL was disadvantageous for a number of reasons. For one, the WARL signal covers far fewer people than WRIB. Second, WARL's existing audience is smaller than WRIB's. Third, WARL charges more than WRIB did.

As a consequence of these factors, it will cost NACEPF $38,993.91 in fees paid to WARL to reach the same number of people it would have reached had it continued broadcasting on WRIB for the 42 remaining weeks of the WRIB contract. NACEPF will no longer have the potential to gain listeners from the audience to programs that surrounds its program. What's more, NACEPF will also have to pay to advertise and promote itself in the WARL coverage area in an attempt to regain the listener base it lost when its WRIB contract was discontinued.

## SUMMARY OF OPINIONS EXPRESSED IN THIS REPORT

1. **Opinion:** The WARL signal reaches 54.9 % as many people as the WRIB signal does.

   Factual Basis: ComStudy analysis of station coverage and a count of the population residing within each station's coverage contours.

---

[18] As noted, NACEPF will also have to pay to undertake an advertising campaign to alert listeners that it is now broadcasting on WARL.

2. **Opinion:** NACEPF has lost the ability to gain listeners from the audience surrounding its programs.

   Factual Basis: Arbitron Company audience measurement estimates from spring 2006 (when the NACEPF program was last aired on WRIB) and winter 2007 (when the NACEPF program was broadcast on WARL and the most recent period for which audience measurement data are available).

3. **Opinion:** During April and May 2007, NACEPF was paying 4.226 times as much as it paid on WRIB to reach the same number of listeners.

   Factual Basis: Amounts charged per half-hour on WARL ($65) and WRIB ($28); $2.32 \div .549 = 4.226$.

4. **Opinion:** Since June 1, 2007, NACEPF has been paying 3.078 times as much as it paid on WRIB to reach the same number of listeners.

   Factual Basis: Amounts charged per half-hour on WARL ($38.57) and WRIB ($28);

   $1.69 \div .549 = 3.078$.

5. **Opinion:** The amount of damages sustained by NACEPF (exclusive of advertising costs needed to build an audience at WARL) is $38,993.91. This is what it will cost NACEPF to reach the same number of people on WARL that it would have reached on WRIB had it continued broadcasting on WRIB for the duration of the WRIB contract.

   Factual Basis:

   (A) For the period April – May 2007 (8.7 weeks):

   $280/wk x 8.7 weeks x 4.226 = $10,294.54

(B) For the period since June 1, 2007 (33.3 weeks):

$280/wk x 33.3 weeks x 3.078 = $28,699.27

$10,294.54 + $28,699.27 = $38,993.91.

6. **Opinion:** In order to maximize its potential audience on WARL, and to replace the built-up following it had developed on WRIB, NACEPF must undertake an advertising campaign to alert potential listeners that it is now broadcasting on WARL.

Factual Basis: NACEPF had been broadcasting on WRIB for a number of years before the WRIB contract was discontinued. Now NACEPF must build audience among people who never before could hear its program. In my experience, advertising and promotional activities are necessary to develop audience for a new radio station or program.

## SUMMARY OF EXHIBITS IN PRESENTATION OF FINDINGS

1. ComStudy map and related data regarding station signal coverage areas and the population residing in these coverage areas.
2. Report of estimated audience for WRIB from the Arbitron spring 2006 audience measurement survey.

## QUALIFICATIONS OF STEVEN APEL

I have been employed in the radio industry for over 30 years. I have worked as a news-reporter, sportscaster, disc jockey and in radio station management, but most germane to this report is my experience in analyzing radio station coverage areas and working with audience research data.

As Vice President, Research and Industry Analysis of M Street Corp. (which, among other endeavors, was proprietor of a database of U.S. and Canadian radio stations), I was responsible for, among other things, comparing radio station coverage areas to known radio market boundaries to judge whether a radio station justified being included within a particular market. This relationship between a radio station's coverage area and market boundaries is vital information to radio advertisers and investors alike and can seriously affect a radio station's value in terms of the revenue generated through advertising and program time sales. Ongoing changes made to radio station technical facilities and the movement of populations made the need for continued analysis of the relationship between radio coverage areas and populations quite acute. At M Street, I was also responsible for editing the weekly M Street Journal digest of radio station technical changes, FCC technical decisions and radio station programming changes as well as the annual M Street Radio Directory that served as a portrait of the radio industries in the U.S. and Canada.

In addition, as the founder of Artam Research, I was responsible for analyzing station coverage patterns in order to determine how best to locate the monitoring centers that are a key component of an audience measurement system based on a patent pending pattern matching technology.

I have worked extensively with audience ratings data as President of Media Perspectives Research Corp., which performed analyses of Arbitron data and methods for client radio stations. Prior to that, I worked as a Research Manager at the Arbitron Company.

I hold a Master's Degree in Communications from the University of Pennsylvania and am on the faculties of both Drexel University in Philadelphia, Pennsylvania and Rider University in Lawrenceville, New Jersey, where I teach classes on audience measurement and radio programming.

**COMPENSATION**

I am being paid $250 per hour for my work in this matter.

Steven Apel

Date: 7/19/07