UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| NORTH AMERICAN CATHOLIC EDUCATIONAL PROGRAMMING FOUNDATION, INC. | : | |
| *Plaintiff* | : | |
| VS. | : | C.A. No.: 06-431/ML |
| CARTER BROADCASTING CORPORATION and FAITH CHRISTIAN CENTER | : | |
| *Defendants*. | : | |

**ENTRY OF APPEARANCE**

I, Hillary J. Giles, hereby enter my appearance, along with David E. Maglio, who has already entered his appearance, as counsel for the defendants, Carter Broadcasting Corporation and Faith Christian Center, in the above-referenced matter.

CARTER BROADCASTING
CORPORATION and FAITH
CHRISTIAN CENTER

By their Attorneys,

DAVID E. MAGLIO & ASSOCIATES,
P.C.

/s/ Hillary J. Giles, Atty.

David E. Maglio, #3459
Hillary J. Giles, #7520
101 Dyer Street, Second Floor
Providence, RI 02903
Tel: (401) 831-5400
Fax: (401) 831-7979
hgiles@magliolaw.com

**CERTIFICATION**

I hereby certify that a true copy of the within document was filed by CM/ECF to the following individuals on the 18th day of March, 2008.

- Mark A. Pogue
  Edwards Angell Palmer & Dodge, LLP
  2800 Financial Plaza
  Providence, RI 02903
  mpogue@eapdlaw.com

/s/ Hillary J. Giles, Atty. (R.I. Reg. No. 7520)

h:\clients\carter\nacepf\pleadings\entry of appearance hjg