UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| NORTH AMERICAN CATHOLIC EDUCATIONAL PROGRAMMING FOUNDATION, INC. | : | |
| *Plaintiff* | : | |
| VS. | : | C.A. 06-431ML |
| CARTER BROADCASTING CORPORATION and FAITH CHRISTIAN CENTER | : | |
| *Defendants*. | : | |

**PLAINTIFF'S DISCLOSURE PURSUANT TO F. R. CIV. P. 26(a)(2)**

Plaintiff intends to call Steven Apel as an expert witness in this matter. The information required to be disclosed concerning Mr. Apel pursuant to F. R. Civ. P. 26(a)(2) is contained in the report prepared by Mr. Apel, entitled "Expert Witness Report Assessing The Damage Claim Of North American Catholic Educational Programming Foundation, Inc.," which was provided to defendants on or around July 17, 2007.

NORTH AMERICAN CATHOLIC
EDUCATIONAL PROGRAMMING
FOUNDATION, INC.

By Its Attorneys,

/s/ Mark A. Pogue

Mark A. Pogue #3441
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, RI 02903
Tel. 401-274-9200
Telecopy 401-276-6611

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of March, 2008, a copy of the foregoing Plaintiff's Disclosure Pursuant To F.R. Civ. P. 26(a)(2) by ECF to the following counsel of record:

David E. Maglio, Esq.
The Owen Building
101 Dyer Street, Second Floor
Providence, RI 02903

/s/ Mark A. Pogue