UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

NORTH AMERICAN CATHOLIC
EDUCATIONAL PROGRAMMING
FOUNDATION, INC.,
Plaintiff, :
:
:
v. : C.A. No. 06-431-ML
:
CARTER BROADCASTING CORP., :
AND
FAITH CHRISTIAN CENTER,
Defendants.

ORDER

This matter is before the Court on Defendants' motion for leave to take the deposition of Plaintiff's proposed expert, Steven Apel. (Docket No. 44). Plaintiff has objected to this motion. The Court has reviewed both parties' submissions. For the reasons set forth in Plaintiff's opposition, Defendants' motion is denied.

SO ORDERED:

Mary M. Lisi
Chief United States District Judge
April 1, 2008.