UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| NORTH AMERICAN CATHOLIC EDUCATIONAL PROGRAMMING FOUNDATION, INC. | : | |
| *Plaintiff* | : | |
| VS. | : | C.A. 06-431ML |
| CARTER BROADCASTING CORPORATION and FAITH CHRISTIAN CENTER | : | |
| *Defendants.* | : | |

**PLAINTIFF'S DESIGNATION OF**
**DEPOSITION TESTIMONY TO BE READ INTO RECORD**

Plaintiff North American Catholic Educational Programming Foundation, Inc. ("NACEPF") hereby identifies portions of the deposition testimony of David Marquard (who is the president of defendant Faith Christian Center, Inc.) that it intends to read into the record in this case:

Page 15, line 24 through Page 16, line 9.

Page 16, line 17 through Page 17, line 24.

Page 39, Line 8 through Page 39, line 19.

Page 27, line 3 through Page 27, line 24.

Page 33, line 22 through Page 34, line 14.

Page 47, line 18 through Page 49, line 5.

In addition, NACEPF will read into the record the following portions of the deposition testimony of Patricia Varner, who is the present manager of defendant's radio station WSTL (formerly WRIB):

Page 70, line 24 through page 71, line 2.

Page 76, line 22 through Page 78, line 6.

Plaintiff will supply the Court with complete copies of both of these deposition transcripts.

NORTH AMERICAN CATHOLIC
EDUCATIONAL PROGRAMMING
FOUNDATION, INC.

By Its Attorneys,

/s/ Mark A. Pogue
Mark A. Pogue #3441
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, RI 02903
Tel. 401-274-9200
Telecopy 401-276-6611

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of April, 2008, a copy of the foregoing Plaintiff's Designation of Deposition Testimony To Be Read Into Record was served by ECF to the following counsel of record:

David E. Maglio, Esq.
The Owen Building
101 Dyer Street, Second Floor
Providence, RI 02903

/s/ Mark A. Pogue