AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

## *District of Rhode Island*

NA Catholic Educational Programming v. Carter Broadcasting, et al

EXHIBIT AND WITNESS LIST

CASE NUMBER: 06-431ML

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Chief Judge Mary M. Lisi | Mark Pogue, Esq. | David Maglio, Esq |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| Voir Dire of Pltf's expert 4/7/08 | Karen Wischnowsky | Barbara Barletta |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS. AND WITNESSES |
|---|---|---|---|---|---|
| | | W-1 | | | Steven Apel |
| 1 | | 4/7/08 | ID | | Network Coverage Map |
| 2 | | 4/7/08 | ID | | CV of Steven Apel |
| 4 | | 4/7/08 | ID | | Chart of Expenses for WRIB and WARL |
| 3 | | 4/7/08 | ID | | Expert Witness Report assessing damage claim |
| 5 | | 4/7/08 | ID | | US Census Bureau Data |
| 6 | | 4/7/08 | ID | | Percentage of population data |
| | A | 4/7/08 | ID | | Radio locator for WSTL |
| | B | 4/7/08 | ID | | Radio locator for WARL |
| | C | 4/7/08 | ID | | Daytime coverage map |
| | D | 4/7/08 | ID | | Local radio schedule |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

include a notation as to the location of any exhibit not held with the case file or not available because of size.



*****ADMITTED FOR PURPOSES OF THIS HEARING ONLY**