UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

NORTH AMERICAN CATHOLIC EDUCATIONAL PROGRAMMING FOUNDATION, INC. :
*Plaintiff* :

VS. : C.A. No.: 06-431/ML

CARTER BROADCASTING CORPORATION and FAITH CHRISTIAN CENTER :
*Defendants.* :

**DEFENDANTS CARTER BROADCASTING CORPORATION AND FAITH CHRISTIAN CENTER'S MOTION FOR JUDGMENT AS A MATTER OF LAW PURSUANT TO FED.R.CIV.P. 50(a)**

Now come the defendants, Carter Broadcasting Corporation ("Carter") and Faith Christian Center ("Faith"), and move for judgment as a matter of law on the plaintiff's claims against them pursuant to Rule 50(a) of the Federal Rules of Civil Procedure. The grounds for this motion are as follows:

**A. Plaintiff's Breach of Contract Claim Against Carter:**

1. There is no legally sufficient evidentiary basis for a reasonably jury to find that a contract was formed between Carter and North American Catholic Educational Programming Foundation, Inc. ("NACPEF");
2. There is no legally sufficient evidentiary basis for a reasonably jury to find that a contract between Carter and NACEPF was breached;
3. There is no legally sufficient evidentiary basis for a reasonably jury to find that NACEPF suffered damages as result of any breach of contract between NACPEF and Carter; and

4. There is no legally sufficient evidentiary basis for a reasonably jury to find that any damages incurred by NACEPF were proximately caused by NACEPF or Faith.

**B. Plaintiff's Tortious Interference Claim Against Faith:**

1. There is no legally sufficient evidentiary basis for a reasonably jury to find that a contract existed between NACEPF and Carter;
2. There is no legally sufficient evidentiary basis for a reasonably jury to find that Faith had knowledge of any contract between NACEPF and Carter;
3. There is no legally sufficient evidentiary basis for a reasonably jury to find that Faith tortiously interfered with any contract between NACPEF and Carter; and
4. There is no legally sufficient evidentiary basis for a reasonably jury to find that NACPEF suffered damages as a proximate result of any tortuous interference on the part of Faith.

WHEREFORE, the defendants respectfully request that this Court grant their Rule 50(a) motion for judgment as a matter of law.

Respectfully submitted,

CARTER BROADCASTING
CORPORATION and FAITH

CHRISTIAN CENTER

By their Attorneys
DAVID E. MAGLIO & ASSOCIATES,
P.C.

David E. Maglio, #3459
101 Dyer Street, Second Floor
Providence, Rhode Island 02903
Tel: (401) 831-5400
Fax: (401) 831-7979

**CERTIFICATION**

I hereby certify that an exact copy of the within document was delivered in hand to the following individuals on the 10th day of April, 2008.

- Mark A. Pogue
  Edwards Angell Palmer & Dodge, LLP
  2800 Financial Plaza
  Providence, RI 02903
  mpogue@eapdlaw.com

h:\clients\carter\nacepf\pleadings\Motion JML