AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF RI

N.A. Catholic Educational Programming...
V.
Carter Broadcasting Corp., et al.

## EXHIBIT AND WITNESS LIST

Case Number: CA 06-431ML

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Mary M. Lisi | Mark A. Pogue | David E. Maglio; Hillary J. Giles |
| TRIAL DATE (S) Jury Trial: April 8 - 11, 2008 | COURT REPORTER Karen Wischnowsky | COURTROOM DEPUTY John Duhamel |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | 4/8/08 *W#1: John Primeau* |
| 1-A | | 4/8/08 | | x | Home Page - NACEPF website |
| 1-C | | " | | x | NACEPF web page |
| 1-D | | " | | x | NACEPF web page |
| 1-F | | " | | x | NACEPF web page – radio schedule |
| 2 | | " | | x | Copy of check dated 8/2/99 ($13,100) |
| 3 | | " | | x | Receipt dated 8/4/99 |
| 4 | | " | | x | Copy of check dated 10/19/00 ($6,500) |
| 5 | | " | | x | Copy of check dated 6/7/01 ($13,050) |
| 6 | | " | | x | Checking Account Statement excerpt |
| 7 | | " | | x | Copy of check dated 4/23/03 ($14,496) |
| 8 | | " | | x | Copy of check dated 5/5/04 ($14,856) |
| 9 | | " | | x | Payment Memo re: $15,728 payment |
| 10 | | " | | x | Copy of check dated 3/16/06 ($14,560) |
| 11 | | " | | x | Letter to K. Carberry from J. Primeau dated 7/6/06, with attachment |
| 12 | | " | | x | E-mail from J. Primeau dated 7/6/06 – 6:02PM |
| 13 | | " | | x | E-mail from J. Primeau dated 7/6/06 – 5:58PM |
| 14 | | " | | x | Letter from K. Carberry to J. Primeau dated 7/7/06 |
| 15 | | " | x | x | Set of documents re: quotes for newspapers ads |
| | | | | | 4/9/08 *Examination of W-1 (J. Primeau) resumes.* |
| 16 | | 4/9/08 | | x | NACEPF ad in THE ANCHOR, 10/26/07 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| N.A. Catholic Educational... vs. Carter Broadcasting..., et al. | | | | | CASE NO. CA 06-431ML |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 17 | | 4/9/08 | | x | NACEPF ad in RI CATHOLIC, 10/25/07 |
| 18 | | " | | x | Invoice re: THE ANCHOR |
| 19 | | " | | x | Invoice re: RI CATHOLIC |
| 20 | | " | | x | Two invoices from WARL to NACEPF |
| 21 | | " | | x | NACEPF ledger re: payments to WARL |
| | J | " | x | x | Article from "North East RadioWatch" 10/17/05 – Pages 1 & 2 |
| | Q-2 | " | | x | Photo: WRIB's facility |
| | Q-1 | " | | x | Photo: WRIB's facility |
| | P-1 | " | | x | Photo: Broadcast site - NACEPF |
| | R | " | | x | Contract with WARL |
| | S | " | | x | Contract with WARL |
| | | | | | 4/9/08 *W#2: Steven Apel* |
| 22 | | 4/9/08 | x | x | Resume of Steven Apel |
| 25 | | " | x | x | Chart - NACEPF Broadcast Costs |
| 26 | | " | x | x | Chart - re: Difference in Market Size |
| 27 | | " | x | x | Excerpts from U.S. Census Data |
| 24 | | " | x | x | Map: WRIB & WARL coverage areas |
| | | | | | 4/9/08 *W#3: Rev. David Marquard, via reading of deposition transcript* |
| | | | | | 4/10/08 *W#4: John Pierce* |
| | Q-3 | 4/10/08 | | x | Photo: WRIB's facility |
| | B-1 | " | | x | Copy of check - NACEPF |
| | B-2 | " | | x | Copy of check - NACEPF |
| | B-3 | " | | x | Copy of check - NACEPF |
| | B-4 | " | | x | Copy of check - NACEPF |
| | O | " | | x | Copy of envelope with WRIB addressee |
| | C | " | | x | Set of Statements – May 2004 to July 2006 |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

**N.A. Catholic Educational...** vs. **Carter Broadcasting..., et al.**

CASE NO. **CA 06-431ML**

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | **4/10/08** ***W#5 Kenneth Carberry*** |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |