UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

North American Catholic Educational
Programming Foundation, Inc.,
Plaintiff,

v. C.A. No. 06-431

Carter Broadcasting Corporation and Faith
Christian Center, Inc.,
Defendants.

JURY VERDICT FORM

1. Do you find that the plaintiff, North American Catholic Educational Programming Foundation, Inc. ("NACEPF"), has proven by a preponderance of the evidence that NACEPF formed a contract with defendant, Carter Broadcasting Corporation?

YES_____ NO ✓

If your answer is YES, proceed to Question 2.

If your answer is NO, you must return a verdict for the defendants and you need not proceed further. Sign and fill in the date on page 2.

2. Do you find that the plaintiff, NACEPF, has proven by a preponderance of the evidence that defendant, Carter Broadcasting Corporation breached a contract that it had with NACEPF?

YES_____ NO_____

If your answer is YES, proceed to Question 3.

If your answer is NO, you must return a verdict for the defendants and you need not proceed further. Sign and fill in the date below.

3. Do you find that the plaintiff, NACEPF, has proven by a preponderance of the evidence that defendant Faith Christian Center, Inc. tortiously interfered with the contract between Carter Broadcasting Corporation and NACEPF?

YES_____ NO_____

4. If your answer to question 2 and/or question 3 was "yes," what amount of damages do you award NACEPF on its claim(s)?

$_______________

[signature]
Foreperson's Signature

4-11-08
Date