# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

NORTH AMERICAN CATHOLIC
EDUCATIONAL PROGRAMING
FOUNDATION, INC.,
Plaintiff,

vs. CA 06-431ML

CARTER BROADCASTING CORPORATION and
FAITH CHRISTIAN CENTER,
Defendants.

## JUDGMENT

[√] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

**Judgment shall enter for the Defendants, CARTER BROADCASTING CORPORATION and FAITH CHRISTIAN CENTER, against the Plaintiff, NORTH AMERICAN CATHOLIC EDUCATIONAL PROGRAMING FOUNDATION, INC., pursuant to the jury verdict published on April 11, 2008.**

Enter: [signature]
Deputy Clerk

DATED: April 11, 2008