Carter Broadcasting, Inc.



## COSTS BREAKDOWN:

| Date | | Description | Qty/Price | Tax# | Amount |
|---|---|---|---|---|---|
| 9/15/2006 - | | In-house photocopies. | 12<br>0.10 | | 1.20 |
| 9/28/2006 - | | In-house photocopies. | 6<br>0.10 | | 0.60 |
| - | | | | | |
| 9/29/2006 - | DAG | Clerk, US District Court for removal of this matter to US District Court. (Check No. 5514). | 1<br>350.00 | | 350.00 |
| - | | AlphaGraphics for copying, with exhibit tabs, of the petition for removal from State Court to U.S. District Court for the District of Rhode Island (see invoice backup). | 1<br>7.23 | | 7.23 |
| - | | In-house photocopies. | 28<br>0.10 | | NO CHARGE |
| 10/3/2006 - | | In-house photocopies. | 10<br>0.10 | | 1.00 |
| - | | In-house photocopies. | 6<br>0.10 | | 0.60 |
| 12/1/2006 - | | In-house photocopies. | 23<br>0.10 | | NO CHARGE |
| - | | | | | |

| Date | Description | Qty/Price | Tax# | Amount |
|---|---|---|---|---|
| 1/10/2007 - | In-house photocopies. | 3<br>0.10 | | 0.30 |
| - | | | | |
| 1/19/2007 - | In-house photocopies. | 6<br>0.10 | | 0.60 |
| 1/29/2007 - | In-house photocopies. | 36<br>0.10 | | 3.60 |
| 2/27/2007 - | In-house photocopies. | 24<br>0.10 | | 2.40 |
| 3/23/2007 - | In-house photocopies. | 14<br>0.10 | | 1.40 |
| 3/30/2007 - | In-house photocopies. | 6<br>0.10 | | 0.60 |
| 4/5/2007 - | In-house photocopies. | 14<br>0.10 | | 1.40 |
| 5/4/2007 - | In-house photocopies | 12<br>0.10 | | 1.20 |
| 5/15/2007 - | In-house copying | 4<br>0.10 | | 0.40 |
| 5/24/2007 - | In-house photocopying | 4<br>0.10 | | 0.40 |
| 8/3/2007 - | In-house photocopies | 4<br>0.10 | | 0.40 |
| 8/28/2007 - | In-house photocopies | 138<br>0.10 | | 13.80 |
| 9/4/2007 - | Allied Court Reporters for the deposition transcript of Patricia Varner (see invoice backup). | 1<br>251.25 | | 251.25 |

| | | Qty/Price | Tax# | Amount |
|---|---|---|---|---|
| 9/5/2007 - | In-house photocopies | 10<br>0.10 | | 1.00 |
| 9/7/2007 - | Allied Court Reporters for the deposition transcript of Jon Primeau (see invoice backup). | 1<br>341.75 | | 341.75 |
| - | In-house photocopies | 11<br>0.10 | | 1.10 |
| 9/10/2007 - | In-house photocopies | 88<br>0.10 | | 8.80 |
| 9/11/2007 - | | | | |
| - | In-house photocopies | 4<br>0.10 | | 0.40 |
| 9/12/2007 - | Allied Court Reporters for the deposition transcript of Kenneth Carberry (see invoice backup). | 1<br>227.45 | | 227.45 |
| - | Allied Court Reporters for the deposition transcript of Rev. David Marquard (see invoice backup). | 1<br>165.70 | | 165.70 |
| - | | | | |
| - | In-house photocopies | 23<br>0.10 | | 2.30 |
| 9/18/2007 - | In-house photocopies | 107<br>0.10 | | 10.70 |
| 9/24/2007 - | In-house photocopies | 6<br>0.10 | | 0.60 |
| 9/26/2007 - | In-house photocopies | 1<br>0.10 | | 0.10 |

