UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

NORTH AMERICAN CATHOLIC EDUCATIONAL PROGRAMMING FOUNDATION, INC.

*Plaintiff*

vs. C.A. No.: 06-431/ML

CARTER BROADCASTING CORPORATION and FAITH CHRISTIAN CENTER

*Defendants.*

**AFFIDAVIT OF KENNETH CARBERRY IN SUPPORT OF CARTER BROADCASTING CORPORATION AND FAITH CHRISTIAN CENTER'S MOTION FOR AN AWARD OF REASONABLE ATTORNEY'S FEES**

I, Kenneth Carberry, under oath and upon information and knowledge, depose and say that:

1. I am the President of Carter Broadcasting Corporation ("Carter"), one of the defendant's in the above-captioned matter, and I am submitting this affidavit in support of the defendants' motion for an award of attorney's fees.

2. The plaintiff, North American Catholic Educational Programming Foundation ("NACEPF"), is owned and run by John Primeau.

3. On September 18, 2006, NACEPF filed a complaint against Carter alleging that Carter had formed a contract with NACEPF to broadcast one year's worth of NACEPF's programming that was breached when Carter sold its radio station, WRIB 1220, to Faith Christian Center ("Faith"), the second defendant in this action. NACEPF also brought a claim for tortious interference against Faith.

4. Pursuant to the terms of the Asset Purchase Agreement signed by Carter and Faith, Carter was required to defend and indemnify Faith against NACEPF's claims.

5. NACEPF's claims against Carter and Faith were frivolous as WRIB 1220's station manager explicitly informed Mr. Primeau that Carter would not enter into a contract with NACEPF.

6. No demand letter was ever issued by NACEPF in an attempt to settle this matter short of trial.

7. The trial of this matter occurred from April 8, 2008 until April 11, 2008. On April 11, 2008, the jury returned a verdict for the defendants.

8. On April 11, 2008, shortly after the jury had returned its verdict and court had been adjourned, John Primeau approached me and stated that, "I would never have done all of this if it hadn't been for the church." I did not reply to Mr. Primeau's comment. I interpreted Mr. Primeau's comment to mean that NACEPF would not have brought the lawsuit against Carter and Faith if Carter had sold WRIB 1220 to a party other than Faith.

9. It has always been my belief, and Mr. Primeau confirmed this with his statement, that Mr. Primeau's motivation in bringing this lawsuit was that WRIB 1220 was sold to Faith, a Protestant church, and not a Roman Catholic church or organization such as NACEPF.

10. As a result of Mr. Primeau's frivolous lawsuit based solely on his anger toward Faith's purchase of WRIB 1220, Carter was forced to incur $76,152.00 in attorney's fees to defend itself as well as Faith against NACEPF's claims.

Kenneth Carberry

STATE OF RHODE ISLAND
COUNTY OF PROVIDENCE

Subscribed and sworn to before me this 28th day of April, 2008.

BARRY E. MORIN
Notary Public
Commonwealth of Massachusetts
My Commission Expires
April 26, 2013

Notary Public
Print Name: BARRY E. Morin
My Commission Expires: 4/26/2013

h:\clients\carter\naccpf\pleadings\Affid Kenneth Carberry