IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| * * * * * * * * * * * * * * * * | C.A. NO. 06-431ML |
| NORTH AMERICAN CATHOLIC EDUCATIONAL PROGRAMMING FOUNDATION, INC. * | |
| VS. * | APRIL 9, 2008 9:30 A.M. |
| CARTER BROADCASTING CORPORATION, et al * | |
| * * * * * * * * * * * * * * * * | PROVIDENCE, RI |

BEFORE THE HONORABLE MARY M. LISI,

CHIEF JUDGE

(Jury Trial)

E X C E R P T

APPEARANCES:

FOR THE PLAINTIFF: MARK A. POGUE, ESQ.
Edwards Angell Palmer & Dodge LLP
2800 Financial Plaza
Providence, RI 02903

FOR THE DEFENDANTS: DAVID E. MAGLIO, ESQ.
HILLARY J. GILES, ESQ.
David E. Maglio & Associates, PC
101 Dyer Street
Providence, RI 02903

Court Reporter: Karen M. Wischnowsky, RPR-RMR-CRR
One Exchange Terrace
Providence, RI 02903

MR. MAGLIO: I move to strike the answer.
THE COURT: Just a minute. The answer may be stricken. Repeat the question, and just answer the question. It's a yes or no.
A. Say it again, please.
Q. Yes. You personally, based on your own firsthand knowledge, are unaware of any evidence that would show that Faith Christian Center was aware of your position that you had a contract with Carter Broadcasting prior to July 6th of 2007?
A. The end of the question again?
Q. Prior to July 6th of 2007.
A. And the question is, I wouldn't have known that.
Q. No, the question is, you do not have any knowledge of any document or communication that would show that Faith Christian knew about your position that you had a contract prior to July 6th of 2007?
A. Not empirically.
Q. Empirically means of your own personal knowledge, correct, something you've actually seen or heard?
A. I mean empirically is empirically. I would not empirically know that they had prior knowledge.
Q. And so empirically, the only notice that you know of that Faith Christian Center received was your letter of July 6th of 2006; correct?