UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

NORTH AMERICAN CATHOLIC EDUCATIONAL PROGRAMMING FOUNDATION, INC.,
Plaintiff,

VS. C.A. NO. 06-431ML

CARTER BROADCASTING CORPORATION and FAITH CHRISTIAN CENTER,
Defendants.

DEPOSITION OF JOHN PRIMEAU, in the above-entitled cause, taken on behalf of the Defendants, before Jeannette A. Freelove, Notary Public, in and for the State of Rhode Island, at the offices of David E. Maglio & Associates, PC, 101 Dyer Street, Providence, Rhode Island, on August 28, 2007, at 10:00 a.m.

APPEARANCES:

For the Plaintiff:
EDWARDS ANGELL PALMER & DODGE, LLP
BY: MARK A. POGUE, ESQUIRE

For the Defendants:
DAVID E. MAGLIO & ASSOCIATES, PC
BY: DAVID E. MAGLIO, ESQUIRE

ALLIED COURT REPORTERS, INC.
115 PHENIX AVENUE
CRANSTON, R.I. 02920
(401) 946-5500

you, in preparation for giving today's deposition, have you reviewed any documents?
A. Yes, in a cursory fashion.
Q. What documents are those?
A. I believe I read the first page of the Complaint in a cursory fashion.
Q. And to you, when you say, "cursory fashion," how do you define that?
A. Sight reading. I wouldn't have, like, gone through its pages.
Q. Pardon?
A. I would not have gone through the pages because I don't like to read things. I prefer just to be deposed.
Q. Okay. And I take it you've been deposed before; correct?
A. Certainly.
Q. And in what matters have you been deposed in?
A. I've been deposed by Sprint Corporation.
Q. Sprint?
A. Sprint.
Q. And when was that?
A. I think 2002.
Q. Okay. And have you been deposed in any other matter?

A. Not yet.
Q. Is your deposition scheduled in any other matter?
A. No.
Q. Do you anticipate being deposed in the Goldman Sachs matter?
A. Absolutely.
Q. Are you looking forward to it?
A. I'm the plaintiff.
MR. POGUE: I'll object.
MR. MAGLIO: I'll withdraw the question. Off the record.
(OFF THE RECORD)
Q. When you say that you're the plaintiff, it's NACEPF; right?
A. I'm sorry, yes.
MR. MAGLIO: That's okay.
(OFF THE RECORD)
Q. Mr. Primeau, other than a cursory look at the Complaint, did you review any other documents in preparation for testifying today?
A. I believe I printed out communications between my attorney and I on numerous E-mails.
Q. Okay. And what was the purpose of your doing that?
A. This case is something that I don't have a lot