UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| NORTH AMERICAN CATHOLIC EDUCATIONAL PROGRAMMING FOUNDATION, INC. | : | |
| *Plaintiff* | : | |
| VS. | : | C.A. No.: 06-431/ML |
| CARTER BROADCASTING CORPORATION and FAITH CHRISTIAN CENTER | : | |
| *Defendants.* | : | |

**AFFIDAVIT OF DAVID E. MAGLIO, ESQ. IN SUPPORT OF CARTER BROADCASTING CORPORATION AND FAITH CHRISTIAN CENTER'S MOTION FOR AN AWARD OF REASONABLE ATTORNEY'S FEES**

I, David E. Maglio, Esq., upon oath, make affidavit and say:

1. I am the attorney for Carter Broadcasting Corporation ("Carter") and Faith Christian Center ("Faith"), in the above-captioned action and, as such have personal knowledge of the facts herein stated.

2. An itemization of all time expended by myself, my associate, Hillary J. Giles, Esq., and my paralegal Dana Gianquitti, and a brief description of the services performed is attached hereto as Exhibit "A".

3. The services itemized in Exhibit "A" were reasonably necessary for the defense of the above-captioned action. Specifically, this defense required filing and responding to discovery, preparation and taking of depositions as well as the defense of depositions, the preparation and filing of a motion for summary judgment, the preparation and filing of pretrial motions and memoranda and the preparation for trial and the four day trial of this matter.

4. The hourly fee customarily charged by myself in cases similar to this is $250.00. The hourly fee customarily charged by my associate and paralegal's services is $175.00 and $100.00, respectively.

5. Per the engagement letter signed by Carter, it was charged the hourly rates set forth in paragraph 4 and billed monthly for services performed.

David E. Maglio, Esq.

STATE OF RHODE ISLAND
COUNTY OF PROVIDENCE

Subscribed and sworn to me before this 28th day of April, 2008.

Notary Public
My Commission Exp.: 2/27/10

h:\clients\carter\nacepf\pleadings\Affid in Suppt of Motion Attnys Fees