UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| NORTH AMERICAN CATHOLIC EDUCATIONAL PROGRAMMING FOUNDATION, INC. | : | |
| *Plaintiff* | : | |
| VS. | : | C.A. 06-431ML |
| CARTER BROADCASTING CORPORATION and FAITH CHRISTIAN CENTER | : | |
| *Defendants.* | : | |

**STIPULATION**

The parties hereby stipulate and agree that plaintiff may have until and including May 19, 2008 to respond to defendants' Motion For An Award Of Attorney Fees.

5/12/08
Date

/s/ Mark A. Pogue
Mark A. Pogue #3441
Edwards Angell Palmer & Dodge LLP
2800 Financial Plaza
Providence, RI 02903
Tel. 401-274-9200
Telecopy 401-276-6611
Attorney for Plaintiff North American Catholic Educational Programming Foundation, Inc.

5/12/08
Date

/s/ David E. Maglio
David E. Maglio #3459
The Owen Building
101 Dyer Street, Second Floor
Providence, RI 02903
Tel. 401-831.5400
Telecopy 402-831-7979
Attorney for Defendants Carter Broadcasting Corporation and Faith Christian Center, Inc.