UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| NORTH AMERICAN CATHOLIC EDUCATIONAL PROGRAMMING FOUNDATION, INC.<br><br>*Plaintiff*<br><br>VS.<br><br>CARTER BROADCASTING CORPORATION and FAITH CHRISTIAN CENTER<br><br>*Defendants.* | : | C.A. 06-431ML |

**AFFIDAVIT OF JOHN PRIMEAU**

I, John Primeau, hereby declare and state as follows:

1. I am the president of the North American Catholic Educational Programming Foundation, Inc. ("NACEPF"), the plaintiff in this action. I have personal knowledge of the facts set forth below.

2. I have reviewed the affidavit submitted by Kenneth Carberry in connection with the Motion For Attorney Fees submitted by the Defendants in this matter. According to Mr. Carberry's Affidavit, at the conclusion of the trial in this matter, I approached him and stated, "I would never have done all of this if it hadn't been for the church." Carberry Aff., ¶ 8. Further, Mr. Carberry avers that my comment "confirmed" that "[my] motivation in bringing this lawsuit was that WRIB 1220 was sold to Faith, a Protestant church, and not a Roman Catholic church or organization such as NACEPF." Id., ¶ 9.

3. I am amazed that what I intended as a polite and conciliatory gesture to Mr. Carberry has become the basis of a claim for attorney fees against NACEPF, on grounds that this lawsuit was filed because of an improper motive. In any event, Mr. Carberry's statements are incorrect.

At the conclusion of the trial, shortly after the jury announced its verdict and left the room, I approached Mr. Carberry in a conciliatory manner to say that if it had not been for what the Church did it would not have come to this. My statement was intended to express my view that Faith Christian Center was the concluding party responsible for the disruption of NACEPF's broadcast contract with Carter Broadcasting, and that when Faith decided to dismiss all of the WRIB broadcasters with no advance warning, it acted with a callousness that Carter Broadcasting was not aware of and did not endorse.

4. It was John Pierce himself -- the former station manager of WRIB -- who made me aware of this point more than a year ago. The document attached as Exhibit A to this affidavit is an email which Mr. Pierce sent to me in early 2007. In the email, Mr. Pierce says that Ken Carberry "had no inkling" that Faith would close the station down immediately, and "seemed genuinely hurt that they would do this." Moreover, Mr. Pierce says that "In my opinion, Faith is solely responsible for their actions in both shutting down abruptly and the failure to give proper notice to broadcasters. Carter Broadcasting, Inc. had no say whatsoever in a station they had just sold, and I believe with all my heart that Ken Carter neither knew nor approved of their subsequent actions, and has continued to agree with me as to the callousness of those actions." It was from the perspective of these statements that I made my comment to Mr. Carberry after the trial ended.

5. I categorically deny Mr. Carberry's outrageous accusation that NACEPF filed this lawsuit because "WRIB 1220 was sold to Faith, a Protestant church, and not a Roman Catholic church." NACEPF sued Carter because it broke its broadcasting contract with NACEPF. NACEPF sued Faith because it interfered with that contract. (In the process, Faith made no effort to allow the WRIB broadcasters to say goodbye to their listeners or alert them to their next

location.)

John Primeau

Sworn to before me under the penalties of perjury this 19th day of May, 2008.

