UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| NORTH AMERICAN CATHOLIC EDUCATIONAL PROGRAMMING FOUNDATION, INC. | : | |
| *Plaintiff* | : | |
| VS. | : | C.A. 06-431ML |
| CARTER BROADCASTING CORPORATION and FAITH CHRISTIAN CENTER | : | |
| *Defendants.* | : | |

**DECLARATION OF JOSEPH AVANZATO**

I, Joseph Avanzato, hereby declare and state as follows:

1. I am a shareholder with the law firm of Adler, Pollock and Sheehan, P.C. My office is located in Providence, Rhode Island. I have practiced law in Providence since 1993. I have litigated numerous complex commercial disputes, both at the trial and appellate levels.

2. I am providing this affidavit on behalf of the North American Catholic Educational Programming Foundation, Inc. pursuant to Local Rule Cv 54.1(b)(2) of this Court. I have no connection with the above-captioned case and no interest in its outcome.

3. I understand that in this case the plaintiff, NACEPF, asserted a claim for breach of contract against defendant Carter Broadcasting Corporation, and a claim of interference with contract against defendant Faith Christian Center, Inc. I further understand that NACEPF retained an expert in the field of radio audience measurement to quantify its damage claims, and that the issues raised by the claims and defenses in the case were of moderate complexity. I also understand that NACEPF was represented in the case by Mark A. Pogue, who has been a partner

with the law firm of Edwards, Angell Palmer & Dodge, LLP since 1993, and that Mr. Pogue charged NACEPF $360 per hour for his legal services.

4. I have experience handling similar commercial disputes in the courts of Rhode Island, and I am familiar with the usual and customary rates charged in similar cases by attorneys in the community who have experience comparable to Mr. Pogue's experience. In my experience, a rate of $360 per hour is reasonable for the work performed by Mr. Pogue for NACEPF in this case.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 19, 2008.

Joseph Avanzato