UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| NORTH AMERICAN CATHOLIC EDUCATIONAL PROGRAMMING FOUNDATION, INC. | : | |
| *Plaintiff* | : | |
| VS. | : | C.A. No.: 06-431/ML |
| CARTER BROADCASTING CORPORATION and FAITH CHRISTIAN CENTER | : | |
| *Defendants*. | : | |

**DEFENDANTS' MOTION TO ELARGE TIME TO FILE REPLY MEMORANDA**

Now come the defendants, Carter Broadcasting Corporation and Faith Christian Center, and hereby move this Court for leave to enlarge the time by fifteen days, up to and including June 11, 2008, to (1) file a reply memorandum to NACEPF's Objection to the Taxing of Costs, filed May 22, 2008; and (2) to file a reply memorandum to NACEPF's Objection to Defendants' Motion for An Award of Attorney's Fees, dated May 19, 3008.

As grounds for their motion, the defendants state that their defense counsel is diligently preparing the reply memoranda. However, several commitments in defense counsel's work schedule have prevented the final preparation and filing of the memoranda. The failure to file the memoranda within the time period proscribed by LR CV 7(b)(2) is a result of excusable neglect. Therefore, defendants believe that a 15-day extension is fair and reasonable.

WHEREFORE, the defendants respectfully request that this Court allow them to and through June 11, 2008 within which to respond to file the above-referenced reply memoranda.

CARTER BROADCASTING
CORPORATION and FAITH
CHRISTIAN CENTER

By their Attorneys,

DAVID E. MAGLIO & ASSOCIATES,
P.C.

/s/ David E. Maglio
David E. Maglio, Esq. (#3459)
The Owen Building
101 Dyer Street, Second Floor
Providence, Rhode Island 02903
(401) 831-5400
(401) 831-7979 (FAX)
dmaglio@magliolaw.com

**CERTIFICATION**

To:

Mark A. Pogue, Esq.
Edwards Angell Palmer & Dodge, LLP
2800 Financial Plaza
Providence, RI 02903

I hereby certify that on the 5th day of June, 2008 I caused a true copy of the *Motion to Enlarge Time File Reply Memoranda* to be mailed to the above-listed attorney.

/s/ David E. Maglio

h:\clients\carter\nacepf\pleadings\ Defs Motion to Enlarge Time Reply Memo