UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| NORTH AMERICAN CATHOLIC EDUCATIONAL PROGRAMMING FOUNDATION, INC. | : | |
| *Plaintiff* | : | |
| VS. | : | C.A. 06-431ML |
| CARTER BROADCASTING CORPORATION and FAITH CHRISTIAN CENTER | : | |
| *Defendants.* | : | |

**AFFIDAVIT OF MARK A. POGUE IN SUPPORT OF PLAINTIFF NORTH AMERICAN CATHOLIC EDUCATIONAL PROGRAMMING FOUNDATION, INC.'S <u>REQUEST FOR SANCTIONS PURSUANT TO F.R. CIV. P. 11</u>**

I, Mark A. Pogue, hereby declare and state as follows:

1. I am the attorney for North American Catholic Educational Programming Foundation, Inc. ("NACEPF"), the plaintiff in this matter. I have personal knowledge of the facts set forth below. I am providing this affidavit pursuant to Local Rule 54.1(b).

2. I have appended to this affidavit as Exhibit A an itemization of the time expended, and services performed, in connection with NACEPF's opposition to the "Motion For An Award OF Reasonable Attorney Fees" (the "Motion") filed by the defendants in this matter.

3. The services described on Exhibit A were reasonably necessary to the defense of the Motion. In particular, the defense of the Motion required legal research, the drafting of a substantial legal brief, the drafting of an affidavit of John Primeau, and numerous telephone conferences with Mr. Primeau to discuss NACEPF's strategy in responding to the Motion.

4. The hourly fee I customarily charge in similar cases ranges from $350-$400 per hour. In this case, I charged NACEPF $360 per hour. NACEPF and I did not execute a written fee agreement for use in this particular case.

Mark A. Pogue

Sworn to before me under the penalties of perjury this 19th day of May, 2008.

Notary Public
My Commission Expires:

ALBA D. IZZO, Notary Public
State of Rhode Island and Providence Plantations
My Commission Expires 10-4-2009

# EDWARDS ANGELL PALMER & DODGE LLP

2800 Financial Plaza Providence, RI 02903 401.274.9200 *fax* 401.276.6611
www.eapdlaw.com

*Remittance Address*
P.O. Box 40956
Hartford, CT 06150-0956

Fed. Id #05-0135015
10277 F9DISCNT

*Wire Instructions:*
Bank of America
Westminster St., Providence, RI 02903
Acct# 000156917009
ABA Wire Transfer # 026009593
ABA ACH Payment # 011500010

Swift Code: BOFAUS3N
EAPD DUNS# 361207116

**North American Catholic Educational Programming Foundation d/b/a NACEPF**
**Attention: John Primeau, President**
**P.O. Box 40026**
**2419 Hartford Avenue**
**Johnston, RI 02940**

**North American Catholic Educational Programming Foundation d/b/a NACEPF/Carter Broadcasting**
**50704/0005**
**Invoice # 1491262**

For Professional Services Rendered
50704/0005
Invoice # 1491262

Carter Broadcasting

| | | | |
|---|---|---|---|
| 04/28/08 | M. POGUE | 2.25 | Review defendants' Rule 11 motion and supporting papers; research Rule 11 procedures and cases. |
| 04/29/08 | M. POGUE | 2.88 | Continued research of cases and procedures for Rule 11 motion and request for attorney fees; review cited excerpts from J. Primeau deposition; call to J. Primeau |
| 04/30/08 | M. POGUE | 0.30 | Review and respond to email from J. Primeau regarding Rule 11 motion. |
| 05/01/08 | M. POGUE | 2.13 | Meet with J. Primeau to discuss strategy; begin drafting opposition to Rule 11 motion. |
| 05/02/08 | M. POGUE | 0.50 | Research for opposition to Rule 11 motion; review treatises. |
| 05/05/08 | M. POGUE | 1.00 | Continued work on opposition to motion for sanctions. |
| 05/06/08 | M. POGUE | 2.75 | Research and drafting for NACEPF's opposition to defendants' motion for attorney fees. |
| 05/08/08 | M. POGUE | 3.38 | Continued work on opposition to motion for sanctions. |
| 05/13/08 | M. POGUE | 1.13 | Continued work on opposition to defendant's sanction |



Exh. A

| | | | |
|---|---|---|---|
| | | | motion; call to J. Primeau regarding strategy. |
| 05/14/08 | M. POGUE | 1.38 | Continued work on opposition brief; call to J. Primeau regarding strategy. |
| 05/15/08 | M. POGUE | 1.50 | Edits to opposition to sanctions motion; call to J. Avanzato regarding affidavit. |
| 05/16/08 | M. POGUE | 2.15 | Continued work on opposition brief; calls to J. Avanzato; revise J. Primeau affidavit. |

| | |
|---|---|
| Total Hours | 21.35 |
| Subtotal Fees | $7,686.00 |