UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

NORTH AMERICAN CATHOLIC
EDUCATIONAL PROGRAMMING
FOUNDATION, INC.

v. CA 06-431 ML

CARTER BROADCASTING
CORPORATION and FAITH
CHRISTIAN CENTER

MEMORANDUM AND ORDER

This matter is before the Court on Defendants' Motion for an Award of Attorney's Fees (docket entry #71). Defendants invoke Rule 54(d)(2) and Rule 11 of the Federal Rules of Civil Procedure. The gravamen of Defendants' motion is an allegation that Plaintiff filed this lawsuit for an "improper purpose," causing Defendants to "incur time and legal fees in defending this frivolous and vexatious lawsuit." (Defendants' Memorandum in Support of Motion for Award of Attorney's Fees at 1, 2.)

Plaintiff objects, complaining that Defendants failed to abide by the 21-day "safe-harbor" notice provision of Fed. R. Civ. P. 11. Plaintiff filed its own Motion for Sanctions (docket entry #81) pursuant to Rule 11 to recover $7,686 in attorney fees it says it incurred in responding to Defendants' Motion for an Award of Attorney's Fees (docket entry #71). Defendants respond by asserting that they claimed a Rule 11 violation in their answer to the complaint.

This case was litigated to a final conclusion by jury trial. The fact that the jury found in favor of Defendants on all counts does not, by itself, lead inexorably to the

conclusion Defendants ask this Court to draw, i.e., that the complaint was baseless from the outset. Indeed, this Court denied Defendants' Motion for Summary Judgment because there was a material dispute of fact as to whether the course of conduct of the parties over a period of several years might be sufficient to establish an enforceable contract. That the jury determined in favor of Defendants simply means that the jury resolved those factual disputes in favor of Defendants.

The Court is now presented with dueling motions for sanctions which do no more than propagate a litigation that came to an end with the rendering of a verdict in favor of Defendants. Neither motion is well-taken by this Court. This Court, therefore, exercises its discretion to DENY both motions.

Accordingly, Defendants' Motion for an Award of Attorney's Fees (docket entry #71) and Plaintiff's Motion for Sanctions (docket entry #81) are DENIED.

SO ORDERED:

Mary M. Lisi

Mary M. Lisi
Chief United States District Judge
August 14 , 2008