UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

NORTH AMERICAN CATHOLIC
EDUCATIONAL PROGRAMMING
FOUNDATION, INC.

v. CA 06-431 ML

CARTER BROADCASTING
CORPORATION and FAITH
CHRISTIAN CENTER

ORDER

This matter is before the Court on Defendants' Motion for an Award of Costs. Plaintiff objects to a portion of Defendants' request. For the reasons set forth in Plaintiff's opposition, the amount requested by Defendants is reduced by $797.60 ($546.35 for daily copy and $251.25 for the deposition transcript of Patricia Varner).

Accordingly, Defendants are awarded $2180.09. The clerk is directed to amend the judgment to reflect this Order.

SO ORDERED:

Mary M. Lisi
Chief United States District Judge
August 14, 2008