# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

**NORTH AMERICAN CATHOLIC EDUCATIONAL PROGRAMING FOUNDATION, INC.**

**v.** **C.A. 06-431ML**

**CARTER BROADCASTING CORPORATION and FAITH CHRISTIAN CENTER**

## AMENDED JUDGMENT

[ X ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered it's verdict.

[ x ] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

**Judgment is hereby entered for the Defendants, CARTER BROADCASTING CORPORATION and FAITH CHRISTIAN CENTER, against the Plaintiff, NORTH AMERICAN CATHOLIC EDUCATIONAL PROGRAMING FOUNDATION, INC., pursuant to the jury verdict on April 11, 2008.**

**Defendants are awarded costs in the amount of $2,180.09.**

**Enter:**

Barbara Barletta

**Deputy Clerk**

**DATED: August 15, 2008**