| Date | Description | Qty/Price | Tax# | Amount |
|---|---|---|---|---|
| 10/16/2007 - | In-house photocopies | 3<br>0.10 | | 0.30 |
| 11/1/2007 - | | | | |
| - | In-house photocopies | 17<br>0.10 | | 1.70 |
| 11/16/2007 - | In-house photocopies | 3<br>0.10 | | 0.30 |
| - | In-house photocopies | 37<br>0.10 | | 3.70 |
| 11/19/2007 - | | | | |
| - | In-house photocopies | 134<br>0.10 | | 13.40 |
| 11/20/2007 - | WarRoom Document Solutions for copy work incident to preparation of defendants' responses to discovery (see invoice backup). | 1<br>115.73 | | 115.73 |
| - | | | | |
| 11/21/2007 - | In-house photocopies | 162<br>0.10 | | 16.20 |
| - | In-house photocopies | 71<br>0.10 | | 7.10 |
| 11/28/2007 - | Allied Court Reporters for deposition of John Pierce (see invoice backup). | 1<br>313.55 | | 313.55 |
| 11/29/2007 - | In-house photocopies | 20<br>0.10 | | 2.00 |
| 12/5/2007 - | In-house photocopies | 50<br>0.10 | | 5.00 |

| | | Qty/Price | Tax# | Amount |
|---|---|---|---|---|
| 12/11/2007 - | In-house photocopies | 100<br>0.10 | | 10.00 |
| 12/14/2007 - | In-house photocopies | 260<br>0.10 | | 26.00 |
| 1/7/2008 - | In-house photocopies | 246<br>0.10 | | 24.60 |
| 1/8/2008 - | In-house photocopies | 10<br>0.10 | | 1.00 |
| - | | | | |
| 1/11/2008 - | In-house photocopies | 1<br>0.10 | | 0.10 |
| 1/28/2008 - | In-house photocopies | 40<br>0.10 | | 4.00 |
| 1/31/2008 - | In-house photocopies | 25<br>0.10 | | 2.50 |
| 2/8/2008 - | In-house photocopies | 100<br>0.10 | | 10.00 |
| - | | | | |
| 3/3/2008 - | In-house photocopies | 87<br>0.10 | | 8.70 |
| 3/5/2008 - | In-house photocopies | 2<br>0.10 | | 0.20 |
| - | In-house photocopies | 30<br>0.10 | | 3.00 |

| | | Qty/Price | Tax# | Amount |
|---|---|---|---|---|
| 3/5/2008 - | In-house photocopies | 3<br>0.10 | | 0.30 |
| - | | | | |
| 3/6/2008 - | In-house photocopies | 8<br>0.10 | | 0.80 |
| 3/10/2008 - | | | | |
| - | In-house photocopies | 126<br>0.10 | | 12.60 |
| - | In-house photocopies | 57<br>0.10 | | 5.70 |
| 3/11/2008 - | In-house photocopies | 30<br>0.10 | | 3.00 |
| 3/14/2008 - | In-house photocopies | 27<br>0.10 | | 2.70 |
| - | ~~Facsimile (202) 965-1729~~ | 13<br>1.00 | | 13.00 |
| 3/19/2008 - | In-house photocopies | 1<br>0.10 | | 0.10 |
| 3/26/2008 - | In-house photocopies. | 120<br>0.10 | | 12.00 |
| - | | | | |
| 3/27/2008 - | In-house photocopies. | 12<br>0.10 | | 1.20 |
| 3/31/2008 - | In-house photocopies. | 93<br>0.10 | | 9.30 |
| - | | | | |
| 4/2/2008 - | In-house photocopies. | 162<br>0.10 | | 16.20 |