Notary Public
My Commission Expires: 4-7-12

*From:* WRIB4@aol.com *Sent:* Thursday, March 22, 2007 9:38 AM *To:* jprimeau@nacepf.net *Subject:* Re: reRE: Radio Statement By John Pierce, Former Station Manger For WRIB Allowing for some memory lapse as the following events transpired many months ago, the following is, to the best of my recollection a collection of events leading up to the sale (and shortly thereafter) of WRIB radio from Carter Broadcasting to Faith Christian Center: I ha been informed personally (nearly one year earlier) by Ken Carter, owner of WRIB that he had decided to sell WRIB t Faith Christian Center. Mr. Carter advised me to "keep this information under my hat" for as long as possible as there was always the possibility that said sale could fall through (as did the sale to Catholic Family Radio), resulting in possible program and/or personnel defections which decimated his Boston station years earlier. The new owners, bei a faith-based, pentecostal type of church would doubtless seek to "cleanse" the station of non-conforming programming, such as Catholic and foreign-language programming. Said programs or employees might "jump ship" early as to not be left without a station at closing. While sale information would undoubtedly come out in the media soon, Mr. Carter preferred not to let people know too early as radio station sales are highly complex transactions in which numerous things can and do go wrong, negating any sale. As a pure business decision, I had to agree with Mr. Carter completely on this point. I personally preferred to "put out the fires" only when the fires were a genuine possibility, not at the early stages of the sale. The fact that the sale dragged on for one year proved the validity of this tact. The sale did drag on forever, as Faith's lawyers nitpicked virtually everything, and all through the process I felt that an actual sale taking place to these people was at best a 50-50 proposition. When at last it appeared that the sale might actually happen, I began to have a verbal and written correspondence with Patricia Varner of FCC (Faith Christian Center), and we had a very good relationship as I supplied her with all information concerning station bills, program addresses, payments, local public file access, etc. However, I was personally appalled that I began receiving email from Ms. Varner which used the heading wribradio@aol.com , or something close to that. Shortly thereafter, s changed the email to "Shine1220AM", which is when I first suspected a station name change. What bothered me mo about these emails was that Ms. Varner began signing the letters as "Patricia Varner, Manager, Shine1220AM". I viewed this as rather cheeky considering they were still a ways from owning the place. Also, as I was the Station Manger, it didn't bode well for me. I had one meeting at FCC with the two Pastors and Ms. Varner, and they explain their vision to me, and that they would certainly give at least 30 days notice to our programs that they would not be keeping. After 30 days, they would "go dark" for a few months to re-organize. The 30 days would also give them tin to notify all the programs that would be canceled...and this was told to be my Pastor John personally. Both pastors expressed the desire that they had no intention of being cruel or uncaring in the handling of programs. They asked m to stay on for a while, at very least as a "consultant" as they had no experience owning and operating a radio station. this I agreed, on the stipulation that I would only stay as long as all our programs stayed, and when they were gone, s would I be. A month or so before station closing, I was startled to receive an email from Ms. Varner informing me th they had had a change of plans, and that ALL programs would remain on the station indefinitely. She declared in capital letters "SHARE THE GOOD NEWS!". Which I never go a chance to do, as less than an hour later she called on the phone, whispering something to the effect to "forget what I wrote you before, that may not be true!". I assume she had been talking out of school and had been reprimanded. A closing finally began to progress, and perhaps a we before closing Ms. Varner asked my permission to come down to station with a person from the alarm company. I wasn't pleased with this, but agreed to the visit. She and the alarm man went over the installation of a new system wl sitting in Spanish office. I really began to suspect the worst, and was informed by Patricia that there was now a "ver good chance" that station might have to go dark right after the closing because they couldn't be sure if some of our programs would say "something bad" on the air. I told her I could personally vouch for most programs and would si the studio for 24 hours a day if need be to monitor each program so that each program could at least have a chance t say goodbye. I don't know if this information was ever relayed to higher-ups. At this time I also wrote a letter to FC informing them of my intentions to quit if station went dark. I told them honestly that there was probably only one o two programs that I decided I could not vouch for, one being the Portuguese program as I simply did not know the director all that well and he had some announcers that I felt could be a problem, and the other was the Armenian Hour...although I knew and loved the director for 36 years, his daughter was helping with the program and I felt cou be a little outspoken. I believe they were very worried about NACEPH programs...that John Primeau would slip something in a program showing FCC in a bad light. I told them the programs were on TAPE and I could easily monitor them before airing. I hoped we could deal with all of them somehow, but hoped they could all have a chanc say good-bye. I told them I understood their reasoning, even agreed with the reasoning if I were in their shoes, but I