| | | Qty/Price | Tax# | Amount |
|---|---|---|---|---|
| 4/4/2008 - | In-house photocopies. | 130<br>0.10 | | 13.00 |
| 4/6/2008 - | In-house photocopies. | 74<br>0.10 | | 7.40 |
| 4/7/2008 - | Ritz Camera for services for trial (see invoice backup)(Check No. 399). | 1<br>8.09 | | 8.09 |
| - | WarRoom Document Solutions of RI, Inc. for copying the exhibits for the trial (see invoice backup). | 1<br>226.50 | | 226.50 |
| - | In-house photocopies. | 35<br>0.10 | | 3.50 |
| 4/8/2008 - | War Room Document Solutions of Rhode Island for copying trial exhibits (see invoice backup). | 1<br>101.99 | | 101.99 |
| - | In-house photocopies. | 96<br>0.10 | | 9.60 |
| 4/9/2008 - | In-house photocopies. | 82<br>0.10 | | 8.20 |
| 4/10/2008 - | In-house photocopies. | 90<br>0.10 | | 9.00 |
| 4/11/2008 - | Karen Wischnowsky, RPR-RMR-CRR Federal Court Stenographer for 4/8/08 excerpt from trial (opening statement)(see invoice backup)(Check No. 412) | 1<br>90.75 | | 90.75 |
| 4/14/2008 - | Karen M. Wishnowski, Judge Lisi's court stenographer for April 9 and 10, 2008 portions of the trial transcript (see invoice backup)(check No. 418) | 1<br>455.60 | | 455.60 |
| | Total costs | | | $2,977.89 |

alphagraphics®

DESIGN ■ COPY ■ PRINT ▶ COMMUNICATE

# invoice

211 Eddy Street
Providence, RI 02903
Phone.401.351.4000

Fax.401.351.3724
us205@alphagraphics.com
www.us205.alphagraphics.com

**Sold To**

Dana Gianquitti
David E. Maglio & Associates
The Owen Building
101 Dyer Street, Second Floor
Providence RI 02903
Phone: 401-831-5400
Fax: (401)831-7979

**No.** 20520331

**Date** 9/29/06

**P.O.**

| QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|
| 4 | Exhibit A & B, 8.5 x 11 white tabs, 2 originals, digitally printed on 1 side | 2.80 |
| 4 | North American Catholic vs. Carter Broadcasting, 8.5 x 11 White High Impact 20#, 11 originals, digitally printed on 1 side | 3.96 |

SPECIAL INSTRUCTIONS

Sales Rep: In House
Taken by: Amy
Account Type: Charge

Ship Via:
Wanted: Tue 9/26 2:00 PM

| | |
|---|---|
| SUB | 6.76 |
| TAX | 0.47 |
| SHIPPING | |
| TOTAL | 7.23 |
| NET DUE | 7.23 |

**Please pay from this invoice - Net 15 Days**

"I understand that the total of this invoice is due and payable upon acceptance and interest shall accrue on all past due accounts at the rate of 1 1/2 percent per month. In the event payment is not made and the account is referred to a collection agency or an attorney, I will pay the collection including attorney's fees and costs incurred."

**Remit payments to: 211 Eddy Street, Providence, RI 02903**

RECEIPT FOR CASH SALES

CASH ☐ CHECK ☐ # ________ CREDIT CARD ☐

| | |
|---|---|
| AMOUNT RECEIVED | |
| CSR INITIALS | |

Signature________________________ Print Name________________________ Date____________

Job Received and Accepted By

Allied court reporters, inc. and VIDEO CONFERENCE CENTERS
115 Phenix Ave, Cranston, Rhode Island 02920
tel. 401-946-5500
1-888-44DEPOS(443-3767)
Fax: 401-946-9228
JGrenier@alliedcourtreporters.com
www.AlliedCourtReporters.com
www.CARTproviders.com

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 28615 | 09/06/2007 | 01-34505 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 08/28/2007 | LEMOJE | 06-431/ML |

**CASE CAPTION**

North American Catholic Educational Program vs Carter Br

**TERMS**

Net 30 days

DAVID E. MAGLIO, ESQ
MAGLIO & ASSOCIATES
101 Dyer Street
2nd Floor
Providence, RI 02903

| | | | |
|---|---|---|---|
| REPORTER SERVICE INCLUDES ORIGINAL+MINI | | | |
| John Primeau | 83 Pages @ | 3.25/Page | 269.75 |
| EXHIBITS | 30 Pages @ | .25/Page | 7.50 |
| REPORTER ATTENDANCE | | | 50.00 |
| E-Tran/ASCII E-Mailed | | | n/c |
| Repos. Access/Archiving | | | 7.00 |
| Delivery & Confirmation | | | 7.50 |
| | TOTAL DUE >>>> | | 341.75 |