Exh. A

told them that on purely humanitarian grounds, I would hope they could find it in their hearts to let everyone stay on f just a little while. But, since this was probably not going to happen, I wanted to join my brothers in the street and not seen as a traitor working for the new owners. As far as canceling programs, this is something ONLY FCC could do, n Carter. For Carter to do this would be suicidal if sale fell through at last minute. (As did the sale to Catholic Family Radio, which collapsed virtually at closing). Carter would have been throwing off programs that could then be very hard to get back. I believe it is entirely up to new owners to do this. Carter certainly can't do it once he no longer own the station. I had provided all bills to FCC so they could not only notify programs, but also bill them for final 30 days of programming, so they expected to at least see some revenue from our old programs. Obviously, if they chose to go dark right away, there would be no notice from anybody to our programs. In all my subsequent conversations with K Carter, I absolutely believe that he had no inkling of their intention to shut down, and seemed genuinely hurt that they would do this. LAST TWO DAYS: On July 5th I was informed via phone by Ms. Varner that sale had been complete "for all intents and purposes." However, as the closing was being done via computer, the banks had closed and the money could not be transferred, so official closing would be the next day as soon as funds were transferred. At this time she informed me positively that station would go dark immediately upon funds transfer. At this moment, I calle the people who had personal effects in the station and strongly suggested they come down and remove all their belongings, records, et. The Spanish and Italian program people came down and I spent several hours helping them remove their belongings, leaving the building around 11:00 PM. However, they didn't finish, so next morning the Spanish and Italian, and shortly the Portuguese program came down with some extra help and family to finish removing their things. At mid morning, I received a call from Ken Carter who informed me that funds had been transferred and that pending arrival of a fax confirmation that was coming to ME, I was not to turn over the keys to FCC, although "they were on the way down". It was now that I informed Mr. Carter of FCC's intent to shut down the station, and that I was quitting for sure. Shortly thereafter FCC people arrived at the other end of Water Street and noticed many cars down at the station, and Ms. Varner placed a cell phone call to me asking who was there. I told he was just people taking out their belongings, but she told me they had to be outside of the building or would be charge with trespassing. I believe at this time, the FCC car returned to their church or elsewhere for a short while. Meantime the foreign language people (who had now been joined by dozens of supporters) had formed a small mob and had basically lined water street with cars after leaving the WRIB parking lot and were mostly mingling about, talking wi each other. Apparently, FCC again attempted to come to the station but were afraid to run the gauntlet that was lining the street in protest. They apparently again returned to the church and called Ken Carter, who then called me. Mr. Carter was fairly upset that I had informed the programmers and that a protest had sprung up so quickly, naturally hoping for a quiet end to his long ordeal with FCC. But, I explained to him that with conscious as my guide, I had to what I had to do. There people weren't just clients, they were almost family. We've all shared our joy at weddings an grief at funerals for all our families, and to treat them any differently now would be a gross injustice on my part. I'm sure he must have been thinking "what else can possibly happen with this place?", but I know he agreed with me afte giving it some heartfelt thought. Once again, FCC called me via cell phone and demanded I "get rid of these people the street"....I told them to "call the East Providence police" if they were worried about harm to their person. Ms. Varner said "No...that's just what they want...it would go out over the scanner and Channel 12 would be right down here". I told her to just drive through, nobody was going to harm them...they were my friends, and I had asked them act with dignity. Which they did. She also asked me if anybody was left in the building or on the property, and I told her "No...they have all moved beyond the telephone pole which marked the end of Water Street, and I could do noth further as there was nobody left on actual station properly. The FCC car arrived with Clark The Locksmith in tow. I informed them that the fax had not yet arrived, so station would stay on, and I would not give them the keys just yet and the locksmith would have to wait a bit. Finally, the fax came through, I called Ken Carter and informed him I ha just handed in all keys to FCC, and he said "we'd be in touch", thank you, etc. Pastor John and I had a brief talk in which he asked me to reconsider leaving, but I told him I could not stay under any circumstance at this point. As it v about 12:20 PM and they wanted my help in shutting off station, I told them I would help if they would just let The Victory Hour finish at 12:30 PM. On the air since 1960, I felt we owed them that at least, and not cut off program in mid sentence. They agreed, so I waited in studio with their engineer "Mike", and at 12:30 I told him which button to push. And then we were gone. I left the building with courtesy, shaking the hands of Mike, Pastor John and Ms. Varner, and wished them luck. I was happily surprised to learn that the next day our chief engineer who had agreed work for FCC had heard of the debacle at WRIB and personally went to FCC in Seekonk and turned in his keys, als

telling them he could not work for "people like you". In my opinion, FCC is solely responsible for their actions in bo shutting down abruptly and the failure to give proper notice to broadcasters. Carter Broadcasting, Inc. had no say whatsoever in a station they had just sold, and I believe with all my heart that Ken Carter neither knew nor approved their subsequent actions, and has continued to agree with me as to the callousness of those actions. THE DAY AFTE Ken Carter called me and asked that I send a letter to any program who did not know of the abrupt closing of the station, but asked me to compose the letter. A copy of sent letter has been sent to you under previous cover. Sincerel yours, John T. Pierce Former Station Manger WRIB Radio ----------------------------------------------------------------------

AOL now offers free email to everyone. Find out more about what's free from AOL at *AOL.com* .