TAX ID NO.: 05-0481673 (401) 831-5400 Fax (401) 831-7979

*Please detach bottom portion and return with payment.*

DAVID E. MAGLIO, ESQ
MAGLIO & ASSOCIATES
101 Dyer Street
2nd Floor
Providence, RI 02903

Invoice No.: 28615
Date : 09/06/2007
**TOTAL DUE : 341.75**

Job No. : 01-34505
Case No. : 06-431/ML
North American Catholic Educational

Remit To: **Allied Court Reporters, Inc.**
**115 Phenix Avenue**
**Cranston, RI 02920**

**Allied** court reporters, inc. and VIDEO CONFERENCE CENTERS
115 Phenix Ave, Cranston, Rhode Island 02920

tel. 401-946-5500
1-888-44DEPOS(443-3767)
Fax: 401-946-9228
JGrenier@alliedcourtreporters.com
www.AlliedCourtReporters.com
www.CARTproviders.com

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 28759 | 09/12/2007 | 01-34384 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 08/29/2007 | LEMOJE | 06-431/ML |

| CASE CAPTION |
|---|
| North American Catholic Educational Program vs Carter Br |
| **TERMS** |
| Net 30 days |

DAVID E. MAGLIO, ESQ
MAGLIO & ASSOCIATES
101 Dyer Street
2nd Floor
Providence, RI 02903

| | | | |
|---|---|---|---|
| REPORTER SERVICE INCLUDES MINI | | | |
| Kenneth Carberry | 98 Pages @ | 2.15/Page | 210.70 |
| EXHIBITS | 39 Pages @ | .25/Page | 9.75 |
| C & S Pages Attached | | | n/c |
| E-Tran/ASCII E-Mailed | | | n/c |
| Repos. Access/Archiving | | | 7.00 |
| | **TOTAL DUE >>>>** | | **227.45** |

1 of 2 depos back to back.

TAX ID NO.: 05-0481673

(401) 831-5400 Fax (401) 831-7979

*Please detach bottom portion and return with payment.*

DAVID E. MAGLIO, ESQ
MAGLIO & ASSOCIATES
101 Dyer Street
2nd Floor
Providence, RI 02903

Invoice No.: 28759
Date : 09/12/2007
**TOTAL DUE : 227.45**

Job No. : 01-34384
Case No. : 06-431/ML
North American Catholic Educational

Remit To: **Allied Court Reporters, Inc.**
**115 Phenix Avenue**
**Cranston, RI 02920**

Allied court reporters, inc. and VIDEO CONFERENCE CENTERS
115 Phenix Ave, Cranston, Rhode Island 02920
tel. 401-946-5500
1-888-44DEPOS(443-3767)
Fax 401-946-9228
JGrenier@alliedcourtreporters.com
www.AlliedCourtReporters.com
www.CARTproviders.com

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 28761 | 09/12/2007 | 01-34383 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 08/29/2007 | LEMOJE | 06-431/ML |

**CASE CAPTION**

North American Catholic Educational Program vs Carter Br

**TERMS**

Net 30 days

**DAVID E. MAGLIO, ESQ**
**MAGLIO & ASSOCIATES**
**101 Dyer Street**
**2nd Floor**
**Providence, RI 02903**

| | | | |
|---|---|---|---|
| REPORTER SERVICE INCLUDES MINI | | | |
| David Marquard | 68 Pages @ | 2.15/Page | 146.20 |
| EXHIBITS | 20 Pages @ | .25/Page | 5.00 |
| C & S Pages Attached | | | n/c |
| E-Tran/ASCII E-Mailed | | | n/c |
| Repos. Access/Archiving | | | 7.00 |
| Delivery & Confirmation | | | 7.50 |
| | **TOTAL DUE >>>>** | | **165.70** |

2 of 2 depos back to back.

**TAX ID NO.:** 05-0481673

(401) 831-5400 Fax (401) 831-7979

*Please detach bottom portion and return with payment.*

DAVID E. MAGLIO, ESQ
MAGLIO & ASSOCIATES
101 Dyer Street
2nd Floor
Providence, RI 02903

Invoice No.: 28761
Date : 09/12/2007
**TOTAL DUE : 165.70**

Job No. : 01-34383
Case No. : 06-431/ML
North American Catholic Educational

Remit To: **Allied Court Reporters, Inc.**
**115 Phenix Avenue**
**Cranston, RI 02920**

Allied court reporters, inc. and VIDEO CONFERENCE CENTERS
115 Phenix Ave, Cranston, Rhode Island 02920
tel. 401-946-5500
1-888-44DEPOS(443-3767)
Fax: 401-946-9228
JGrenier@alliedcourtreporters.com
www.AlliedCourtReporters.com
www.CARTproviders.com

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 28567 | 09/04/2007 | 01-34772 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 08/31/2007 | LEMOJE | 06-431/ML |

**CASE CAPTION**

North American Catholic Educational Program vs Carter Br

**TERMS**

Net 30 days

DAVID E. MAGLIO, ESQ
MAGLIO & ASSOCIATES
101 Dyer Street
2nd Floor
Providence, RI 02903

| | | | |
|---|---|---|---|
| REPORTER SERVICE INCLUDES MINI | | | |
| Patricia Varner | 110 Pages @ | 2.15/Page | 236.50 |
| EXHIBITS | 1 Pages @ | .25/Page | .25 |
| E-Tran/ASCII E-Mailed | | | n/c |
| Repos. Access/Archiving | | | 7.00 |
| Delivery & Confirmation | | | 7.50 |
| | **TOTAL DUE >>>>** | | **251.25** |

**TAX ID NO. :** 05-0481673

(401) 831-5400 Fax (401) 831-7979

*Please detach bottom portion and return with payment.*

DAVID E. MAGLIO, ESQ
MAGLIO & ASSOCIATES
101 Dyer Street
2nd Floor
Providence, RI 02903

Invoice No.: 28567
Date : 09/04/2007
**TOTAL DUE : 251.25**

Job No. : 01-34772
Case No. : 06-431/ML
North American Catholic Educational

Remit To: **Allied Court Reporters, Inc.**
**115 Phenix Avenue**
**Cranston, RI 02920**

# Invoice

WarRoom Document Solutions of RI, Inc.
101 Dyer Street, Third Floor
Providence, RI 02903

Voice: 401 621-7300
Fax: 401 621-7878

Invoice Number: 16214
Invoice Date: Nov 20, 2007
Page: 1

Sold To:
David E. Maglio & Associates
ATTN: Carrey
101 Dyer Street
2nd Floor
Providence, RI 02903

| Client/Matter | | | Payment Terms | |
|---|---|---|---|---|
| Carter Broadcasting | | | Net 30 Days | |
| Document Consultant | Customer Contact | | Job Number | Due Date |
| KEVIN | Carrey | | NOV 176 | 12/20/07 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 676.00 | "C" | Medium Litigation | 0.16 | 108.16 |

YOUR SIGNATURE BELOW IS AN AGREEMENT THAT THE ABOVE-DESCRIBED WORK HAS BEEN AUTHORIZED AND RECEIVED. PAYMENT WILL BE MADE WITHIN THIRTY (30) DAYS WITHOUT REGARD TO ANY THIRD PARTY INVOICING. OVERDUE ACCOUNTS WILL BE BILLED A FINANCE CHARGE OF 1.5% PER MONTH. CUSTOMER AGREES TO PAY ALL LEGAL FEES INCURRED SHOULD THE ACCOUNT BECOME DELINQUENT.

Received and Approved by:

______________________

Date: ______________________

Tax ID Number: 03-0487386

| | |
|---|---|
| Subtotal | 108.16 |
| Sales Tax | 7.57 |
| Total Invoice | 115.73 |
| Payment | 0.00 |
| TOTAL | 115.73 |

Allied court reporters, inc. and VIDEO CONFERENCE CENTERS
115 Phenix Ave, Cranston, Rhode Island 02920
tel. 401-946-5500
1-888-44DEPOS(443-3767)
Fax: 401-946-9228
JGrenier@alliedcourtreporters.com
www.AlliedCourtReporters.com
www.CARTproviders.com

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 30313 | 12/03/2007 | 01-36643 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 11/28/2007 | POORJA | 06-431/ML |

| CASE CAPTION |
|---|
| North American Catholic Educational Program vs Carter Br |
| **TERMS** |
| Net 30 days |

DAVID E. MAGLIO, ESQ
MAGLIO & ASSOCIATES
101 Dyer Street
2nd Floor
Providence, RI 02903

| | | | |
|---|---|---|---|
| REPORTER SERVICE INCLUDES MINI | | | |
| John Pierce | 132 Pages @ | 2.15/Page | 283.80 |
| EXHIBITS | 61 Pages @ | .25/Page | 15.25 |
| E-Tran/ASCII E-Mailed | | | n/c |
| Repos. Access/Archiving | | | 7.00 |
| Delivery & Confirmation | | | 7.50 |
| | **TOTAL DUE >>>>** | | **313.55** |

**TAX ID NO.:** 05-0481673 (401) 831-5400 Fax (401) 831-7979

*Please detach bottom portion and return with payment.*

DAVID E. MAGLIO, ESQ
MAGLIO & ASSOCIATES
101 Dyer Street
2nd Floor
Providence, RI 02903

Invoice No.: 30313
Date : 12/03/2007
**TOTAL DUE : 313.55**

Job No. : 01-36643
Case No. : 06-431/ML
North American Catholic Educational

Remit To: **Allied Court Reporters, Inc.**
**115 Phenix Avenue**
**Cranston, RI 02920**

399
8.09

8.09

/2008

RITZ CAMERA #848 PROVIDENCE RI
(401) 331-7320

848 10 3667 4/07/2008 25689

209 TXP DIGITAL PRINTIN 7.56
1325710

| | |
|---|---|
| SUBTOTAL | 7.56 |
| TAXABLE | 7.56 |
| STATE TAX | 0.53 |
| TOTAL | 8.09 |

TENDERED CHECK 8.09
399
ASSOCIATE: GERRY

This receipt must be with all returns & warranty repair requests. Mdse must be new, in original packaging with unopened software. All digital, video & cellular units must be returned within 10 days. All others must be returned within 30 days. Cash refunds over $50 paid by check.

THANK YOU

Visit www.ritzpix.com

* * * CUSTOMER COPY * * *

MAGLIO & ASSOCIATES
MAGLIO & ASSOCIATES

# Invoice

WarRoom Document Solutions of RI, Inc.
101 Dyer Street, Third Floor
Providence, RI 02903

Voice: 401 621-7300
Fax: 401 621-7878

Invoice Number:
17276
Invoice Date:
Apr 4, 2008
Page:
1

Sold To:

David E. Maglio & Associates
101 Dyer Street
2nd Floor
Providence, RI 02903

| Client/Matter | | | Payment Terms | |
|---|---|---|---|---|
| Carter/Nacepf | | | Net 30 Days | |
| Document Consultant | Customer Contact | | Job Number | Due Date |
| MATTHEW | Hillary | | APR 029 | 5/4/08 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 928.00 | "D" | Heavy Litigation | 0.21 | 194.88 |
| 56.00 | Tabs | Tabs | 0.30 | 16.80 |

YOUR SIGNATURE BELOW IS AN AGREEMENT THAT THE ABOVE-DESCRIBED WORK HAS BEEN AUTHORIZED AND RECEIVED. THE PARTY ABOVE ASSURES PAYMENT OF THIS INVOICE WITHIN THIRTY (30) DAYS. CUSTOMER AGREES TO PAY ALL LEGAL FEES INCURRED SHOULD THE ACCOUNT BECOME DELINQUENT.

Received and Approved by: Hillary Giles

Date: 4/4/08

| | |
|---|---|
| Subtotal | 211.68 |
| Sales Tax | 14.82 |
| Total Invoice | 226.50 |
| Payment | 0.00 |
| TOTAL | 226.50 |

Tax ID Number: 03-0487386

AO44
(Rev. 12/89)

# UNITED STATES DISTRICT COURT
# FOR THE RHODE ISLAND

INVOICE NO: 20080044

| | MAKE CHECKS PAYABLE TO: |
|---|---|
| David E. Maglio<br>David E. Maglio & Associates<br>101 Dyer Street<br>Providence, RI 02903<br><br>Phone: (401) 831-5400 | Karen M. Wischnowsky, RPR-RMR-CRR<br>United States Court Reporter<br>One Exchange Terrace<br>Providence, RI 02903<br><br>Phone: (401) 351-8311<br><br>Tax ID: 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 |

☐ CRIMINAL ☒ CIVIL | DATE ORDERED: 04-08-2008 | DATE DELIVERED: 04-08-2008

**Case Style:** CA NO. 06-431ML, NACEPF v Carter Broadcasting, et al
4/8/08 Excerpt from Trial -- Plaintiff's opening statement

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | 15 | 6.05 | 90.75 | | | | | | | 90.75 |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| | | |
|---|---|---|
| Misc. Desc. | MISC. CHARGES: | |
| | TOTAL: | 90.75 |
| | LESS DISCOUNT FOR LATE DELIVERY: | |
| | TAX (If Applicable): | |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| **Date Paid:** **Amt:** | TOTAL DUE: | $90.75 |

ADDITIONAL INFORMATION

Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE | DATE 04-09-2008

*(All previous editions of this form are cancelled and should be destroyed)*

AO44
(Rev. 12/89)

# UNITED STATES DISTRICT COURT
# FOR THE RHODE ISLAND

INVOICE NO: 20080046

David E. Maglio
David E. Maglio & Associates
101 Dyer Street
Providence, RI 02903

Phone: (401) 831-5400

**MAKE CHECKS PAYABLE TO:**

Karen M. Wischnowsky, RPR-RMR-CRR
United States Court Reporter
One Exchange Terrace
Providence, RI 02903

Phone: (401) 351-8311

☐ CRIMINAL ☒ CIVIL

DATE ORDERED: 04-10-2008

DATE DELIVERED: 04-10-2008

**Case Style:** CA NO. 06-431ML, NACEPF v Carter Broadcasting, et al
4/9/08 Excerpt from Trial -- Cross-Examination and Recross-Examination of John Primeau

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | 64 | 6.05 | 387.20 | | | | | | | 387.20 |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| | | |
|---|---|---|
| Misc. Desc. | MISC. CHARGES: | |
| | TOTAL: | 387.20 |
| | LESS DISCOUNT FOR LATE DELIVERY: | |
| | TAX (If Applicable): | |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| **Date Paid:** **Amt:** | TOTAL DUE: | $387.20 |

ADDITIONAL INFORMATION

Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE | DATE 04-11-2008 |
|---|---|

*(All previous editions of this form are cancelled and should be destroyed)*

AO44
(Rev. 12/89)

# UNITED STATES DISTRICT COURT
# FOR THE RHODE ISLAND

INVOICE NO: 20080049

David E. Maglio
David E. Maglio & Associates
101 Dyer Street
Providence, RI 02903

Phone: (401) 831-5400

**MAKE CHECKS PAYABLE TO:**

Karen M. Wischnowsky, RPR-RMR-CRR
United States Court Reporter
One Exchange Terrace
Providence, RI 02903

Phone: (401) 351-8311

☐ CRIMINAL ☒ CIVIL

DATE ORDERED: 04-10-2008

DATE DELIVERED: 04-10-2008

**Case Style:** CA NO. 06-431ML, NACEPF v Carter Broadcasting, et al
4/10/08 Excerpt from Trial -- Cross-Examination of John Pierce

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | | | | 57 | 1.20 | 68.40 | | | | 68.40 |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| | |
|---|---|
| Misc. Desc. MISC. CHARGES: | |
| TOTAL: | 68.40 |
| LESS DISCOUNT FOR LATE DELIVERY: | |
| TAX (If Applicable): | |
| LESS AMOUNT OF DEPOSIT: | |
| TOTAL REFUND: | |
| **Date Paid:** **Amt:** TOTAL DUE: | $68.40 |

ADDITIONAL INFORMATION

Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE

DATE 04-11-2008

*(All previous editions of this form are cancelled and should be destroyed)*